**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Pratt Well Service, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **48-0664410** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **920 E 1st**<br>**Pratt, KS 67124** | **PO Box 847**<br>**Pratt, KS 67124** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Pratt** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.prattwell.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__2111__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                      Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

           Contact name _____

           Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 30, 2016**
              MM / DD / YYYY

**X /s/ Kenneth C. Gates**                          **Kenneth C. Gates**
Signature of authorized representative of debtor     Printed name

Title   **President**

**18. Signature of attorney**

**X /s/ J. Michael Morris**                    Date   **June 30, 2016**
Signature of attorney for debtor                      MM / DD / YYYY

**J. Michael Morris**
Printed name

**Klenda Austerman LLC**
Firm name

**1600 Epic Center**
**301 N. Main St.**
**Wichita, KS 67202**
Number, Street, City, State & ZIP Code

Contact phone   **316-267-0331**          Email address   **jmmorris@KlendaLaw.com**

**09292**
Bar number and State

# CORPORATE RESOLUTION

A special meeting of the Management of Pratt Well Service, Inc., was held on the _30th_ day of _June_, 2016 at Pratt, Kansas pursuant to notice.

The meeting was called to order by Kenneth C. Gates.

The first item of business to come before the Board concerned the possibility of filing bankruptcy under Chapter 11.

After discussion, the Board passed the following resolution:

BE IT RESOLVED by the Board of Pratt Well Service, Inc., that the corporation file bankruptcy under Chapter 11 through its attorneys Klenda Austerman LLC of Wichita, Kansas. The Board designates Kenneth C. Gates, President, to execute all necessary documents and pleadings pertaining to the bankruptcy on its behalf.

There being no further business to come before the Management, the meeting was adjourned.

Date: _June 30, 2016_

_____
Signature

Kenneth C. Gates_____
Printed Name

Chairman and Company President_____
Title

2496981.DOC

Fill in this information to identify the case:

Debtor name **Pratt Well Service, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bear Petroleum LLC PO Box 438 Haysville, KS 67060 | | | | | | $9,361.90 |
| Blue Cross/Blue Shield of KS 1133 SW Topeka Blvd Topeka, KS 66629 | | | | | | $28,743.97 |
| Cintas Corporation #451 PO Box 88005 Chicago, IL 60680-1005 | | | | | | $11,509.92 |
| Crawford Supply Co Inc Box 363 Plainville, KS 67663 | | | | | | $8,188.79 |
| DNOW LP PO Box 200822 Dallas, TX 75320-0822 | | | | | | $10,289.49 |
| Green Oilfield Services LLC 2381 Hwy K0 Jennings, KS 67643 | | | | | | $11,628.94 |
| IMA Inc PO Box 2992 Wichita, KS 67201-2992 | | | | | | $114,029.00 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | Federal 941 | | | | $157,674.95 |
| Jacam Chemicals 2013 LLC PO Box 96 Sterling, KS 67579 | | | | | | $16,851.33 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JAS Equipment Rental LLC Box 225 Great Bend, KS 67530 | | | | | | $107,705.17 |
| Jayhawk Oilfield Supply Inc PO Box 3128 Wichita, KS 67201 | | | | | | $19,803.11 |
| Johnston, Johnston & Eisenhaue PO Box 825 Arma, KS 66712-4000 | | | | | | $13,110.00 |
| Kansas Department of Revenue Civil Tax Enforcement PO Box 12005 Topeka, KS 66612-2005 | | Kansas state withholding | | | | $21,057.81 |
| Kansas Department of Revenue Civil Tax Enforcement PO Box 12005 Topeka, KS 66612-2005 | | Kansas Sales tax | | | | $55,189.02 |
| Kanza Coop Assoc./Iuka Coop Ex Box 175 Iuka, KS 67066 | | | | | | $43,033.50 |
| Pratt Pump and Supply Inc PO Box 8672 Pratt, KS 67124 | | | | | | $7,628.26 |
| Preferred Pump 22201 Scott Avenue Fort Worth, TX 76103 | | | | | | $7,203.80 |
| Roberts Pump & Supply co. PO Box 2560 Grand Island, NE 68802-2560 | | | | | | $15,598.67 |
| Southwest Truck Parts Inc 1630 E 1st Street Pratt, KS 67124 | | | | | | $33,226.53 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **White Exploration Inc 1635 N Waterfront Parkway Suite 100 Wichita, KS 67206** | | | | | | **$7,055.61** |

Debtor name   **Pratt Well Service, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **First National Bank in Pratt** | **Checking (general)** | 9625 | $53,348.74 |
| 3.2. | **First National Bank in Pratt** | **Checking (payroll)** | 4114 | $1,697.59 |
| 3.3. | **First National Bank in Pratt** | **Money Market** | 3387 | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **$155,623.91 of undeposited checks, plus $25,144.79 of undeposited checks which is trust fund of suspended funds for royalty owners, plus $440.34 of funds from employee for payment to his 401(k).** | $155,623.91 |

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $210,670.24 |
|---|

## Part 2:   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | $747,237.90 | − | 0.00 | = .... | $747,237.90 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | $435,172.40 | − | 275,212.48 | =.... | $159,959.92 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| **$907,197.82** |
|---|

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:            % of ownership

| | Name of entity | % of ownership | | Valuation | Current value |
|---|---|---|---|---|---|
| 15.1. | **Iuka Carmi Development, LLC** | **75%** | % | Unaudited Balance Sheet | $0.00 |
| 15.2. | **Eagle Vision Video Well Inspection, LLC** | **40%** | % | Unaudited Balance Sheet | $0.00 |
| 15.3. | **Greenwood Resources, LLC** | **100%** | % | Unaudited Balance Sheet | $217,594.00 |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

| **$217,594.00** |
|---|

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.      **Raw materials**

20.      **Work in progress**

21.      **Finished goods, including goods held for resale**

22.      **Other inventory or supplies**

         **Inventory and supplies
         (valued below as part of
         other assets).**                                              **Unknown**                              **Unknown**

23.      **Total of Part 5.**                                                                          **$0.00**

         Add lines 19 through 22.  Copy the total to line 84.

24.      **Is any of the property listed in Part 5 perishable?**
         ☑ No
         ☐ Yes

25.      **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
         ☑ No
         ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.      **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
         ☑ No
         ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** <br><br> **See attached Depreciation Schedules - Category 7, pp 16-18** | **$0.00** | **Cost less depreciation\*** <br>**\*As used in these schedules "Cost less depreciation" refers to total "Cost" per category in the attached Depreciation Schedules, less "ACCUM DEPREC."** <br>**Category 7: $86,403.00** | **$86,403.00** |

40.      **Office fixtures**

41.      **Office equipment, including all computer equipment and**

**communication systems equipment and software**

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | |
|---|---|---|---|
| | 42.1.  **N/A** | **$0.00** | **$0.00** |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$86,403.00** |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
  ☐ No
  ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

<div style="background:black;color:white">Part 8:</div> **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

  ☐ No.  Go to Part 9.
  ☑ Yes Fill in the information below.

| | **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1.  **See attached Depreciation Schedules. Category 3, pp 10-11. Other vehicles may be listed in Categories 1, 2, 8 and and Category 10, p 19** | **$0.00** | **Cost less depreciation, Category 3: $750,701.00; Category 10: $22,360.00** | **$773,061.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| | 48.1.  **N/A** | **$0.00** | | **$0.00** |
| 49. | **Aircraft and accessories** | | | |
| | 49.1.  **N/A** | **$0.00** | | **$0.00** |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **See attached Depreciation Schedules. Categories 1, pp 4-8; 2, pp 8-10; and 8, pp 18-19. Other machinery and equipment may be listed in Category 4.** | **$0.00** | **Cost less depreciation. Category 1: $1,069,425.00 Category 2: $2,764.755.00 Category 8: $100,403.00** | **$3,934,583.00** |

51.  **Total of Part 8.**                                                    | $4,707,644.00 |

     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

     ☐ No.  Go to Part 10.
     ☑ Yes Fill in the information below.

55.      Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Real Estate See attached Depreciation Schedules - Category 6, p. 16.** | | $0.00 | Cost less depreciation. | $302,899.00 |
| 55.2.  **Oil and Gas See attached Depreciation Schedules - Category 4, pp 11-16. Includes lease related equipment.** | Oil and Gas | $0.00 | Cost less depreciation. | $928,958.00 |

56.  **Total of Part 9.**                                                    | $1,231,857.00 |

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ☐ No
     ☑ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No.  Go to Part 11.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** **Customer lists** | $0.00 | | $0.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** **Per unaudited balance sheet** | $51,788.41 | | $0.00 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ☐ No
   ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

| 71.1 **Loan receivables (no written note):** **Kenneth C. Gates Trust(s)** | $3,197,126.50 Total face amount | - | $3,197,126.50 doubtful or uncollectible amount | = | $0.00 |
|---|---|---|---|---|---|
| 71.2 **Loan Receivable (no written note):** **Terra Drilling** | $259,077.85 Total face amount | - | $259,077.85 doubtful or uncollectible amount | = | $0.00 |
| 71.3 **Loan Receivable (no written note):** **Kevin C. Gates** | $29,285.04 Total face amount | - | $29,285.04 doubtful or uncollectible amount | = | $0.00 |

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

| | | |
|---|---|---|
| 73. | **Interests in insurance policies or annuities** | |
| 73.1 | **AXA EQUITABLE Flexible Premium Variable Life Insurance Policy**<br>**Insured: Ken Gates**<br>**Cash Value: $64,785.06; Net Death Benefit: $536.187.22** | $62,437.77 |
| 73.2 | **AXA EQUITABLE Variable Whole Life Insurance Policy**<br>**Insured: Fred Mease**<br>**Cash Value: $0.00; Net Death Benefit: $70,100.00** | $51,871.00 |
| 73.3 | **AXA EQUITABLE 30-Year Level Premium Term Insurance Policy**<br>**Insured: Kevin Gates**<br>**Cash Value: N/A; Net Death Benefit: $250,000.00** | $0.00 |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Kanza Coop Stock (patronage)**<br>**Value per Balance Sheet $90,979.31, Subject to setoff -**<br>**see Schedule E/F $48,406.82** | $0.00 |

| | | |
|---|---|---|
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $114,307.77 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $210,670.24 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $907,197.82 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $217,594.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $186,403.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,707,644.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $1,231,857.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $114,307.77 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,243,816.73 | + 91b. $1,231,857.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $7,475,673.73 |

**Fill in this information to identify the case:**

Debtor name    **Pratt Well Service, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known)  _____

☐ Check if this is an
amended filing

# Attachment to Schedule A/B: Assets - Real and Personal Property

## Depreciation Schedule

Please note the attached Depreciation Schedule is as of tax year ending 3/31/2015. It may contain items which the debtor no longer owns. There may be property of the debtor which is not included. Values are based on costs and various deprecations and may not reflect fair market value.



PPD BY PATTON CRAMER & LAPRAD

| ASSET NO. | DESCRIPTION | DATE ACQ | METHOD | LIFE | COST | SEC 179 EXPENSE | BONUS DEPREC | ITC ADJ | SALVAGE | DEPRECIABLE BALANCE | PRIOR DEPREC | CURRENT DEPREC | ACCUM DEPREC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (C) 1: EQUIPMENT | | | | | | | | | | | | | |
| 328 | ICC AUTHORITY | 05/01/82 | SL | 5 | 10,000 | 0 | 0 | 0 | | 10,000 | 10,000 | 0 | 10,000 |
| 722 | DUPLEX MUD PUMP | 06/01/92 | MACRS-Y | 7 | 831 | 0 | 0 | 0 | | 831 | 831 | 0 | 831 |
| 724 | ROTO-TILLER | 11/01/92 | MACRS-Y | 7 | 250 | 0 | 0 | 0 | | 250 | 250 | 0 | 250 |
| 726 | CAT 12' RD GR & BLAD | 03/01/93 | MACRS-Y | 7 | 8,092 | 0 | 0 | 0 | | 8,092 | 8,092 | 0 | 8,092 |
| 728 | BJ ELEV 2" 100 TON | 08/01/93 | MACRS-Y | 7 | 300 | 0 | 0 | 0 | | 300 | 300 | 0 | 300 |
| 730 | BJ ELEV 2 1/2" 65TON | 08/01/93 | MACRS-Y | 7 | 250 | 0 | 0 | 0 | | 250 | 250 | 0 | 250 |
| 732 | FOSTER HYDR TONGS 2" | 08/01/93 | MACRS-Y | 7 | 4,850 | 0 | 0 | 0 | | 4,850 | 4,850 | 0 | 4,850 |
| 736 | TOOLS | 09/01/93 | MACRS-Y | 7 | 1,959 | 0 | 0 | 0 | | 1,959 | 1,959 | 0 | 1,959 |
| 738 | HEATER-DOG HOUSE #28 | 02/01/94 | MACRS-Y | 7 | 224 | 0 | 0 | 0 | | 224 | 224 | 0 | 224 |
| 740 | WEIGHT INDICATOR | 03/01/94 | MACRS-Y | 7 | 1,900 | 0 | 0 | 0 | | 1,900 | 1,900 | 0 | 1,900 |
| 742 | PUMPING UNIT | 03/01/94 | MACRS-Y | 7 | 2,547 | 0 | 0 | 0 | | 2,547 | 2,547 | 0 | 2,547 |
| 746 | CIRCLE JACK | 03/01/94 | MACRS-Y | 7 | 275 | 0 | 0 | 0 | | 275 | 275 | 0 | 275 |
| 748 | ARROW C-66 ENGINES - 2 | 03/01/94 | MACRS-Y | 7 | 4,700 | 0 | 0 | 0 | | 4,700 | 4,700 | 0 | 4,700 |
| 752 | 1125' 1" SUCKER RODS | 03/01/94 | MACRS-Y | 7 | 1,181 | 0 | 0 | 0 | | 1,181 | 1,181 | 0 | 1,181 |
| 754 | 84 EGI P.WELL TESTER | 03/01/94 | MACRS-Y | 7 | 1,750 | 0 | 0 | 0 | | 1,750 | 1,750 | 0 | 1,750 |
| 756 | BARTON GAS METERS | 04/01/94 | MACRS-Y | 7 | 500 | 0 | 0 | 0 | | 500 | 500 | 0 | 500 |
| 758 | GEAR BOX ASSEMBLY | 05/01/94 | MACRS-Y | 7 | 1,650 | 0 | 0 | 0 | | 1,650 | 1,650 | 0 | 1,650 |
| 760 | DIVAN-CARIO CABIN | 08/01/94 | MACRS-Y | 7 | 125 | 0 | 0 | 0 | | 125 | 125 | 0 | 125 |
| 762 | FURNITURE-CARIO CAB | 08/01/94 | MACRS-Y | 7 | 175 | 0 | 0 | 0 | | 175 | 175 | 0 | 175 |
| 764 | BOTTOM HOLE PUMP | 08/01/94 | MACRS-Y | 7 | 500 | 0 | 0 | 0 | | 500 | 500 | 0 | 500 |
| 766 | REFRIGERATOR | 09/01/94 | MACRS-Y | 7 | 260 | 0 | 0 | 0 | | 260 | 260 | 0 | 260 |
| 768 | WATER TREAT PLANT | 05/01/95 | MACRS-Y | 7 | 19,144 | 0 | 0 | 0 | | 19,144 | 19,144 | 0 | 19,144 |
| 770 | WEIGHT INDICATORS | 06/01/95 | MACRS-Y | 7 | 2,550 | 0 | 0 | 0 | | 2,550 | 2,550 | 0 | 2,550 |
| 772 | SAND PUMP | 06/01/95 | MACRS-Y | 7 | 2,297 | 0 | 0 | 0 | | 2,297 | 2,297 | 0 | 2,297 |
| 774 | RIG B17 K-200 W/O | 06/01/95 | MACRS-Y | 7 | 3,600 | 0 | 0 | 0 | | 3,600 | 3,600 | 0 | 3,600 |
| 776 | CELLULAR PHONES | 07/01/95 | MACRS-Y | 5 | 835 | 0 | 0 | 0 | | 835 | 835 | 0 | 835 |
| 780 | BACKHOE | 08/01/95 | MACRS-Y | 7 | 13,225 | 0 | 0 | 0 | | 13,225 | 13,225 | 0 | 13,225 |
| 782 | EMSCO PD-45 PULSATN | 08/01/95 | MACRS-Y | 7 | 900 | 0 | 0 | 0 | | 900 | 900 | 0 | 900 |
| 784 | H2S MONITOR | 09/01/95 | MACRS-Y | 7 | 3,218 | 0 | 0 | 0 | | 3,218 | 3,218 | 0 | 3,218 |
| 786 | POWER TONGS | 09/01/95 | MACRS-Y | 7 | 6,925 | 0 | 0 | 0 | | 6,925 | 6,925 | 0 | 6,925 |
| 788 | CACULTATING TANK | 10/01/95 | MACRS-Y | 7 | 1,500 | 0 | 0 | 0 | | 1,500 | 1,500 | 0 | 1,500 |
| 790 | SHAFTS | 10/01/95 | MACRS-Y | 7 | 1,100 | 0 | 0 | 0 | | 1,100 | 1,100 | 0 | 1,100 |
| 792 | SNOW PLOW | 10/01/95 | MACRS-Y | 7 | 250 | 0 | 0 | 0 | | 250 | 250 | 0 | 250 |
| 794 | DW BORING TOOL | 10/01/95 | MACRS-Y | 7 | 1,200 | 0 | 0 | 0 | | 1,200 | 1,200 | 0 | 1,200 |
| 796 | JD CAT CRAWLER 750 | 10/01/95 | MACRS-Y | 7 | 25,000 | 0 | 0 | 0 | | 25,000 | 25,000 | 0 | 25,000 |
| 800 | CELLULAR PHONE | 11/01/95 | MACRS-Y | 5 | 159 | 0 | 0 | 0 | | 159 | 159 | 0 | 159 |
| 802 | DITCH WITCH | 11/01/95 | MACRS-Y | 7 | 11,500 | 0 | 0 | 0 | | 11,500 | 11,500 | 0 | 11,500 |
| 804 | 1980 LOWB TRAILER | 04/01/96 | MACRS-Y | 7 | 11,000 | 0 | 0 | 0 | | 11,000 | 11,000 | 0 | 11,000 |
| 806 | 3" TRASH PUMP | 05/01/96 | MACRS-Y | 7 | 800 | 0 | 0 | 0 | | 800 | 800 | 0 | 800 |
| 808 | ECHOMETER | 08/01/96 | MACRS-Y | 7 | 2,200 | 0 | 0 | 0 | | 2,200 | 2,200 | 0 | 2,200 |
| 812 | 2-3/4" DR SOCKET SET | 08/01/96 | MACRS-Y | 7 | 175 | 0 | 0 | 0 | | 175 | 175 | 0 | 175 |
| 814 | ANDERSON CHP 450 | 08/01/96 | MACRS-Y | 7 | 550 | 0 | 0 | 0 | | 550 | 550 | 0 | 550 |
| 816 | AM D-160-200-74 PUMP | 08/01/96 | MACRS-Y | 7 | 8,317 | 0 | 0 | 0 | | 8,317 | 8,317 | 0 | 8,317 |
| 818 | ARROW C-96 LPG ENG | 08/01/96 | MACRS-Y | 7 | 3,250 | 0 | 0 | 0 | | 3,250 | 3,250 | 0 | 3,250 |
| 839 | POWER SWIVEL | 06/20/01 | MACRS-Y | 7 | 60,755 | 0 | 0 | 0 | | 60,755 | 60,755 | 0 | 60,755 |
| 820 | JENSEN PUMPJACK | 08/01/96 | MACRS-Y | 7 | 3,300 | 0 | 0 | 0 | | 3,300 | 3,300 | 0 | 3,300 |
| 822 | HESSTON-SENTRY PUMPJ | 08/01/96 | MACRS-Y | 7 | 4,500 | 0 | 0 | 0 | | 4,500 | 4,500 | 0 | 4,500 |
| 824 | ARROW C-66 LPG PUMP | 08/01/96 | MACRS-Y | 7 | 3,000 | 0 | 0 | 0 | | 3,000 | 3,000 | 0 | 3,000 |
| 826 | 2418' 2 3/8" JOINTS | 08/01/96 | MACRS-Y | 7 | 1,344 | 0 | 0 | 0 | | 1,344 | 1,344 | 0 | 1,344 |
| 828 | 2418' 2 3/8" JOINTS | 08/01/96 | MACRS-Y | 7 | 1,995 | 0 | 0 | 0 | | 1,995 | 1,995 | 0 | 1,995 |
| 830 | 3 H2S MONITORS | 10/01/96 | MACRS-Y | 7 | 1,050 | 0 | 0 | 0 | | 1,050 | 1,050 | 0 | 1,050 |
| 832 | SCHMIDT COIL LUB DN | 10/01/96 | MACRS-Y | 7 | 5,414 | 0 | 0 | 0 | | 5,414 | 5,414 | 0 | 5,414 |
| 834 | 1981 INTL. | 10/01/96 | MACRS-Y | 7 | 2,931 | 0 | 0 | 0 | | 2,931 | 2,931 | 0 | 2,931 |
| 836 | HAND H2S MONITORS | 11/01/96 | MACRS-Y | 7 | 1,050 | 0 | 0 | 0 | | 1,050 | 1,050 | 0 | 1,050 |
| 838 | W/H TYPE C TONGS | 04/01/97 | MACRS-Y | 7 | 582 | 0 | 0 | 0 | | 582 | 582 | 0 | 582 |
| 840 | MODEL E PRESSURE TES | 04/01/97 | MACRS-Y | 7 | 656 | 0 | 0 | 0 | | 656 | 656 | 0 | 656 |

Borrower Initial

Page 4 of 21

PPD BY PATTON CRAMER & LAPRAD

| ASSET NO. | DESCRIPTION | DATE ACQ | METHOD | LIFE | COST | SEC 179 EXPENSE | BONUS DEPREC | ITC ADJ | SALVAGE | DEPRECIABLE BALANCE | PRIOR DEPREC | CURRENT DEPREC | ACCUM DEPREC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 842 | PAH GARDNER DENVER P | 10/01/97 | MACRS-Y | 7 | 25,724 | 0 | 0 | 0 | | 25,724 | 25,724 | 0 | 25,724 |
| 844 | CAMPBELL TRLR-PROD O | 10/01/97 | MACRS-Y | 7 | 500 | 0 | 0 | 0 | | 500 | 500 | 0 | 500 |
| 846 | 88 SNAPPER MOWER-P O | 10/01/97 | MACRS-Y | 7 | 200 | 0 | 0 | 0 | | 200 | 200 | 0 | 200 |
| 850 | FORD 5000 TRACTOR/MO | 12/01/97 | MACRS-Y | 7 | 6,000 | 0 | 0 | 0 | | 6,000 | 6,000 | 0 | 6,000 |
| 852 | CASING | 01/01/98 | MACRS-Y | 7 | 571 | 0 | 0 | 0 | | 571 | 571 | 0 | 571 |
| 854 | CASING | 02/01/97 | MACRS-Y | 7 | 571 | 0 | 0 | 0 | | 571 | 571 | 0 | 571 |
| 856 | TUBING | 03/01/98 | MACRS-Y | 7 | 2,331 | 0 | 0 | 0 | | 2,331 | 2,331 | 0 | 2,331 |
| 858 | MISC EQUIPMENT | 03/01/98 | MACRS-Y | 7 | 693 | 0 | 0 | 0 | | 693 | 693 | 0 | 693 |
| 860 | FLAIL MOWER | 05/01/98 | MACRS-Y | 7 | 563 | 0 | 0 | 0 | | 563 | 563 | 0 | 563 |
| 862 | TANKS | 05/01/98 | MACRS-Y | 7 | 300 | 0 | 0 | 0 | | 300 | 300 | 0 | 300 |
| 864 | MISC EQUIPMENT | 07/01/98 | MACRS-Y | 7 | 4,600 | 0 | 0 | 0 | | 4,600 | 4,600 | 0 | 4,600 |
| 888 | PRODUCTION EQUIP | 04/01/98 | MACRS-Y | 7 | 480 | 0 | 0 | 0 | | 480 | 480 | 0 | 480 |
| 890 | WEIGHT INDICATOR | 10/01/98 | MACRS-Y | 7 | 1,900 | 0 | 0 | 0 | | 1,900 | 1,900 | 0 | 1,900 |
| 892 | SPEED KIT BLOCK | 10/01/98 | MACRS-Y | 7 | 1,800 | 0 | 0 | 0 | | 1,800 | 1,800 | 0 | 1,800 |
| 894 | B J "B" TONG | 11/01/98 | MACRS-Y | 7 | 400 | 0 | 0 | 0 | | 400 | 400 | 0 | 400 |
| 896 | 194 JTS TUBING | 11/01/98 | MACRS-Y | 7 | 6,155 | 0 | 0 | 0 | | 6,155 | 6,155 | 0 | 6,155 |
| 898 | SAND BLASTING EQUIP | 11/01/98 | MACRS-Y | 7 | 475 | 0 | 0 | 0 | | 475 | 475 | 0 | 475 |
| 900 | LOCK SET PACKER | 12/01/98 | MACRS-Y | 7 | 1,500 | 0 | 0 | 0 | | 1,500 | 1,500 | 0 | 1,500 |
| 902 | DOUBLE LATCH ELEV | 12/01/98 | MACRS-Y | 9 | 2,850 | 0 | 0 | 0 | | 2,850 | 2,850 | 0 | 2,850 |
| 904 | 33 SHELVES/12 E RACK | 01/01/99 | MACRS-Y | 7 | 2,361 | 0 | 0 | 0 | | 2,361 | 2,361 | 0 | 2,361 |
| 906 | GAS COMPRESSOR | 01/01/99 | MACRS-Y | 7 | 10,000 | 0 | 0 | 0 | | 10,000 | 10,000 | 0 | 10,000 |
| 910 | 5571.05' 3 1/2 TUBIN | 02/01/99 | MACRS-Y | 7 | 5,571 | 0 | 0 | 0 | | 5,571 | 5,571 | 0 | 5,571 |
| 914 | EQUIPMENT | 04/01/99 | MACRS-Y | 7 | 600 | 0 | 0 | 0 | | 600 | 600 | 0 | 600 |
| 916 | SWAB TANKS | 05/01/99 | MACRS-Y | 7 | 8,424 | 0 | 0 | 0 | | 8,424 | 8,424 | 0 | 8,424 |
| 918 | PUMP | 06/01/99 | MACRS-Y | 7 | 700 | 0 | 0 | 0 | | 700 | 700 | 0 | 700 |
| 919 | PIPE | 11/30/99 | MACRS-Y | 7 | 350 | 0 | 0 | 0 | | 350 | 350 | 0 | 350 |
| 921 | 3 POINT DISC | 03/07/00 | MACRS-Y | 7 | 500 | 0 | 0 | 0 | | 500 | 500 | 0 | 500 |
| 923 | GILL TONGS | 08/07/00 | MACRS-Y | 7 | 4,500 | 0 | 0 | 0 | | 4,500 | 4,500 | 0 | 4,500 |
| 924 | JD MOWER | 08/16/00 | MACRS-Y | 7 | 15,991 | 0 | 0 | 0 | | 15,991 | 15,991 | 0 | 15,991 |
| 925 | EMSCO UNIT | 10/01/00 | MACRS-Y | 7 | 2,100 | 0 | 0 | 0 | | 2,100 | 2,100 | 0 | 2,100 |
| 927 | LUFKIN UNIT | 10/01/00 | MACRS-Y | 7 | 1,400 | 0 | 0 | 0 | | 1,400 | 1,400 | 0 | 1,400 |
| 929 | PARKERSBURG UNIT-2 | 10/01/00 | MACRS-Y | 7 | 3,600 | 0 | 0 | 0 | | 3,600 | 3,600 | 0 | 3,600 |
| 931 | 1977 30' T/A HOMEMADE | 10/04/00 | MACRS-Y | 7 | 5,750 | 0 | 0 | 0 | | 5,750 | 5,750 | 0 | 5,750 |
| 932 | OILFIELD GOOSENECK TRAILER | 10/04/00 | MACRS-Y | 7 | 5,000 | 0 | 0 | 0 | | 5,000 | 5,000 | 0 | 5,000 |
| 933 | 7-PMC & BEST 2" CHICKSANS | 10/04/00 | MACRS-Y | 7 | 1,840 | 0 | 0 | 0 | | 1,840 | 1,840 | 0 | 1,840 |
| 935 | WSI 7-1/16"DBL MANUAL BOP-2 | 10/04/00 | MACRS-Y | 7 | 17,320 | 0 | 0 | 0 | | 17,320 | 17,320 | 0 | 17,320 |
| 939 | 2-REEDY 2-7/8" BOP RAMS | 10/04/00 | MACRS-Y | 7 | 4,764 | 0 | 0 | 0 | | 4,764 | 4,764 | 0 | 4,764 |
| 943 | REEDY 5-1/2" BOP RAMS | 10/04/00 | MACRS-Y | 7 | 1,191 | 0 | 0 | 0 | | 1,191 | 1,191 | 0 | 1,191 |
| 945 | 2- REEDY BLIND RAMS | 10/04/00 | MACRS-Y | 7 | 2,382 | 0 | 0 | 0 | | 2,382 | 2,382 | 0 | 2,382 |
| 947 | HERO WHEELS W/STANDS | 10/04/00 | MACRS-Y | 7 | 2,109 | 0 | 0 | 0 | | 2,109 | 2,109 | 0 | 2,109 |
| 953 | 2- BOP SKIDS | 10/04/00 | MACRS-Y | 7 | 866 | 0 | 0 | 0 | | 866 | 866 | 0 | 866 |
| 955 | 2 RUNNING PLATES | 10/04/00 | MACRS-Y | 7 | 649 | 0 | 0 | 0 | | 649 | 649 | 0 | 649 |
| 1061 | 2 GILL TONGS | 11/08/00 | MACRS-Y | 7 | 5,453 | 0 | 0 | 0 | | 5,453 | 5,453 | 0 | 5,453 |
| 1062.10 | DISEL ENGINE 360 | 10/24/00 | MACRS-Y | 7 | 32,006 | 0 | 0 | 0 | | 32,006 | 32,006 | 0 | 32,006 |
| 1063 | DUPLEX PUMP | 03/07/01 | MACRS-Y | 7 | 8,000 | 0 | 0 | 0 | | 8,000 | 8,000 | 0 | 8,000 |
| 1064 | SUBSTRUCTURES | 03/19/01 | MACRS-Y | 7 | 7,500 | 0 | 0 | 0 | | 7,500 | 7,500 | 0 | 7,500 |
| 1106.01 | DITCH WITCH | 07/05/01 | MACRS-Y | 7 | 4,871 | 0 | 0 | 0 | | 4,871 | 4,871 | 0 | 4,871 |
| 1107 | BRADEN 45 WINCH | 07/02/01 | MACRS-Y | 7 | 2,000 | 0 | 0 | 0 | | 2,000 | 2,000 | 0 | 2,000 |
| 1109 | MISC USED EQUIPMENT | 08/10/01 | MACRS-Y | 7 | 903 | 0 | 0 | 0 | | 903 | 903 | 0 | 903 |
| 1111 | TRIPLEX PUMP | 06/27/03 | MACRS-Y3 | 7 | 5,094 | 0 | 2,547 | 0 | | 2,547 | 2,547 | 0 | 2,547 |
| 1112 | BACKHOE | 07/31/04 | MACRS-Y3 | 7 | 19,476 | 0 | 9,738 | 0 | | 9,738 | 9,738 | 0 | 9,738 |
| 1113 | TRIPLEX #5 PUMP,POWER UNIT,TR | 10/01/04 | MACRS-Y3 | 7 | 12,865 | 0 | 6,433 | 0 | | 6,432 | 6,432 | 0 | 6,432 |
| 2000 | 2 DOGHOUSES | 06/28/05 | MACRS-Y | 7 | 15,444 | 0 | 0 | 0 | | 15,444 | 15,444 | 0 | 15,444 |
| 2002 | CASING SCRAPER | 07/22/05 | MACRS-Y | 7 | 5,877 | 0 | 0 | 0 | | 5,877 | 5,877 | 0 | 5,877 |
| 2003 | 4 O'BANNON ROD ELEVATORS | 07/27/05 | MACRS-Y | 7 | 2,800 | 0 | 0 | 0 | | 2,800 | 2,800 | 0 | 2,800 |
| 2004 | 3" 3300 GEAR PUMP | 07/27/05 | MACRS-Y | 7 | 500 | 0 | 0 | 0 | | 500 | 500 | 0 | 500 |
| 2005 | WEATHERFORD TUBING ELEVATOR | 07/27/05 | MACRS-Y | 7 | 2,900 | 0 | 0 | 0 | | 2,900 | 2,900 | 0 | 2,900 |

Borrower Initial

SCHEDULE OF DEPRECIATION - ...

Year Ended 03/31/2015

PPD BY PATTON CRAMER & LAPRAD

| ASSET NO. | DESCRIPTION | DATE ACQ | METHOD | LIFE | COST | SEC 179 EXPENSE | BONUS DEPREC | SALVAGE ITC ADJ | DEPRECIABLE BALANCE | PRIOR DEPREC | CURRENT DEPREC | ACCUM DEPREC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2006 | WEATHERFORD AIR TUBING SPIDER | 07/27/05 | MACRS-Y | 7 | 4,800 | 0 | 0 | 0 | 4,800 | 4,800 | 0 | 4,800 |
| 2007 | 4 DOGHOUSES | 07/29/05 | MACRS-Y | 7 | 31,645 | 0 | 0 | 0 | 31,645 | 31,645 | 0 | 31,645 |
| 2008 | HYDRAULIC PUMP | 08/15/05 | MACRS-Y | 7 | 2,134 | 0 | 0 | 0 | 2,134 | 2,134 | 0 | 2,134 |
| 2010 | COMPANION FLANGE | 09/13/05 | MACRS-Y | 7 | 3,400 | 0 | 0 | 0 | 3,400 | 3,400 | 0 | 3,400 |
| 2012 | SAND DRUM BRAKE | 09/19/05 | MACRS-Y | 7 | 1,739 | 0 | 0 | 0 | 1,739 | 1,739 | 0 | 1,739 |
| 2014 | TRAILER #4 | 03/11/06 | MACRS-Y | 7 | 13,971 | 0 | 0 | 0 | 13,971 | 13,971 | 0 | 13,971 |
| 2016 | 2 ICE MACHINES | 03/22/06 | MACRS-Y | 7 | 7,761 | 0 | 0 | 0 | 7,761 | 7,761 | 0 | 7,761 |
| 2018 | 2 GENERATORS 1 POWERWASHER | 02/15/05 | MACRS-Y | 7 | 4,985 | 0 | 0 | 0 | 4,985 | 4,985 | 0 | 4,985 |
| 2020 | REBUILD 750 DOZER | 02/08/06 | MACRS-Y | 7 | 39,259 | 0 | 0 | 0 | 39,259 | 39,259 | 0 | 39,259 |
| 2026 | CREW TRAILER DOGHOUSE #29 | 06/01/06 | MACRS-Y | 7 | 7,722 | 0 | 0 | 0 | 7,722 | 7,722 | 0 | 7,722 |
| 2030 | TRIPLEX PUMP | 07/03/06 | MACRS-Y | 7 | 37,513 | 0 | 0 | 0 | 37,513 | 37,513 | 0 | 37,513 |
| 2032 | CLAMPS,VALVES,TONGS,LIFTS | 07/03/06 | MACRS-Y | 7 | 20,050 | 0 | 0 | 0 | 20,050 | 20,050 | 0 | 20,050 |
| 2034 | SANDLINE | 07/17/06 | MACRS-Y | 7 | 7,702 | 0 | 0 | 0 | 7,702 | 7,702 | 0 | 7,702 |
| 2036 | TRAILER NEVILLE #1 | 10/27/06 | MACRS-Y | 7 | 53,300 | 0 | 0 | 0 | 53,300 | 53,300 | 0 | 53,300 |
| 2038 | WELDING ON CIRCULATING TANK | 02/20/07 | MACRS-Y | 7 | 17,813 | 0 | 0 | 0 | 17,813 | 17,813 | 0 | 17,813 |
| 2039 | JOHN DEERE 750C DOZER | 06/27/07 | MACRS-Y | 7 | 101,610 | 0 | 0 | 0 | 101,610 | 97,076 | 4,534 | 101,610 |
| 2040 | NEW TRANSMISSION PU #103 | 10/02/07 | MACRS-Y | 5 | 3,699 | 0 | 0 | 0 | 3,699 | 3,699 | 0 | 3,699 |
| 2041 | WINCH FOR JD 750C DOZER | 05/14/07 | MACRS-Y | 7 | 42,200 | 0 | 0 | 0 | 42,200 | 40,317 | 1,883 | 42,200 |
| 2042 | NEVILLE TRAILER | 10/22/07 | MACRS-Y | 7 | 15,000 | 0 | 0 | 0 | 15,000 | 14,331 | 669 | 15,000 |
| 2044 | NEVILLE TRAILER | 10/25/07 | MACRS-Y | 7 | 18,960 | 0 | 0 | 0 | 18,960 | 18,114 | 846 | 18,960 |
| 2048 | SHOP GENERATOR | 12/17/07 | MACRS-Y | 7 | 87 | 0 | 0 | 0 | 87 | 83 | 4 | 87 |
| 2052 | GENERATOR | 12/26/07 | MACRS-Y | 7 | 1,896 | 0 | 0 | 0 | 1,896 | 1,811 | 85 | 1,896 |
| 2054 | GENERATOR | 12/26/07 | MACRS-Y | 7 | 434 | 0 | 0 | 0 | 434 | 415 | 19 | 434 |
| 2056 | TRANSMISSION | 12/27/07 | MACRS-Y | 7 | 18,832 | 0 | 0 | 0 | 18,832 | 17,992 | 840 | 18,832 |
| 2058 | KOHLER GENERATOR | 12/29/07 | MACRS-Y | 7 | 17,690 | 0 | 0 | 0 | 17,690 | 16,901 | 789 | 17,690 |
| 2060 | 07 GOOSENECK TRAILER 7109 | 03/04/08 | MACRS-Y3 | 7 | 8,000 | 0 | 4,000 | 0 | 4,000 | 3,822 | 178 | 4,000 |
| 2062 | BAG PHONES | 03/06/08 | MACRS-Y3 | 7 | 3,372 | 0 | 1,686 | 0 | 1,686 | 1,611 | 75 | 1,686 |
| 2064 | FLUID LEVEL | 03/12/08 | MACRS-Y3 | 7 | 8,306 | 0 | 4,153 | 0 | 4,153 | 3,968 | 185 | 4,153 |
| 2066 | REMAKE TRAILER #8 | 03/20/08 | MACRS-Y3 | 7 | 7,089 | 0 | 3,545 | 0 | 3,544 | 3,386 | 158 | 3,544 |
| 2068 | TRIPLEX #4-INFRAME NEW ENGINE | 03/31/08 | MACRS-Y3 | 7 | 12,009 | 0 | 6,005 | 0 | 6,004 | 5,736 | 268 | 6,004 |
| 2070 | BAG PHONE | 04/02/08 | MACRS-Y3 | 7 | 375 | 0 | 188 | 0 | 187 | 187 | 0 | 187 |
| 2072 | PROD-SMART PHONE- HOFFMAN | 04/10/08 | MACRS-Y3 | 5 | 375 | 0 | 188 | 0 | 187 | 187 | 0 | 187 |
| 2074 | CATTLE GUARDS | 04/25/08 | MACRS-Y3 | 7 | 4,800 | 0 | 2,400 | 0 | 2,400 | 2,079 | 214 | 2,293 |
| 2076 | POWER TONGS | 05/23/08 | MACRS-Y3 | 7 | 44,980 | 0 | 22,490 | 0 | 22,490 | 19,479 | 2,007 | 21,486 |
| 2078 | CIRCULATING TANK | 05/28/08 | MACRS-Y3 | 7 | 13,300 | 0 | 6,550 | 0 | 6,550 | 5,673 | 585 | 6,258 |
| 2082 | ROD & TUBING ELEVATORS | 06/25/08 | MACRS-Y3 | 7 | 3,793 | 0 | 1,897 | 0 | 1,896 | 1,642 | 169 | 1,811 |
| 2084 | WINCH DRIVE (FROM COBRA) | 06/27/08 | MACRS-Y3 | 7 | 21,500 | 0 | 0 | 0 | 21,500 | 18,622 | 1,919 | 20,541 |
| 2086 | FLUID LEVEL GUN | 07/07/08 | MACRS-Y3 | 7 | 5,635 | 0 | 2,818 | 0 | 2,817 | 2,440 | 251 | 2,691 |
| 2088 | POLY ROLLER | 08/25/08 | MACRS-Y3 | 7 | 11,415 | 0 | 5,708 | 0 | 5,707 | 4,943 | 509 | 5,452 |
| 2090 | GROUT MACHINE | 09/16/08 | MACRS-Y3 | 7 | 27,633 | 0 | 13,817 | 0 | 13,816 | 11,966 | 1,233 | 13,199 |
| 2092 | POLY ROLLER | 09/16/08 | MACRS-Y3 | 7 | 11,286 | 0 | 5,643 | 0 | 5,643 | 4,888 | 503 | 5,391 |
| 2094 | CREW TRAILERS | 09/30/08 | MACRS-Y3 | 7 | 18,084 | 0 | 9,042 | 0 | 9,042 | 7,832 | 807 | 8,639 |
| 2096 | TONGS, PACKERS | 11/20/08 | MACRS-Y3 | 7 | 31,591 | 0 | 15,796 | 0 | 15,796 | 13,681 | 1,409 | 15,090 |
| 2098 | DOG HOUSE FOR RIG #20 | 03/03/09 | MACRS-Y3 | 7 | 9,575 | 0 | 4,788 | 0 | 4,787 | 4,146 | 427 | 4,573 |
| 2100 | GENERATOR | 03/04/09 | MACRS-Y3 | 7 | 2,783 | 0 | 1,392 | 0 | 1,391 | 1,205 | 124 | 1,329 |
| 2102 | 09 NEVILLE TRAILER | 03/31/09 | MACRS-Y3 | 7 | 31,160 | 0 | 15,680 | 0 | 15,680 | 13,591 | 1,399 | 14,980 |
| 2104 | MUD TANK | 08/12/09 | MACRS-Y3 | 7 | 2,925 | 0 | 1,463 | 0 | 1,462 | 1,136 | 130 | 1,266 |
| 2106 | JD 750C DOZER REPAIR | 09/03/09 | MACRS-Y3 | 7 | 25,073 | 0 | 12,537 | 0 | 12,536 | 9,739 | 1,119 | 10,858 |
| 2108 | POWERED DRILL SOCKET SET | 07/21/10 | MACRS-Y4 | 7 | 1,216 | 1,216 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2110 | MISC TOOLS | 07/21/10 | MACRS-Y4 | 7 | 5,155 | 5,155 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2112 | TRAILER #14 | 09/13/10 | MACRS-Y4 | 7 | 8,723 | 8,723 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2114 | REPAIRS | 12/31/10 | MACRS-Y4 | 7 | 12,671 | 12,671 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2116 | TRAILER (FROM COBRA) | 03/02/11 | MACRS-Y4 | 7 | 500 | 500 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2117 | TONGS | 04/12/11 | MACRS-Y4 | 7 | 14,047 | 0 | 14,047 | 0 | 0 | 0 | 0 | 0 |
| 2118 | TRIPLEX PUMP AIRFOAM #2 | 04/28/11 | MACRS-Y4 | 7 | 4,626 | 0 | 4,626 | 0 | 0 | 0 | 0 | 0 |
| 2119 | POWER TONGS | 06/20/11 | MACRS-Y4 | 7 | 20,718 | 0 | 20,718 | 0 | 0 | 0 | 0 | 0 |
| 2120 | SPEED KIT BLOCK & AIR SLIPS | 07/20/11 | MACRS-Y4 | 7 | 11,771 | 0 | 11,771 | 0 | 0 | 0 | 0 | 0 |



KCG
Borrower Initial

Page 6 of 21

Case 16-11224    Doc# 1    Filed 06/30/16    Page 20 of 110

| ASSET NO. | DESCRIPTION | DATE ACQ | METHOD | LIFE | COST | SEC 179 EXPENSE | BONUS DEPREC | ITC ADJ | SALVAGE | DEPRECIABLE BALANCE | PRIOR DEPREC | CURRENT DEPREC | ACCUM DEPREC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2121 | ICE MACHINE | 09/07/11 | MACRS-Y4 | 7 | 1,003 | 0 | 1,003 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2122 | TUBING | 09/21/11 | MACRS-Y4 | 7 | 5,716 | 0 | 5,716 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2123 | HOT WATER HEATER | 11/10/11 | MACRS-Y4 | 7 | 638 | 0 | 638 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2124 | BACKHOE 750 RADIATOR/COMPRESS | 11/23/11 | MACRS-Y4 | 7 | 10,998 | 0 | 10,998 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2125 | HYDROVAC 02 BLOWER | 12/06/11 | MACRS-Y4 | 7 | 5,871 | 0 | 5,871 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2126 | COBRA TOOLS | 12/31/11 | MACRS-Y | 7 | 94,000 | 0 | 0 | 0 | 0 | 94,000 | 52,892 | 11,745 | 64,637 |
| 2127 | COBRA SHOP EQUIPMENT | 12/31/11 | MACRS-Y | 7 | 9,000 | 0 | 0 | 0 | 0 | 9,000 | 5,064 | 1,125 | 6,189 |
| 2128 | USED TUBING | 02/17/12 | MACRS-Y | 7 | 5,427 | 0 | 0 | 0 | 0 | 5,427 | 3,053 | 678 | 3,731 |
| 2129 | SPARE ENGINE | 04/30/12 | MACRS-Q3 | 7 | 23,803 | 23,803 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2130 | SANDPUMP FOR RIGS | 05/21/12 | MACRS-Q3 | 7 | 5,023 | 5,023 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2131 | POWER WASHER | 07/13/12 | MACRS-Q | 7 | 7,079 | 0 | 0 | 0 | 0 | 7,079 | 2,925 | 1,187 | 4,112 |
| 2132 | REBUILD PUMPS | 08/13/12 | MACRS-Q3 | 7 | 23,704 | 23,704 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2133 | AUGER ATTACHMENT FOR BOBCAT | 09/16/12 | MACRS-Q3 | 7 | 2,910 | 2,910 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2134 | WINCH LINE FOR DOZER | 08/20/12 | MACRS-Q3 | 7 | 702 | 702 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2135 | 07 WACKER G25 PORT. GENERATOR | 09/24/12 | MACRS-Q3 | 7 | 2,951 | 2,951 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2137 | 07 WACKER G25 PORT GENERATOR | 09/24/12 | MACRS-Y | 7 | 4,547 | 4,547 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2138 | 97 CATERPILLER TELEHANDLER | 09/26/12 | MACRS-Q3 | 7 | 23,836 | 22,150 | 0 | 0 | 0 | 1,686 | 697 | 283 | 980 |
| 2139 | LARGE LIFTING CABLE | 10/02/12 | MACRS-Q3 | 7 | 657 | 657 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2140 | 100 GAL DIESEL FUEL TRANF TAN | 10/23/12 | MACRS-Q3 | 7 | 561 | 561 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2141 | PLANT LIGHTS | 11/27/12 | MACRS-Q3 | 7 | 15,200 | 15,200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2142 | OVERHAUL | 11/30/12 | MACRS-Q3 | 7 | 13,948 | 13,948 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2143 | OVERHAUL HV-03 | 01/23/13 | MACRS-Q | 7 | 18,696 | 18,696 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2144 | 200 BBL OPEN TOP TANK | 03/01/13 | MACRS-Q | 7 | 37,555 | 37,555 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2145 | AIR COMPRESSOR | 03/13/13 | MACRS-Q | 7 | 850 | 850 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2147 | RT950 TRENCHER | 03/23/13 | MACRS-Q | 7 | 62,223 | 0 | 0 | 0 | 0 | 62,223 | 19,365 | 12,245 | 31,610 |
| 2148 | 07 SKYJACK SCISSOR LIFT | 04/26/13 | MACRS-Y | 7 | 5,348 | 5,348 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2149 | HV-04 PUMP AND VALVE | 04/03/13 | MACRS-Y3 | 7 | 7,068 | 0 | 3,534 | 0 | 0 | 3,534 | 505 | 865 | 1,370 |
| 2150 | SWAB TANK & RENTAL TOOLS | 05/08/13 | MACRS-Y3 | 7 | 10,500 | 0 | 5,250 | 0 | 0 | 5,250 | 750 | 1,286 | 2,036 |
| 2151 | ALTEC APCO AIR HAMMER & BIT | 05/31/13 | MACRS-Y3 | 7 | 5,000 | 0 | 2,500 | 0 | 0 | 2,500 | 357 | 612 | 969 |
| 2152 | ENGINE | 06/12/13 | MACRS-Y3 | 7 | 13,898 | 0 | 6,949 | 0 | 0 | 6,949 | 993 | 1,702 | 2,695 |
| 2153 | BUSH HOG ROTARY MOWER 14' | 07/11/13 | MACRS-Y3 | 7 | 7,661 | 0 | 3,831 | 0 | 0 | 3,830 | 547 | 938 | 1,485 |
| 2154 | MILLER EER LOAN TRAILER | 08/01/13 | MACRS-Y3 | 7 | 6,057 | 0 | 3,029 | 0 | 0 | 3,028 | 433 | 741 | 1,174 |
| 2155 | ROAD GRADER | 08/20/13 | MACRS-Y | 7 | 10,500 | 10,500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2156 | INTERNAL TRANSMISSION FAILURE | 08/28/13 | MACRS-Y | 7 | 24,214 | 0 | 12,107 | 0 | 0 | 12,107 | 1,730 | 2,965 | 4,695 |
| 2157 | COMPRESSOR | 08/28/13 | MACRS-Y3 | 7 | 4,538 | 0 | 2,269 | 0 | 0 | 2,269 | 324 | 556 | 880 |
| 2158 | '00 JD 310 SE TURBO BACKHOE | 09/27/13 | MACRS-Y | 7 | 28,222 | 28,222 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2159 | GAS SEPARATORS | 10/14/13 | MACRS-Y | 7 | 9,000 | 9,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2160 | SKYTOP TELESCOPING MAST | 11/06/13 | MACRS-Y | 7 | 27,500 | 27,500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2161 | SQUEEZE MANIFOLD | 11/06/13 | MACRS-Y | 7 | 600 | 600 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2162 | 100T SHEAVE BLOCK DUPLEX HOOK | 11/06/13 | MACRS-Y | 7 | 3,000 | 3,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2163 | HINGED BOWL W/SLIP ASSEMBLY | 11/06/13 | MACRS-Y | 7 | 9,500 | 9,500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2164 | SLP TYPE ELEVATOR | 11/06/13 | MACRS-Y | 7 | 10,500 | 10,500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2165 | ROD ELEVATORS  OIL SAVERS | 11/06/13 | MACRS-Y | 7 | 3,400 | 3,400 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2166 | CASING SCRAPERS | 11/06/13 | MACRS-Y | 7 | 20,750 | 20,750 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2167 | OD MAGNETS W/GUIDE | 11/06/13 | MACRS-Y | 7 | 2,200 | 2,200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2168 | OD CONCAVE MILLS | 11/06/13 | MACRS-Y | 7 | 3,000 | 3,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2169 | SAFETY CLAMPS | 11/06/13 | MACRS-Y | 7 | 1,200 | 1,200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2170 | SALES TAX & FEE ON EQUIP PURC | 11/06/13 | MACRS-Y | 7 | 8,418 | 8,418 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2171 | G25 23 KVA GENERATOR #2772 | 11/22/13 | MACRS-Y | 7 | 8,486 | 8,486 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2172 | WACKER G25 GENERATOR #2366 | 11/22/13 | MACRS-Y3 | 7 | 5,336 | 0 | 2,668 | 0 | 0 | 2,668 | 381 | 653 | 1,034 |
| 2173 | GENERATOR | 12/03/13 | MACRS-Y3 | 7 | 11,301 | 0 | 5,651 | 0 | 0 | 5,650 | 807 | 1,384 | 2,191 |
| 2174 | SPARE SET OF TONGS | 01/15/14 | MACRS-Y | 7 | 5,866 | 5,866 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2175 | POLY PIPE TRAILER | 02/25/14 | MACRS-Y | 7 | 8,066 | 8,066 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2176 | POLY PIPE | 03/25/14 | MACRS-Y | 7 | 19,426 | 19,426 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2177 | SPARE TONGS | 03/25/14 | MACRS-Y | 7 | 2,232 | 2,232 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2178 | POWER SWIVEL UNIT W/TRAILER-U | 03/28/14 | MACRS-Y | 7 | 121,387 | 121,387 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2179 | PUMP | 04/04/14 | MACRS-Y3 | 7 | 6,645 | 0 | 3,323 | 0 | 0 | 3,322 | 0 | 475 | 475 |



PRATT WELL SERVICE, INC.
SCHEDULE OF DEPRECIATION - Tax Data
Company # 336
IDH 48-0664410

Year Ended 03/31/2015

PPD BY PATTON CRAMER & LAPEAD

| ASSET NO. | DESCRIPTION | DATE ACQ | METHOD | LIFE | COST | SEC 179 EXPENSE | BONUS DEPREC | SALVAGE ITC ADJ | DEPRECIABLE BALANCE | PRIOR DEPREC | CURRENT DEPREC | ACCUM DEPREC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2180 | GENERATOR/DOOSAN MODEL G25WMI | 04/17/14 | MACRS-Y3 | 7 | 10,000 | 0 | 5,000 | 0 | 5,000 | 0 | 714 | 714 |
| 2181 | POWER SWIVEL UNIT | 04/18/14 | MACRS-Y3 | 7 | 2,427 | 0 | 1,214 | 0 | 1,213 | 0 | 173 | 173 |
| 2182 | CARPORT | 05/01/14 | MACRS-Y3 | 7 | 700 | 0 | 350 | 0 | 350 | 0 | 50 | 50 |
| 2183 | POLYPIPE TRAILER #64016 | 05/07/14 | MACRS-Y3 | 7 | 16,247 | 0 | 8,124 | 0 | 8,123 | 0 | 1,160 | 1,160 |
| 2184 | REB TRANS | 05/29/14 | MACRS-Y3 | 7 | 43,338 | 0 | 21,669 | 0 | 21,669 | 0 | 3,096 | 3,096 |
| 2185 | 75KW GENSET GENERATOR #212113 | 06/04/14 | MACRS-Y3 | 7 | 16,298 | 0 | 8,149 | 0 | 8,149 | 0 | 1,164 | 1,164 |
| 2186 | NEW DOGHOUSE | 06/23/14 | MACRS-Y3 | 7 | 10,050 | 0 | 5,025 | 0 | 5,025 | 0 | 718 | 718 |
| 2187 | AIR SLIPS WITH ASSEMBLY (U) | 08/26/14 | MACRS-Y | 7 | 3,338 | 0 | 0 | 0 | 3,338 | 0 | 477 | 477 |
| 2188 | SHOULDER TYPE TUBING  (U) | 09/18/14 | MACRS-Y | 7 | 1,865 | 0 | 0 | 0 | 1,865 | 0 | 266 | 266 |
| 2189 | TRAILER #21051 | 11/20/14 | MACRS-Y3 | 7 | 15,140 | 0 | 7,570 | 0 | 7,570 | 0 | 1,081 | 1,081 |
| 2190 | 9" BLOW OUT PREVENTER | 12/05/14 | MACRS-Y3 | 7 | 24,000 | 0 | 12,000 | 0 | 12,000 | 0 | 1,714 | 1,714 |
| 2191 | FAN MODULE | 12/23/14 | MACRS-Y3 | 7 | 22,270 | 0 | 11,135 | 0 | 11,135 | 0 | 1,591 | 1,591 |
| 2192 | AIR COMPRESSOR | 12/16/14 | MACRS-Y3 | 7 | 1,087 | 0 | 544 | 0 | 543 | 0 | 78 | 78 |
| 2193 | EQUIPMENT (B&B HYDRAULICS) | 09/18/14 | MACRS-Y3 | 7 | 10,669 | 0 | 5,335 | 0 | 5,334 | 0 | 762 | 762 |

* (C) 1: EQUIPMENT *   241 asset(s)

|  |  |  |  |  | 2,353,695 | 510,123 | 373,138 | 0 | 1,470,454 | 1,208,448 | 75,822 | 1,284,270 |

(C) 2: RIGS

| ASSET NO. | DESCRIPTION | DATE ACQ | METHOD | LIFE | COST | SEC 179 EXPENSE | BONUS DEPREC | SALVAGE ITC ADJ | DEPRECIABLE BALANCE | PRIOR DEPREC | CURRENT DEPREC | ACCUM DEPREC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 202 | 76 PEMCO CARRIER #12 | 07/01/78 | 200%DB-SL | | 30,000 | 2,000 | 0 | 0 | 28,000 | 28,000 | 0 | 28,000 |
| 212.01 | UNIT #14 | 06/01/80 | 200%DB-SL | 7 | 4,789 | 0 | 0 | 0 | 4,789 | 4,789 | 0 | 4,789 |
| 214 | UNIT #14 | 12/01/80 | 200%DB-SL | 7 | 11,011 | 0 | 0 | 0 | 11,011 | 11,011 | 0 | 11,011 |
| 216 | UNIT #26 | 03/01/81 | ACRS | 5 | 49,000 | 0 | 0 | 0 | 49,000 | 49,000 | 0 | 49,000 |
| 228 | UNIT #26 | 12/01/81 | ACRS | 5 | 20,000 | 0 | 0 | 0 | 20,000 | 20,000 | 0 | 20,000 |
| 230 | RIG #27 | 07/01/82 | ACRS | 5 | 320,790 | 0 | 0 | 0 | 320,790 | 320,790 | 0 | 320,790 |
| 232 | UPDATE TRUCK UNIT 26 | 05/01/82 | ACRS | 5 | 26,477 | 0 | 0 | 0 | 26,477 | 26,477 | 0 | 26,477 |
| 234.01 | RM# 4-AX SERV RIG 28 | 10/01/83 | ACRS | 5 | 262,751 | 0 | 0 | 13,138 | 249,613 | 249,613 | 0 | 249,613 |
| 238.01 | POLE RIG UNIT #29 | 05/01/84 | ACRS | 5 | 35,000 | 0 | 0 | 1,750 | 33,250 | 33,250 | 0 | 33,250 |
| 248.01 | RIG #31 | 10/01/85 | ACRS | 5 | 130,231 | 0 | 0 | 6,512 | 123,719 | 123,719 | 0 | 123,719 |
| 250.01 | RIG #32 | 10/01/85 | ACRS | 5 | 153,500 | 0 | 0 | 7,675 | 145,825 | 145,825 | 0 | 145,825 |
| 252 | PUMPING UNIT | 04/01/85 | ACRS | 5 | 16,750 | 0 | 0 | 837 | 15,913 | 15,913 | 0 | 15,913 |
| 254 | SPUDDER RIG #20 | 12/01/85 | ACRS | 5 | 16,250 | 0 | 0 | 813 | 15,437 | 15,437 | 0 | 15,437 |
| 262 | SUB STRUCTURE | 04/01/88 | MACRS-Y | 7 | 4,800 | 0 | 0 | 0 | 4,800 | 4,800 | 0 | 4,800 |
| 264 | CASING JACK | 06/01/88 | MACRS-Y | 7 | 11,808 | 0 | 0 | 0 | 11,808 | 11,808 | 0 | 11,808 |
| 268 | RIG #22 | 12/01/95 | MACRS-Y | 7 | 45,000 | 0 | 0 | 0 | 45,000 | 45,000 | 0 | 45,000 |
| 270 | RIG #22 | 04/01/96 | MACRS-Y | 7 | 40,856 | 0 | 0 | 0 | 40,856 | 40,856 | 0 | 40,856 |
| 272 | DERRICK RIG #20 | 11/01/97 | MACRS-Y | 7 | 13,829 | 0 | 0 | 0 | 13,829 | 13,829 | 0 | 13,829 |
| 274 | REPAIRS RIG #20 | 09/01/98 | MACRS-Y | 7 | 23,032 | 0 | 0 | 0 | 23,032 | 23,032 | 0 | 23,032 |
| 276 | REPAIRS RIG #31 | 09/01/96 | MACRS-Y | 7 | 11,600 | 0 | 0 | 0 | 11,600 | 11,600 | 0 | 11,600 |
| 277 | RIG #27 WORKOVER | 08/09/00 | MACRS-Y | 7 | 54,516 | 0 | 0 | 0 | 54,516 | 54,516 | 0 | 54,516 |
| 278.01 | MOTOR & TRANSMISSION #12 | 08/07/00 | MACRS-Y | 7 | 5,866 | 0 | 0 | 0 | 5,866 | 5,866 | 0 | 5,866 |
| 279 | OVERHAUL #29 | 05/17/00 | MACRS-Y | 7 | 8,738 | 0 | 0 | 0 | 8,738 | 8,738 | 0 | 8,738 |
| 280 | RIG OVERHAUL #12 & #29 | 05/02/02 | MACRS-Y | 7 | 187,920 | 0 | 0 | 0 | 187,920 | 187,920 | 0 | 187,920 |
| 281 | RIG 33 | 12/03/03 | MACRS-Y | 7 | 200,000 | 0 | 0 | 0 | 200,000 | 200,000 | 0 | 200,000 |
| 282 | ENGINE | 07/29/03 | MACRS-Y3 | 7 | 39,073 | 0 | 19,537 | 0 | 19,536 | 19,536 | 0 | 19,536 |
| 283 | RIG 33 | 04/19/04 | MACRS-Y3 | 7 | 310,225 | 0 | 155,113 | 0 | 155,112 | 155,112 | 0 | 155,112 |
| 284.01 | RIG 20 OVERHAUL | 10/01/04 | MACRS-Y3 | 7 | 35,758 | 0 | 17,879 | 0 | 17,879 | 17,879 | 0 | 17,879 |
| 285 | RIG 31 REPAIRS | 06/18/05 | MACRS-Y | 7 | 10,264 | 0 | 0 | 0 | 10,264 | 10,264 | 0 | 10,264 |
| 286 | SALES TAX ON RIG #33 | 06/30/05 | MACRS-Y | 7 | 40,835 | 0 | 0 | 0 | 40,835 | 40,835 | 0 | 40,835 |
| 288 | AIR FOAM UNIT | 08/04/05 | MACRS-Y | 7 | 195,143 | 0 | 0 | 0 | 195,143 | 195,143 | 0 | 195,143 |
| 289 | REBUILT TONGS FOR #12 | 07/11/05 | MACRS-Y | 7 | 7,681 | 0 | 0 | 0 | 7,681 | 7,681 | 0 | 7,681 |
| 290 | MUD MACHINE | 02/28/06 | MACRS-Y | 7 | 64,146 | 0 | 0 | 0 | 64,146 | 64,146 | 0 | 64,146 |
| 292 | RIG 12 REPAIRS | 03/29/06 | MACRS-Y | 7 | 8,547 | 0 | 0 | 0 | 8,547 | 8,547 | 0 | 8,547 |
| 294 | ENGINE FOR AIR FOAM UNIT | 03/31/06 | MACRS-Y | 7 | 45,924 | 0 | 0 | 0 | 45,924 | 45,924 | 0 | 45,924 |
| 296 | AIR FOAM UNIT | 06/28/06 | MACRS-Y | 7 | 195,465 | 0 | 0 | 0 | 195,465 | 195,465 | 0 | 195,465 |
| 298 | REPAIRS RIG #14 | 05/30/06 | MACRS-Y | 7 | 36,292 | 0 | 0 | 0 | 36,292 | 36,292 | 0 | 36,292 |
| 300 | REPAIR RIG #33 | 08/01/06 | MACRS-Y | 7 | 18,660 | 0 | 0 | 0 | 18,660 | 18,660 | 0 | 18,660 |

Borrower Initial

COPY

PRATT WELL SERVICE, INC.
SCHEDULE OF DEPRECIATION - Tax Data
Year Ended 03/31/2015

ID# 46-0664410
COMPANY # 336

RUN 12/21/15
10:10:45 AM

PPD BY PATTON CRAMER & LAPRAD

| ASSET NO. | DESCRIPTION | DATE ACQ | METHOD | LIFE | COST | SEC 179 EXPENSE | BONUS DEPREC | SALVAGE ITC ADJ | DEPRECIABLE BALANCE | PRIOR DEPREC | CURRENT DEPREC | ACCUM DEPREC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3000 | RIG 27-GEAR BOX & BEARINGS | 04/23/07 | MACRS-Y | 7 | 5,642 | 0 | 0 | 0 | 5,642 | 5,390 | 252 | 5,642 |
| 3002 | RIG 12-NEW SHAFT & REDO DRUM | 04/23/07 | MACRS-Y | 7 | 19,382 | 0 | 0 | 0 | 19,382 | 18,517 | 865 | 19,382 |
| 3004 | RIG 28 NEW ENGINE | 05/31/07 | MACRS-Y | 7 | 96,559 | 0 | 0 | 0 | 96,559 | 92,250 | 4,309 | 96,559 |
| 3006 | UNIT 27 - SANDLINE | 06/25/07 | MACRS-Y | 7 | 8,071 | 0 | 0 | 0 | 8,071 | 7,711 | 360 | 8,071 |
| 3008 | UNIT 31 - SANDLINE | 07/10/07 | MACRS-Y | 7 | 7,917 | 0 | 0 | 0 | 7,917 | 7,564 | 353 | 7,917 |
| 3012 | RIG 32 - SANDLINE | 08/27/07 | MACRS-Y | 7 | 7,520 | 0 | 0 | 0 | 7,520 | 7,184 | 336 | 7,520 |
| 3014 | EQUIPMENT FOR RIGS | 11/19/07 | MACRS-Y | 7 | 8,291 | 0 | 0 | 0 | 8,291 | 7,921 | 370 | 8,291 |
| 3016 | UNIT 22 - SANDLINE | 12/12/07 | MACRS-Y | 7 | 8,125 | 0 | 0 | 0 | 8,125 | 7,762 | 363 | 8,125 |
| 3018 | REBUILD ENGINE ON UNIT 29 | 12/26/07 | MACRS-Y | 7 | 8,119 | 0 | 0 | 0 | 8,119 | 7,757 | 362 | 8,119 |
| 3020 | RIG 31 - SANDLINE SPOOLING | 01/07/08 | MACRS-Y3 | 7 | 8,067 | 0 | 4,034 | 0 | 4,033 | 3,853 | 180 | 4,033 |
| 3022 | NEW DERRICK FOR RIG #28 | 01/08/08 | MACRS-Y3 | 7 | 129,168 | 0 | 64,584 | 0 | 64,584 | 61,702 | 2,882 | 64,584 |
| 3024 | RIG #44-NEW WINCH | 04/07/08 | MACRS-Y3 | 7 | 6,646 | 0 | 3,323 | 0 | 3,323 | 2,878 | 297 | 3,175 |
| 3026 | RIG #32-SANDLINE | 04/08/08 | MACRS-Y3 | 7 | 8,628 | 0 | 4,314 | 0 | 4,314 | 3,737 | 385 | 4,122 |
| 3028 | RIG #4 - NEW SHAFT | 04/08/08 | MACRS-Y3 | 7 | 11,073 | 0 | 5,537 | 0 | 5,536 | 4,795 | 494 | 5,289 |
| 3030 | RIG #12 - SANDLINE | 04/17/08 | MACRS-Y3 | 7 | 9,308 | 0 | 4,654 | 0 | 4,654 | 4,031 | 415 | 4,446 |
| 3032 | REFURBISH RIG #28 | 04/29/08 | MACRS-Y3 | 7 | 159,330 | 0 | 79,665 | 0 | 79,665 | 69,000 | 7,110 | 76,110 |
| 3034 | UNIT #12-TRANSMISSION | 05/30/08 | MACRS-Y3 | 7 | 17,334 | 0 | 8,667 | 0 | 8,667 | 7,507 | 773 | 8,280 |
| 3036 | RIG #12 SANDLINE SPOOLING | 07/16/08 | MACRS-Y3 | 7 | 9,303 | 0 | 4,652 | 0 | 4,651 | 4,028 | 415 | 4,443 |
| 3038 | RIG #33 DRIVE PUMP | 09/03/08 | MACRS-Y3 | 7 | 28,736 | 0 | 14,368 | 0 | 14,368 | 12,444 | 1,283 | 13,727 |
| 3040 | RIG #22 | 10/31/08 | MACRS-Y3 | 7 | 77,207 | 0 | 38,604 | 0 | 38,603 | 33,435 | 3,445 | 36,880 |
| 3042 | RIG #27-ENGINE & TRANSMISSION | 02/26/09 | MACRS-Y3 | 7 | 79,265 | 0 | 39,633 | 0 | 39,632 | 34,327 | 3,537 | 37,864 |
| 3044 | RIG #20-ENGINE & TRANSMISSION | 03/27/09 | MACRS-Y3 | 7 | 42,952 | 0 | 21,476 | 0 | 21,476 | 18,601 | 1,917 | 20,518 |
| 3046 | RIG #20 RESTORATION | 04/29/09 | MACRS-Y3 | 7 | 172,835 | 0 | 86,418 | 0 | 86,417 | 67,136 | 7,712 | 74,848 |
| 3048 | RIG #31 SANDLINE | 08/23/09 | MACRS-Y3 | 7 | 7,961 | 0 | 3,981 | 0 | 3,980 | 3,092 | 355 | 3,447 |
| 3050 | RIG #20 SPOOLING & SANDLINE | 06/28/10 | MACRS-Y3 | 7 | 8,993 | 8,993 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3052 | RIG #26 TRUCK | 06/28/10 | MACRS-Y3 | 5 | 12,379 | 12,379 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3054 | RIG #33 | 06/28/10 | MACRS-Y3 | 7 | 159,970 | 0 | 79,985 | 0 | 79,985 | 55,000 | 7,139 | 62,139 |
| 3056 | RIG 333 SANDLINE | 10/27/10 | MACRS-Y4 | 7 | 9,112 | 0 | 9,112 | 0 | 0 | 0 | 0 | 0 |
| 3058 | PWS WORKSTRING | 11/29/10 | MACRS-Y4 | 7 | 24,527 | 0 | 24,527 | 0 | 0 | 0 | 0 | 0 |
| 3059 | WET #10 REPAIR | 01/04/11 | MACRS-Y4 | 7 | 33,712 | 0 | 33,712 | 0 | 0 | 0 | 0 | 0 |
| 3062 | RIG #20 SANDLINE | 01/07/11 | MACRS-Y4 | 7 | 9,815 | 0 | 9,815 | 0 | 0 | 0 | 0 | 0 |
| 3064 | RIG #12 SANDLINE | 01/07/11 | MACRS-Y4 | 7 | 8,800 | 0 | 8,800 | 0 | 0 | 0 | 0 | 0 |
| 3065 | SANDLINE RIG #32 | 06/10/11 | MACRS-Y4 | 7 | 9,359 | 0 | 9,359 | 0 | 0 | 0 | 0 | 0 |
| 3066 | SANDLINE RIG #31 | 11/15/11 | MACRS-Y4 | 7 | 9,345 | 0 | 9,345 | 0 | 0 | 0 | 0 | 0 |
| 3067 | TRANSMISSION RIG #20 | 11/30/11 | MACRS-Y4 | 7 | 43,732 | 0 | 43,732 | 0 | 0 | 0 | 0 | 0 |
| 3068 | RIG #28 TRANSMISSION | 06/30/12 | MACRS-Q3 | 7 | 46,972 | 46,972 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3069 | SANDLINE | 08/22/12 | MACRS-Q3 | 7 | 11,229 | 11,229 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3070 | SANDLINE FOR RIG #32 | 08/24/12 | MACRS-Q3 | 7 | 10,105 | 10,105 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3071 | RIG #22 ENGINE | 08/30/12 | MACRS-Q3 | 7 | 9,983 | 9,983 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3072 | CROWN FOR RIG #22 | 11/30/12 | MACRS-Q3 | 7 | 34,348 | 34,348 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3073 | SANDLINE FOR RIG #27 | 12/12/12 | MACRS-Q3 | 7 | 10,372 | 10,372 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3074 | SANDLINE | 12/28/12 | MACRS-Q3 | 7 | 8,418 | 8,418 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3075 | HUNKE SMEAL RIG | 01/11/13 | MACRS-Q | 7 | 61,171 | 61,171 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3076 | 13 INTL TRU W/POLE RIG #36 | 02/01/13 | MACRS-Q3 | 7 | 472,085 | 37,654 | 217,216 | 0 | 217,215 | 67,603 | 42,746 | 110,349 |
| 3077 | NEW POLE ON RIG #12 | 03/13/13 | MACRS-Q | 7 | 24,871 | 24,871 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3078 | OVERHAUL ENG & TRANSM RIG 31 | 04/22/13 | MACRS-Y3 | 7 | 25,434 | 25,434 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3079 | REPAIR RIG 31 | 07/23/13 | MACRS-Y3 | 7 | 21,850 | 21,850 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3080 | REPAIR RIG 31 | 04/24/13 | MACRS-Y3 | 7 | 245,745 | 98,273 | 73,736 | 0 | 73,736 | 10,534 | 18,058 | 28,592 |
| 3081 | REPAIR RIG 36 | 09/10/13 | MACRS-Y3 | 7 | 5,996 | 5,996 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3082 | REPAIR RIG 29 | 11/15/13 | MACRS-Y3 | 7 | 10,059 | 10,059 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3083 | REPAIR RIG 29 | 11/15/13 | MACRS-Y3 | 7 | 13,921 | 13,921 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3084 | REBUILD RIG 27 | 02/19/14 | MACRS-Y | 7 | 2,916 | 2,916 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3085 | RIG 35 SK575 2014 SERVICE KIN | 05/01/14 | MACRS-Y3 | 7 | 653,600 | 0 | 326,800 | 0 | 326,800 | 0 | 46,686 | 46,686 |
| 3086 | TOOLS FOR RIG #35 | 05/14/14 | MACRS-Y3 | 7 | 37,146 | 0 | 18,573 | 0 | 18,573 | 0 | 2,653 | 2,653 |
| 3087 | ENGINE & TRANSMISSION-RIG #27 | 05/30/14 | MACRS-Y3 | 7 | 20,973 | 0 | 10,487 | 0 | 10,486 | 0 | 1,498 | 1,498 |
| 3088 | RIG #27 - REPAIR TUBING BLOCK | 06/25/14 | MACRS-Y3 | 7 | 9,199 | 0 | 4,600 | 0 | 4,599 | 0 | 657 | 657 |
| 3089 | REPAIR RIG #27 | 07/17/14 | MACRS-Y3 | 7 | 262,939 | 0 | 131,470 | 0 | 131,469 | 0 | 18,781 | 18,781 |

Borrower Initial



PRATT WELL SERVICE, INC.  
SCHEDULE OF DEPRECIATION - Tax Data  

IDN 48-0664410  
COMPANY # 336  

RUN 12/21/15  
10:10:45 AM  

Year Ended 03/31/2015  

PPD BY PATTON CRAMER & LAPRAD  

| ASSET NO. | DESCRIPTION | DATE ACQ | METHOD | LIFE | COST | SEC 179 EXPENSE | BONUS DEPREC | SALVAGE ITC ADJ | DEPRECIABLE BALANCE | PRIOR DEPREC | CURRENT DEPREC | ACCUM DEPREC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3090 | PUMP FOR WET 6 | 08/01/14 | MACRS-Y3 | 7 | 4,373 | 0 | 2,187 | 0 | 2,186 | 0 | 312 | 312 |
| 3091 | ENGINE ON RIG #27-FOR A SPARE | 12/31/14 | MACRS-Y3 | 7 | 21,814 | 0 | 10,907 | 0 | 10,907 | 0 | 1,558 | 1,558 |
| 3092 | TOMUS FOR RIG #34 | 01/16/15 | MACRS-Y | 7 | 13,473 | 0 | 0 | 0 | 13,473 | 0 | 1,925 | 1,925 |
| 3093 | REBUILD HYDROVAC 02 | 02/18/15 | MACRS-Y | 7 | 36,344 | 0 | 0 | 0 | 36,344 | 0 | 5,192 | 5,192 |
| 3094 | SANDLINE | 02/23/15 | MACRS-Y | 7 | 10,169 | 0 | 0 | 0 | 10,169 | 0 | 1,453 | 1,453 |
| * (C) 2: RIGS * | 100 asset(s) | | | | | | | | | | | |
| | | | | | 6,045,215 | 456,944 | 1600802 | 30,725 | 3,956,744 | 3,093,032 | 187,428 | 3,280,460 |
| (C) 3: VEHICLES | | | | | | | | | | | | |
| 330 | BRIGADIER TRUCK #11 | 05/01/80 | 200%DB-SL | 10 | 74,538 | 2,000 | 0 | 0 | 72,538 | 72,538 | 0 | 72,538 |
| 334 | 80 GMC TRUCK WET 5 | 07/01/80 | 200%DB-SL | 10 | 43,057 | 0 | 0 | 0 | 43,057 | 43,057 | 0 | 43,057 |
| 344 | IHC TRUCK #34 | 07/01/82 | ACRS | 5 | 87,276 | 0 | 0 | 0 | 87,276 | 87,276 | 0 | 87,276 |
| 382 | 78 CHEV DERRICK AUGER | 04/01/85 | ACRS | 5 | 16,450 | 0 | 0 | 823 | 15,627 | 15,627 | 0 | 15,627 |
| 388.01 | 84 BRIDGE TRUCK #29 | 12/01/85 | ACRS | 5 | 59,784 | 0 | 0 | 2,989 | 56,795 | 56,795 | 0 | 56,795 |
| 388.01 | 87 40 TON LOBOY #T8 | 03/01/87 | MACRS-Y | 7 | 14,701 | 0 | 0 | 0 | 14,701 | 14,701 | 0 | 14,701 |
| 400 | 74 IHC VAC TRUCK W-3 | 09/01/87 | MACRS-Y | 7 | 9,713 | 0 | 0 | 0 | 9,713 | 9,713 | 0 | 9,713 |
| 401 | 1981 EZ GO GOLF CART | 05/01/91 | MACRS-Y | 7 | 900 | 0 | 0 | 0 | 900 | 900 | 0 | 900 |
| 438 | 95 FORD F350 #92 | 05/01/97 | MACRS-Y | 5 | 2,310 | 0 | 0 | 0 | 2,310 | 2,310 | 0 | 2,310 |
| 440 | UNIT 32-CUSR FURN/CO | 05/01/97 | MACRS-Y | 5 | 2,965 | 0 | 0 | 0 | 2,965 | 2,965 | 0 | 2,965 |
| 444 | UNIT 17-REBUILD ENG | 07/01/97 | MACRS-Y | 5 | 9,340 | 0 | 0 | 0 | 9,340 | 9,340 | 0 | 9,340 |
| 445 | 5 BLOW OUT PREVENTOR | 07/01/97 | MACRS-Y | 5 | 10,000 | 0 | 0 | 0 | 10,000 | 10,000 | 0 | 10,000 |
| 448 | 95 FORD F250 #92 | 08/01/97 | MACRS-YL | 5 | 2,230 | 0 | 0 | 0 | 2,230 | 2,230 | 0 | 2,230 |
| 451 | KENWORTH TRUCK | 08/01/99 | MACRS-Y | 5 | 5,725 | 0 | 0 | 0 | 5,725 | 5,725 | 0 | 5,725 |
| 452 | 95 FORD F250 #93 | 10/04/00 | MACRS-YL | 5 | 13,000 | 0 | 0 | 0 | 13,000 | 13,000 | 0 | 13,000 |
| 453 | 1994 PETERBILT 357 | 11/28/00 | MACRS-Y | 5 | 48,160 | 0 | 0 | 0 | 48,160 | 48,160 | 0 | 48,160 |
| 455 | 1993 CHEVROLET 2500 EST | 06/07/01 | MACRS-Y | 5 | 2,600 | 0 | 0 | 0 | 2,600 | 2,600 | 0 | 2,600 |
| 458 | 01 CHEV 2500 PU #107 | 02/18/03 | MACRS-Y | 5 | 21,290 | 0 | 0 | 0 | 21,290 | 21,290 | 0 | 21,290 |
| Sold 6,000 | | 10/01/14 | | | -21,290 | | | | -21,290 | | | -21,290 |
| 459 | 01 FORD F250 XLT #108 | 02/18/03 | MACRS-Y | 5 | 23,888 | 0 | 0 | 0 | 23,888 | 23,888 | 0 | 23,888 |
| 459.01 | 01 F250 CREW CAB #108 | 10/22/03 | MACRS-Y | 5 | 2,046 | 0 | 0 | 0 | 2,046 | 2,046 | 0 | 2,046 |
| 459 | 2 subasset(s) | | | | 25,934 | 0 | 0 | 0 | 25,934 | 25,934 | 0 | 25,934 |
| 460 | WET 9, MAC 99 WATER TRUCK | 05/01/03 | MACRS-Y | 5 | 84,700 | 0 | 0 | 0 | 84,700 | 84,700 | 0 | 84,700 |
| 461 | 03 SUBURBAN-RG #110 | 09/30/03 | MACRS-Y3L | 5 | 46,655 | 0 | 23,328 | 0 | 23,327 | 23,327 | 0 | 23,327 |
| 464.01 | ENGINE PETERBUILT #21 | 04/04/03 | MACRS-Y2 | 5 | 7,094 | 0 | 2,128 | 0 | 4,966 | 4,966 | 0 | 4,966 |
| 465 | WINCH TRUCK | 07/20/04 | MACRS-Y3 | 7 | 104,789 | 0 | 52,395 | 0 | 52,394 | 52,394 | 0 | 52,394 |
| 467 | 2005 FORD CREW CAB #114 | 01/03/05 | MACRS-Y | 5 | 35,120 | 0 | 0 | 0 | 35,120 | 35,120 | 0 | 35,120 |
| 831 | 03 FORD F550 PICKUP #111 | 10/01/03 | MACRS-Y | 5 | 41,081 | 0 | 20,541 | 0 | 20,540 | 20,540 | 0 | 20,540 |
| 835 | 06 FORD 350 PICKUP 118 #78510 | 11/30/05 | MACRS-Y | 5 | 30,419 | 0 | 0 | 0 | 30,419 | 30,419 | 0 | 30,419 |
| 837 | 06 CHEV C2500 TRUCK #117 | 13/30/05 | MACRS-Y | 5 | 34,544 | 0 | 0 | 0 | 34,544 | 34,544 | 0 | 34,544 |
| 839 | 06 FORD F250 PICKUP #119 | 11/13/06 | MACRS-Y | 5 | 34,690 | 0 | 0 | 0 | 34,690 | 34,690 | 0 | 34,690 |
| 843 | 07 FORD F250 23301 | 02/09/07 | MACRS-Y | 5 | 30,882 | 0 | 0 | 0 | 30,882 | 30,882 | 0 | 30,882 |
| 847 | 95 WEST STAR WINCH TRUCK #25 | 06/30/06 | MACRS-Y | 5 | 32,182 | 0 | 0 | 0 | 32,182 | 32,182 | 0 | 32,182 |
| 849 | 95 PETERBULT TRUCK #138 | 03/28/06 | MACRS-Y | 5 | 26,227 | 0 | 0 | 0 | 26,227 | 26,227 | 0 | 26,227 |
| 855 | NEW ENGINE PICKUP #111 F550 | 01/25/08 | MACRS-Y3 | 5 | 8,392 | 0 | 4,196 | 0 | 6,196 | 4,196 | 0 | 4,196 |
| 859 | 08 FORD F250 #46945 | 07/31/08 | MACRS-Y3 | 5 | 29,327 | 0 | 14,664 | 0 | 14,663 | 14,663 | 0 | 14,663 |
| 863 | 09 FORD F250 #05578 | 11/30/08 | MACRS-Y3 | 5 | 31,627 | 0 | 15,814 | 0 | 15,813 | 15,813 | 0 | 15,813 |
| 865 | 07 FORD PETERBUILT | 03/31/09 | MACRS-Y | 5 | 105,000 | 0 | 0 | 0 | 105,000 | 105,000 | 0 | 105,000 |
| 867 | 10 FORD F250 CREW CAB #27271 | 02/15/10 | MACRS-Y | 5 | 30,365 | 0 | 0 | 0 | 30,365 | 28,616 | 1,749 | 30,365 |
| 869 | 98 MACK DUMP TRUCK | 07/21/10 | MACRS-Y | 5 | 14,000 | 14,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 871 | PETERBUILT FOR WET 10 (COBRA) | 09/29/10 | MACRS-Y | 5 | 12,000 | 12,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 873 | 11 FORD F250 TRUCK #86391 | 01/03/11 | MACRS-Y4 | 5 | 33,545 | 0 | 33,545 | 0 | 0 | 0 | 0 | 0 |
| 875 | 11 F550 CAB TRUCK #10901 | 02/23/11 | MACRS-Y4 | 5 | 40,343 | 0 | 40,343 | 0 | 0 | 0 | 0 | 0 |

KGG  
Borrower Initial



PRATT WELL SERVICE, INC.
SCHEDULE OF DEPRECIATION - Tax Data

IDN 48-0664410
COMPANY # 336

Year Ended 03/31/2015

PPD BY PATTON CRAMER & LAPRAD

| ASSET NO. | DESCRIPTION | DATE ACQ | METHOD | LIFE | COST | SEC 179 EXPENSE | BONUS DEPREC | SALVAGE ITC ADJ | DEPRECIABLE BALANCE | PRIOR DEPREC | CURRENT DEPREC | ACCUM DEPREC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 877 | PICKUP #111-NEW TRANSMISSION | 09/08/10 | MACRS-Y3 | 5 | 5,791 | 5,791 | 0 | 0 | 0 | 0 | 0 | 0 |
| 878 | ENGINE, PUMP, TRANSMISSION | 08/30/11 | MACRS-Y4 | 5 | 37,682 | 0 | 37,682 | 0 | 0 | 0 | 0 | 0 |
| 879 | 05 F150 TRUCK FROM WOLVERINE | 09/01/11 | MACRS-Y | 5 | 8,000 | 0 | 0 | 0 | 8,000 | 5,696 | 922 | 6,618 |
| 880 | 12 CHEV 2500 HD TRUCK #133 | 10/18/11 | MACRS-Y4 | 5 | 36,018 | 0 | 36,018 | 0 | 0 | 0 | 0 | 0 |
| 881 | 12 CHEV 2500 HD TRUCK #134 | 12/01/11 | MACRS-Y4 | 5 | 39,433 | 0 | 39,433 | 0 | 0 | 0 | 0 | 0 |
| 882 | 12 DODGE 5500 FOR SMEAL RIG | 10/01/12 | MACRS-Q3 | 5 | 47,692 | 0 | 23,846 | 0 | 23,846 | 11,685 | 4,864 | 16,549 |
| 883 | 12 DODGE 2500 TRUCK | 10/30/12 | MACRS-Q3 | 5 | 44,012 | 0 | 22,006 | 0 | 22,006 | 10,783 | 4,489 | 15,272 |
| 884 | PICKUP 111 TRANSMISSION | 11/27/12 | MACRS-Q3 | 5 | 5,167 | 0 | 2,584 | 0 | 2,583 | 1,265 | 527 | 1,792 |
| 885 | 13 FORD F250 XL | 12/19/12 | MACRS-Q3 | 5 | 37,973 | 0 | 18,987 | 0 | 18,986 | 9,303 | 3,873 | 13,176 |
| 886 | 07 FORD F550 XL TRUCK | 04/26/13 | MACRS-Y | 5 | 22,000 | 0 | 0 | 0 | 22,000 | 4,400 | 7,040 | 11,440 |
| 887 | 13 FORD F250 TRUCK #28651 | 05/01/13 | MACRS-Y3 | 5 | 38,414 | 0 | 19,207 | 0 | 19,207 | 3,841 | 6,146 | 9,987 |
| 889 | 12 FORD F150 #41405 (MIXER) | 06/01/13 | MACRS-Y | 5 | 47,476 | 0 | 0 | 0 | 47,476 | 9,495 | 15,192 | 24,687 |
| 891 | LONG BLOCK ENGINE TRUCK #130 | 10/25/13 | MACRS-Y3 | 5 | 10,235 | 0 | 5,118 | 0 | 5,117 | 1,023 | 1,638 | 2,661 |
| 893 | 88 VOLVO TRUCK #3WXDAHAAC6 | 11/06/13 | MACRS-Y | 5 | 4,000 | 0 | 0 | 0 | 4,000 | 800 | 1,280 | 2,080 |
| 895 | 06 MACK TRUCK #004387 | 01/25/14 | MACRS-Y | 5 | 94,500 | 0 | 0 | 0 | 94,500 | 18,900 | 30,240 | 49,140 |
| 897 | 14 CHEV 1500 CREW CAB TRUCK | 02/12/14 | MACRS-Y | 5 | 46,000 | 0 | 0 | 0 | 46,000 | 9,200 | 14,720 | 23,920 |
| 899 | 14 FORD F250 #22342 | 05/01/14 | MACRS-Y3 | 5 | 36,500 | 0 | 18,250 | 0 | 18,250 | 0 | 3,650 | 3,650 |
| 901 | 11 FORD EXPLORER (U) - KEN | 06/01/14 | MACRS-Y | 5 | 12,900 | 0 | 0 | 0 | 12,900 | 0 | 2,580 | 2,580 |
| 903 | 01 PETERBUILT TRUCK #22342 | 07/25/14 | MACRS-Y | 7 | 80,000 | 0 | 0 | 0 | 80,000 | 0 | 11,429 | 11,429 |
| 905 | REPAIR TRUCK #130 | 07/03/14 | MACRS-Y3 | 5 | 4,543 | 0 | 2,272 | 0 | 2,271 | 0 | 454 | 454 |
| 907 | 14 FORD F250 TRUCK | 10/01/14 | MACRS-Y | 5 | 36,000 | 0 | 0 | 0 | 36,000 | 0 | 7,200 | 7,200 |
| 909 | 07 CHEV 3500 WIRELINE TRUCK | 11/24/14 | MACRS-Y | 5 | 12,300 | 0 | 0 | 0 | 12,300 | 0 | 2,460 | 2,460 |
| 911 | 08 FORD F150 TRUCK | 12/18/14 | MACRS-Y | 5 | 12,992 | 0 | 0 | 0 | 12,992 | 0 | 2,598 | 2,598 |

* (C) 3: VEHICLES *   64 asset(s)

|  |  |  |  |  | 1,961,293 | 33,791 | 432,357 | 3,812 | 1,491,333 | 1,108,831 | 123,051 | 1,210,592 |

(C) 4: OIL PRODUCTION
| 440.02 | MESSER #1 | 06/01/82 | ACRS | 5 | 44,706 | 0 | 0 | 0 | 44,706 | 44,706 | 0 | 44,706 |
| 456.01 | BAILEY EQUIP | 02/01/84 | ACRS | 5 | 20,670 | 5,000 | 0 | 0 | 15,670 | 15,670 | 0 | 15,670 |
| 472.01 | MAYHEW #2 | 09/01/82 | ACRS | 5 | 1,364 | 0 | 0 | 0 | 1,364 | 1,364 | 0 | 1,364 |
| 474.01 | TANK BATTERY | 10/01/91 | MACRS-Y | 7 | 2,650 | 0 | 0 | 0 | 2,650 | 2,650 | 0 | 2,650 |
| 482 | SMITH B-5 EQUIP | 11/01/84 | ACRS | 5 | 50,000 | 0 | 0 | 0 | 50,000 | 50,000 | 0 | 50,000 |
| 494 | PACKARD #2 | 09/01/85 | ACRS | 5 | 2,516 | 0 | 0 | 126 | 2,390 | 2,390 | 0 | 2,390 |
| 518.01 | FIREBAUGH | 09/01/85 | ACRS | 5 | 2,695 | 0 | 0 | 135 | 2,560 | 2,560 | 0 | 2,560 |
| 520.01 | DIETZ 1-A | 09/01/85 | ACRS | 5 | 2,139 | 0 | 0 | 107 | 2,032 | 2,032 | 0 | 2,032 |
| 540.01 | WATSON SWD | 09/01/85 | ACRS | 5 | 40,507 | 0 | 0 | 1,499 | 39,008 | 39,008 | 0 | 39,008 |
| 556.01 | CLARK J-1 | 09/01/85 | ACRS | 5 | 9,233 | 0 | 0 | 462 | 8,771 | 8,771 | 0 | 8,771 |
| 574.01 | PACKARD #1 | 09/01/85 | ACRS | 5 | 16,848 | 0 | 0 | 800 | 16,048 | 16,048 | 0 | 16,048 |
| 578.01 | DYCR #1 | 11/01/86 | ACRS | 5 | 15,750 | 0 | 0 | 0 | 15,750 | 15,750 | 0 | 15,750 |
| 580.01 | GREENSTREET | 11/01/86 | ACRS | 5 | 15,750 | 0 | 0 | 0 | 15,750 | 15,750 | 0 | 15,750 |
| 588 | SMITH B-1 | 07/01/86 | ACRS | 5 | 6,964 | 0 | 0 | 0 | 6,964 | 6,964 | 0 | 6,964 |
| 632 | HARSTON #1 | 10/01/88 | MACRS-Y | 7 | 21,231 | 0 | 0 | 0 | 21,231 | 21,231 | 0 | 21,231 |
| 636.01 | ENGLISH A-1 | 09/01/88 | MACRS-Y | 7 | 11,298 | 0 | 0 | 0 | 11,298 | 11,298 | 0 | 11,298 |
| 642.01 | HOPPER | 04/01/88 | MACRS-Y | 7 | 5,658 | 0 | 0 | 0 | 5,658 | 5,658 | 0 | 5,658 |
| 650.01 | SMITH A-2 | 05/01/88 | MACRS-Y | 7 | 2,500 | 0 | 0 | 0 | 2,500 | 2,500 | 0 | 2,500 |
| 684.01 | MARTIN VANCE | 06/01/90 | MACRS-Y | 7 | 11,000 | 0 | 0 | 0 | 11,000 | 11,000 | 0 | 11,000 |
| 686.01 | HUCK | 06/01/90 | MACRS-Y | 7 | 12,024 | 0 | 0 | 0 | 12,024 | 12,024 | 0 | 12,024 |
| 690.01 | LECHNER EQUIP | 07/01/90 | MACRS-Y | 7 | 6,350 | 0 | 0 | 0 | 6,350 | 6,350 | 0 | 6,350 |
| 694.01 | PUMPING UNITS-4 | 10/01/90 | MACRS-Y | 7 | 18,500 | 0 | 0 | 0 | 18,500 | 18,500 | 0 | 18,500 |
| 696.01 | MARTIN | 11/01/90 | MACRS-Y | 7 | 10,000 | 0 | 0 | 0 | 10,000 | 10,000 | 0 | 10,000 |
| 710.01 | DEITZ | 05/01/91 | MACRS-Y | 7 | 1,527 | 0 | 0 | 0 | 1,527 | 1,527 | 0 | 1,527 |
| 718.01 | DIETZ 1 - OWWO | 06/01/91 | MACRS-Y | 7 | 1,079 | 0 | 0 | 0 | 1,079 | 1,079 | 0 | 1,079 |
| 732.01 | FISHING TOOL 2 3/8 T | 09/01/91 | MACRS-Y | 7 | 3,258 | 0 | 0 | 0 | 3,258 | 3,258 | 0 | 3,258 |
| 738.01 | 1/2 TANK BATTERY | 09/01/91 | MACRS-Y | 7 | 2,650 | 0 | 0 | 0 | 2,650 | 2,650 | 0 | 2,650 |
| 744 | NATOMA | 10/01/91 | MACRS-Y | 7 | 43,492 | 0 | 0 | 0 | 43,492 | 43,492 | 0 | 43,492 |
| 766.01 | LAMBERT 1-5 | 11/01/91 | MACRS-Y | 7 | 752 | 0 | 0 | 0 | 752 | 752 | 0 | 752 |

Borrower Initial



PRATT WELL SERVICE, INC.                        IDB 48-0664410
SCHEDULE OF DEPRECIATION - Tax Data          COMPANY # 336

Year Ended 03/31/2015                         PPD BY PATTON CRAMER & LAPRAD

| ASSET NO. | DESCRIPTION | DATE ACQ | METHOD | LIFE | COST | SEC 179 EXPENSE | BONUS DEPREC | SALVAGE ITC ADJ | DEPRECIABLE BALANCE | PRIOR DEPREC | CURRENT DEPREC | ACCUM DEPREC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 770.01 | MILLER 1-11 | 11/01/91 | MACRS-Y | 7 | 4,095 | 0 | 0 | 0 | 4,095 | 4,095 | 0 | 4,095 |
| 782.01 | GATES | 12/01/91 | MACRS-Y | 7 | 22,500 | 0 | 0 | 0 | 22,500 | 22,500 | 0 | 22,500 |
| 794.01 | MILLER 1-10 | 01/01/91 | MACRS-Y | 7 | 4,572 | 0 | 0 | 0 | 4,572 | 4,572 | 0 | 4,572 |
| 804.01 | OWENS EQUIPMENT | 03/01/92 | MACRS-Y | 7 | 2,881 | 0 | 0 | 0 | 2,881 | 2,881 | 0 | 2,881 |
| 824.01 | PACKARD #2 ENGINE | 03/01/92 | MACRS-SL-Y | 7 | 5,250 | 0 | 0 | 0 | 5,250 | 5,250 | 0 | 5,250 |
| 830.01 | PACKARD #1 ENGINE | 03/01/92 | MACRS-Y | 7 | 3,500 | 0 | 0 | 0 | 3,500 | 3,500 | 0 | 3,500 |
| 832.01 | PUMP UNIT | 04/01/92 | MACRS-Y | 7 | 972 | 0 | 0 | 0 | 972 | 972 | 0 | 972 |
| 838.01 | GATES | 04/01/92 | MACRS-Y | 7 | 3,453 | 0 | 0 | 0 | 3,453 | 3,453 | 0 | 3,453 |
| 848 | HENNING | 07/01/92 | MACRS-Y | 7 | 8,480 | 0 | 0 | 0 | 8,480 | 8,480 | 0 | 8,480 |
| 866.01 | B.A. MEYER EQUIP | 09/01/92 | MACRS-Y | 7 | 62,500 | 0 | 0 | 0 | 62,500 | 62,500 | 0 | 62,500 |
| 868.01 | PAUL MEYER EQUIP | 09/01/92 | MACRS-Y | 7 | 62,500 | 0 | 0 | 0 | 62,500 | 62,500 | 0 | 62,500 |
| 870.01 | ENGLISH A-2 EQUIP | 12/01/92 | MACRS-Y | 7 | 13,531 | 0 | 0 | 0 | 13,531 | 13,531 | 0 | 13,531 |
| 874.01 | MEYER 1-33 EQUIP | 12/01/92 | MACRS-Y | 7 | 2,238 | 0 | 0 | 0 | 2,238 | 2,238 | 0 | 2,238 |
| 890.01 | DAVIS LAWRENCE EQUIP | 01/01/93 | MACRS-Y | 7 | 711 | 0 | 0 | 0 | 711 | 711 | 0 | 711 |
| 896.01 | DECATER CENTER EQUIP | 02/01/93 | MACRS-Y | 7 | 22,693 | 0 | 0 | 0 | 22,693 | 22,693 | 0 | 22,693 |
| 902.01 | FRAME EQUIP | 02/01/93 | MACRS-Y | 7 | 1,850 | 0 | 0 | 0 | 1,850 | 1,850 | 0 | 1,850 |
| 914.01 | PHILLIPS EQUIP | 02/01/93 | MACRS-Y | 7 | 27,540 | 0 | 0 | 0 | 27,540 | 27,540 | 0 | 27,540 |
| 926 | SMITH B-1 EQUIP | 03/01/93 | MACRS-Y | 7 | 1,084 | 0 | 0 | 0 | 1,084 | 1,084 | 0 | 1,084 |
| 930 | WANKER EQUIP | 05/01/93 | MACRS-Y | 7 | 8,600 | 0 | 0 | 0 | 8,600 | 8,600 | 0 | 8,600 |
| 950 | MARTIN VANCE | 08/01/93 | MACRS-Y | 7 | 600 | 0 | 0 | 0 | 600 | 600 | 0 | 600 |
| 954 | MEYER 1-5 EQUIP | 09/01/93 | MACRS-Y | 7 | 4,928 | 0 | 0 | 0 | 4,928 | 4,928 | 0 | 4,928 |
| 968 | DECATUR CENTER EQUIP | 10/01/93 | MACRS-Y | 7 | 1,830 | 0 | 0 | 0 | 1,830 | 1,830 | 0 | 1,830 |
| 980 | ENGLISH A-2 EQUIP | 12/01/93 | MACRS-Y | 7 | 15,062 | 0 | 0 | 0 | 15,062 | 15,062 | 0 | 15,062 |
| 982 | FOOSE EQUIP | 12/01/93 | MACRS-Y | 7 | 11,400 | 0 | 0 | 0 | 11,400 | 11,400 | 0 | 11,400 |
| 984 | HENNING EQUIP | 12/01/93 | MACRS-Y | 7 | 3,500 | 0 | 0 | 0 | 3,500 | 3,500 | 0 | 3,500 |
| 986 | INTERCHANGE EQUIP | 12/01/93 | MACRS-Y | 7 | 2,662 | 0 | 0 | 0 | 2,662 | 2,662 | 0 | 2,662 |
| 994 | PAUL MEYER EQUIP | 12/01/93 | MACRS-Y | 7 | 2,500 | 0 | 0 | 0 | 2,500 | 2,500 | 0 | 2,500 |
| 996 | LONKER EQUIP | 01/01/94 | MACRS-Y | 7 | 9,000 | 0 | 0 | 0 | 9,000 | 9,000 | 0 | 9,000 |
| 1004 | NEWSOME EQUIP | 01/01/94 | MACRS-Y | 7 | 9,000 | 0 | 0 | 0 | 9,000 | 9,000 | 0 | 9,000 |
| 1010 | GENE STUDER EQUIP | 03/01/94 | MACRS-Y | 7 | 70,350 | 0 | 0 | 0 | 70,350 | 70,350 | 0 | 70,350 |
| 1014 | DONOVAN EQUIP | 12/01/93 | MACRS-Y | 7 | 19,913 | 0 | 0 | 0 | 19,913 | 19,913 | 0 | 19,913 |
| 1016 | STRUSS #1 | 04/01/94 | MACRS-Y | 7 | 2,000 | 0 | 0 | 0 | 2,000 | 2,000 | 0 | 2,000 |
| 1026 | GILL 1-34 EQUIP | 07/01/94 | MACRS-Y | 7 | 12,372 | 0 | 0 | 0 | 12,372 | 12,372 | 0 | 12,372 |
| 1044 | FIREBAUGH EQUIPMENT | 03/01/95 | MACRS-Y | 7 | 6,493 | 0 | 0 | 0 | 6,493 | 6,493 | 0 | 6,493 |
| 1050 | KENDELL EQUIP | 03/01/95 | MACRS-Y | 7 | 12,811 | 0 | 0 | 0 | 12,811 | 12,811 | 0 | 12,811 |
| 1052 | BA MEYER EQUIP | 04/01/95 | MACRS-Y | 7 | 2,400 | 0 | 0 | 0 | 2,400 | 2,400 | 0 | 2,400 |
| 1058 | BURKHALL EQUIP | 06/01/95 | MACRS-Y | 7 | 15,000 | 0 | 0 | 0 | 15,000 | 15,000 | 0 | 15,000 |
| 1060 | GIBSON EQUIP | 06/01/95 | MACRS-Y | 7 | 7,250 | 0 | 0 | 0 | 7,250 | 7,250 | 0 | 7,250 |
| 1066 | MED LODGE PROS | 07/01/95 | MACRS-Y | 7 | 1,406 | 0 | 0 | 0 | 1,406 | 1,406 | 0 | 1,406 |
| 1068 | IUKA CAR EQUIP | 08/01/95 | MACRS-Y | 7 | 855 | 0 | 0 | 0 | 855 | 855 | 0 | 855 |
| 1072 | CAMPBELL EQUIP | 08/01/95 | MACRS-Y | 7 | 6,575 | 0 | 0 | 0 | 6,575 | 6,575 | 0 | 6,575 |
| 1076 | KELLER EQUIPMENT | 08/01/95 | MACRS-Y | 7 | 2,948 | 0 | 0 | 0 | 2,948 | 2,948 | 0 | 2,948 |
| 1092 | PUMPING UNIT | 10/01/95 | MACRS-Y | 7 | 4,000 | 0 | 0 | 0 | 4,000 | 4,000 | 0 | 4,000 |
| 1320 | MEYER 1-33 EQUIP | 02/01/96 | MACRS-Y | 7 | 2,638 | 0 | 0 | 0 | 2,638 | 2,638 | 0 | 2,638 |
| 1322 | SPRINGER EQUIP | 02/01/96 | MACRS-Y | 7 | 1,444 | 0 | 0 | 0 | 1,444 | 1,444 | 0 | 1,444 |
| 1150 | CROOKED L EQUIP | 05/01/96 | MACRS-Y | 7 | 23,956 | 0 | 0 | 0 | 23,956 | 23,956 | 0 | 23,956 |
| 1152 | WESTERMAN EQUIP | 05/01/96 | MACRS-Y | 7 | 35,000 | 0 | 0 | 0 | 35,000 | 35,000 | 0 | 35,000 |
| 1154 | CLARK EQUIP | 06/01/96 | MACRS-Y | 7 | 12,736 | 0 | 0 | 0 | 12,736 | 12,736 | 0 | 12,736 |
| 1164 | MARTIN EQUIP | 06/01/96 | MACRS-Y | 7 | 876 | 0 | 0 | 0 | 876 | 876 | 0 | 876 |
| 1170 | GIBSON EQUIP | 07/01/96 | MACRS-Y | 7 | 6,342 | 0 | 0 | 0 | 6,342 | 6,342 | 0 | 6,342 |
| 1176 | DAVIS S | 08/01/96 | MACRS-Y | 7 | 1,123 | 0 | 0 | 0 | 1,123 | 1,123 | 0 | 1,123 |
| 1184 | SWANDER-DARLING EQ | 08/01/96 | MACRS-Y | 7 | 1,200 | 0 | 0 | 0 | 1,200 | 1,200 | 0 | 1,200 |
| 1202 | GRIGSBY EQUIP | 10/01/96 | MACRS-Y | 7 | 2,529 | 0 | 0 | 0 | 2,529 | 2,529 | 0 | 2,529 |
| 1218 | MEYER 1-5 EQUIP | 01/01/97 | MACRS-Y | 7 | 714 | 0 | 0 | 0 | 714 | 714 | 0 | 714 |
| 1220 | SLEEPER EQUIP | 01/01/97 | MACRS-Y | 7 | 1,990 | 0 | 0 | 0 | 1,990 | 1,990 | 0 | 1,990 |
| 1222 | GIBSON EQUIP | 01/01/97 | MACRS-Y | 7 | 906 | 0 | 0 | 0 | 906 | 906 | 0 | 906 |
| 1248 | GENE STUDER EQUIP | 04/01/97 | MACRS-Y | 7 | 3,667 | 0 | 0 | 0 | 3,667 | 3,667 | 0 | 3,667 |

Borrower Initial          Page 12 of 21



PRATT WELL SERVICE, INC.
SCHEDULE OF DEPRECIATION - Tax Data

ID# 48-0664410
COMPANY # 336

RUN 12/21/15
10:10:46 AM

Year Ended 03/31/2015

PPD BY PATTON CRAMER & LAPRAD

| ASSET NO. | DESCRIPTION | DATE ACQ | METHOD | LIFE | COST | SEC 179 EXPENSE | BONUS DEPREC | SALVAGE ITC ADJ | DEPRECIABLE BALANCE | PRIOR DEPREC | CURRENT DEPREC | ACCUM DEPREC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1254 | MEYER 1-5 | 04/01/97 | MACRS-Y | 7 | 471 | 0 | 0 | 0 | 471 | 471 | 0 | 471 |
| 1262 | JANTZ EQUIP | 05/01/97 | MACRS-Y | 7 | 679 | 0 | 0 | 0 | 679 | 679 | 0 | 679 |
| 1274 | FAIR 4-10 EQUIP | 08/01/97 | MACRS-Y | 7 | 630 | 0 | 0 | 0 | 630 | 630 | 0 | 630 |
| 1276 | SALINE CO EQUIP | 08/01/97 | MACRS-Y | 7 | 75,000 | 0 | 0 | 0 | 75,000 | 75,000 | 0 | 75,000 |
| 1278 | YOHN 1-17 EQUIP | 08/01/97 | MACRS-Y | 7 | 1,047 | 0 | 0 | 0 | 1,047 | 1,047 | 0 | 1,047 |
| 1280 | SMITH #2 EQUIP | 09/01/97 | MACRS-Y | 7 | 5,758 | 0 | 0 | 0 | 5,758 | 5,758 | 0 | 5,758 |
| 1286 | STEPHENS A-2 | 12/01/97 | MACRS-Y | 7 | 1,056 | 0 | 0 | 0 | 1,056 | 1,056 | 0 | 1,056 |
| 1288 | G. STUDER | 12/01/97 | MACRS-Y | 7 | 2,582 | 0 | 0 | 0 | 2,582 | 2,582 | 0 | 2,582 |
| 1296 | GREEN EQUIPMENT | 03/01/98 | MACRS-Y | 7 | 1,687 | 0 | 0 | 0 | 1,687 | 1,687 | 0 | 1,687 |
| 1298 | GREEN EQUIP | 08/01/98 | MACRS-Y | 7 | 912 | 0 | 0 | 0 | 912 | 912 | 0 | 912 |
| 1300 | OLSON #1 EQUIP | 09/01/98 | MACRS-Y | 7 | 385 | 0 | 0 | 0 | 385 | 385 | 0 | 385 |
| 1302 | STEPHENS A-2 | 09/01/98 | MACRS-Y | 7 | 347 | 0 | 0 | 0 | 347 | 347 | 0 | 347 |
| 1304 | GRESS EQUIP | 09/01/98 | MACRS-Y | 7 | 1,837 | 0 | 0 | 0 | 1,837 | 1,837 | 0 | 1,837 |
| 1306 | CONRAD EQUIP | 12/01/98 | MACRS-Y | 7 | 9,750 | 0 | 0 | 0 | 9,750 | 9,750 | 0 | 9,750 |
| 1308 | CANFIELD EQUIP | 12/01/98 | MACRS-Y | 7 | 9,750 | 0 | 0 | 0 | 9,750 | 9,750 | 0 | 9,750 |
| 1310 | SMITH #2 EQUIP | 12/01/98 | MACRS-Y | 7 | 12,000 | 0 | 0 | 0 | 12,000 | 12,000 | 0 | 12,000 |
| 1314 | STEPHENS A-2 EQUIP | 05/01/99 | MACRS-Y | 7 | 468 | 0 | 0 | 0 | 468 | 468 | 0 | 468 |
| 1315 | GREEN PROD EQUIP | 11/30/99 | MACRS-Y | 7 | 311 | 0 | 0 | 0 | 311 | 311 | 0 | 311 |
| 1316 | HAUSER COMP EQUIPMENT | 12/31/99 | MACRS-Y | 7 | 17,791 | 0 | 0 | 0 | 17,791 | 17,791 | 0 | 17,791 |
| 1317 | FLETCHER EQUIPMENT | 03/01/00 | MACRS-Y | 7 | 11,967 | 0 | 0 | 0 | 11,967 | 11,967 | 0 | 11,967 |
| 1319 | LITTLECHILD EQUIPMENT | 03/01/00 | MACRS-Y | 7 | 3,200 | 0 | 0 | 0 | 3,200 | 3,200 | 0 | 3,200 |
| 1320 | LITTLECHILD EQUIPMENT | 04/01/00 | MACRS-Y | 7 | 8,625 | 0 | 0 | 0 | 8,625 | 8,625 | 0 | 8,625 |
| 1322 | DECATUR CENTE | 08/01/00 | MACRS-Y | 7 | 400 | 0 | 0 | 0 | 400 | 400 | 0 | 400 |
| 1323 | GIBBONS | 08/01/00 | MACRS-Y | 7 | 9,900 | 0 | 0 | 0 | 9,900 | 9,900 | 0 | 9,900 |
| 1324 | PEOPLES BANK | 09/19/00 | MACRS-Y | 7 | 6,000 | 0 | 0 | 0 | 6,000 | 6,000 | 0 | 6,000 |
| 1325 | LEROY CATTLE CO | 11/01/00 | MACRS-Y | 7 | 903 | 0 | 0 | 0 | 903 | 903 | 0 | 903 |
| 1326 | ALEXANDER | 01/01/01 | MACRS-Y | 7 | 4,000 | 0 | 0 | 0 | 4,000 | 4,000 | 0 | 4,000 |
| 1328 | ICHU TR 2 HELMKE J #5 | 10/16/00 | MACRS-Y | 7 | 3,243 | 0 | 0 | 0 | 3,243 | 3,243 | 0 | 3,243 |
| 1329 | ICHU TRACT 2 NORTH T8 HELMKE | 10/16/00 | MACRS-Y | 7 | 1,650 | 0 | 0 | 0 | 1,650 | 1,650 | 0 | 1,650 |
| 1330 | ICHU TRACT 3 BECK A #11 | 10/16/00 | MACRS-Y | 7 | 19,819 | 0 | 0 | 0 | 19,819 | 19,819 | 0 | 19,819 |
| 1331 | ICHU TRACT 3 BECK A #13 | 10/16/00 | MACRS-Y | 7 | 19,819 | 0 | 0 | 0 | 19,819 | 19,819 | 0 | 19,819 |
| 1332 | ICHU TRACT 4 HELMKE B #10 | 10/16/00 | MACRS-Y | 7 | 37,050 | 0 | 0 | 0 | 37,050 | 37,050 | 0 | 37,050 |
| 1333 | ICHU TRACT 4 HELMKE B #15 | 10/16/00 | MACRS-Y | 7 | 1,810 | 0 | 0 | 0 | 1,810 | 1,810 | 0 | 1,810 |
| 1334 | ICHU TRACT 4 HELMKE B #14 | 10/16/00 | MACRS-Y | 7 | 1,418 | 0 | 0 | 0 | 1,418 | 1,418 | 0 | 1,418 |
| 1335 | ICHU TRACT 4 HELMKE B #16 | 10/16/00 | MACRS-Y | 7 | 19,725 | 0 | 0 | 0 | 19,725 | 19,725 | 0 | 19,725 |
| 1337 | ICHU TRACT 5 LUDER #25 | 10/16/00 | MACRS-Y | 7 | 3,010 | 0 | 0 | 0 | 3,010 | 3,010 | 0 | 3,010 |
| 1338 | ICHU TRACT 5 LUDERS #B-8 | 10/16/00 | MACRS-Y | 7 | 18,750 | 0 | 0 | 0 | 18,750 | 18,750 | 0 | 18,750 |
| 1339 | ICHU TRACT 6 WAGNER #24 | 10/16/00 | MACRS-Y | 7 | 37,575 | 0 | 0 | 0 | 37,575 | 37,575 | 0 | 37,575 |
| 1340 | ICHU TRACT 6 WAGNER #22 | 10/16/00 | MACRS-Y | 7 | 1,890 | 0 | 0 | 0 | 1,890 | 1,890 | 0 | 1,890 |
| 1341 | ICHU TRACT 6 WAGNER #33 | 10/16/00 | MACRS-Y | 7 | 15,300 | 0 | 0 | 0 | 15,300 | 15,300 | 0 | 15,300 |
| 1342 | ICHU TRACT 6 WAGNER #31 | 10/16/00 | MACRS-Y | 7 | 22,444 | 0 | 0 | 0 | 22,444 | 22,444 | 0 | 22,444 |
| 1343 | ICHU TRACT 6 WAGNER #28 | 10/16/00 | MACRS-Y | 7 | 1,075 | 0 | 0 | 0 | 1,075 | 1,075 | 0 | 1,075 |
| 1344 | SICU TRACT 1 BECK B-7 | 10/16/00 | MACRS-Y | 7 | 9,900 | 0 | 0 | 0 | 9,900 | 9,900 | 0 | 9,900 |
| 1345 | SICU TRACT 2 LUDDERS #6 | 10/16/00 | MACRS-Y | 7 | 27,731 | 0 | 0 | 0 | 27,731 | 27,731 | 0 | 27,731 |
| 1346 | SICU TRACT 3 WAGNER #1 | 10/16/00 | MACRS-Y | 7 | 18,525 | 0 | 0 | 0 | 18,525 | 18,525 | 0 | 18,525 |
| 1347 | SICU TRACT 3 WAGNER #2 | 10/16/00 | MACRS-Y | 7 | 22,838 | 0 | 0 | 0 | 22,838 | 22,838 | 0 | 22,838 |
| 1348 | SICU TRACT 5 BURKNER #10 | 10/16/00 | MACRS-Y | 7 | 9,769 | 0 | 0 | 0 | 9,769 | 9,769 | 0 | 9,769 |
| 1349 | SICU TRACT 5 BURKNER #14 | 10/16/00 | MACRS-Y | 7 | 2,843 | 0 | 0 | 0 | 2,843 | 2,843 | 0 | 2,843 |
| 1350 | SICU TRACT 5 BURKNER #18 | 10/16/00 | MACRS-Y | 7 | 2,195 | 0 | 0 | 0 | 2,195 | 2,195 | 0 | 2,195 |
| 1351 | SICU TRACT 6 SIEDEL #7 | 10/16/00 | MACRS-Y | 7 | 10,144 | 0 | 0 | 0 | 10,144 | 10,144 | 0 | 10,144 |
| 1352 | SICU TRACT 6 SIEDEL #8 | 10/16/00 | MACRS-Y | 7 | 44,567 | 0 | 0 | 0 | 44,567 | 44,567 | 0 | 44,567 |
| 1353 | SICU TRACT 6 SIEDEL #9 | 10/16/00 | MACRS-Y | 7 | 2,230 | 0 | 0 | 0 | 2,230 | 2,230 | 0 | 2,230 |
| 1354 | SICU TRACT 7 JUSTICS #16 | 10/16/00 | MACRS-Y | 7 | 19,069 | 0 | 0 | 0 | 19,069 | 19,069 | 0 | 19,069 |
| 1355 | SICU TRACT 7 JUSTICE #21 | 10/16/00 | MACRS-Y | 7 | 13,144 | 0 | 0 | 0 | 13,144 | 13,144 | 0 | 13,144 |
| 1356 | SICU TRACT 7 JUSTICE #22 | 10/16/00 | MACRS-Y | 7 | 2,043 | 0 | 0 | 0 | 2,043 | 2,043 | 0 | 2,043 |
| 1357 | DIETZ B-1 | 10/16/00 | MACRS-Y | 7 | 648 | 0 | 0 | 0 | 648 | 648 | 0 | 648 |
| 1358 | HELMKE B NORTH UNIT TB | 10/16/00 | MACRS-Y | 7 | 1,780 | 0 | 0 | 0 | 1,780 | 1,780 | 0 | 1,780 |

Borrower Initial



PRATT WELL SERVICE, INC.             ID# 48-0664410                            RUN 12/21/15
SCHEDULE OF DEPRECIATION - Tax Data     COMPANY # 336                                 10:10:46 AM
Year Ended 03/31/2015                PPD BY PATTON CRAMER & LAPRAD

| ASSET NO. | DESCRIPTION | DATE ACQ | METHOD | LIFE | COST | SEC 179 EXPENSE | BONUS DEPREC | SALVAGE ITC ADJ | DEPRECIABLE BALANCE | PRIOR DEPREC | CURRENT DEPREC | ACCUM DEPREC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1359 | ALEXANDER | 06/30/01 | MACRS-Y | 7 | 1,000 | 0 | 0 | 0 | 1,000 | 1,000 | 0 | 1,000 |
| 1360 | K & G #1 | 07/30/01 | MACRS-Y | 7 | 4,149 | 0 | 0 | 0 | 4,149 | 4,149 | 0 | 4,149 |
| 1361 | SHORE EQUIPMENT | 10/31/01 | MACRS-Y | 7 | 1,172 | 0 | 0 | 0 | 1,172 | 1,172 | 0 | 1,172 |
| 1362 | TOWNSITE | 03/31/02 | MACRS-Y2 | 7 | 9,046 | 0 | 2,714 | 0 | 6,332 | 6,332 | 0 | 6,332 |
| 1363 | THORPE #1 | 03/31/02 | MACRS-Y2 | 7 | 4,427 | 0 | 1,328 | 0 | 3,099 | 3,099 | 0 | 3,099 |
| 1364 | THORPE #3 | 03/31/02 | MACRS-Y2 | 7 | 2,579 | 0 | 774 | 0 | 1,805 | 1,805 | 0 | 1,805 |
| 1365 | THORPE H-1 | 03/31/02 | MACRS-Y2 | 7 | 9,970 | 0 | 2,991 | 0 | 6,979 | 6,979 | 0 | 6,979 |
| 1366 | ROBBIN TRUST M-1 | 03/31/02 | MACRS-Y2 | 7 | 6,771 | 0 | 2,031 | 0 | 4,740 | 4,740 | 0 | 4,740 |
| 1367 | HEALEY PRESTON EQUIPMENT | 05/02/02 | MACRS-Y | 7 | 2,208 | 0 | 0 | 0 | 2,208 | 2,208 | 0 | 2,208 |
| 1368 | CAIRO-JOHNSON | 06/30/02 | MACRS-Y | 7 | 2,854 | 0 | 0 | 0 | 2,854 | 2,854 | 0 | 2,854 |
| 1369 | PIKE EQUIPMENT | 10/31/02 | MACRS-Y | 7 | 5,000 | 0 | 0 | 0 | 5,000 | 5,000 | 0 | 5,000 |
| 1370 | RULE RANCH EQUIPMENT | 10/31/02 | MACRS-Y | 7 | 3,000 | 0 | 0 | 0 | 3,000 | 3,000 | 0 | 3,000 |
| 1371 | GROSS #1 | 12/01/02 | MACRS-Y | 7 | 9,784 | 0 | 0 | 0 | 9,784 | 9,784 | 0 | 9,784 |
| 1372 | UPDEGRAFF | 12/01/02 | MACRS-Y | 7 | 832 | 0 | 0 | 0 | 832 | 832 | 0 | 832 |
| 1373 | AXLINE | 12/01/02 | MACRS-Y | 7 | 1,600 | 0 | 0 | 0 | 1,600 | 1,600 | 0 | 1,600 |
| 1374 | CALBECK | 03/31/03 | MACRS-Y | 7 | 2,000 | 0 | 0 | 0 | 2,000 | 2,000 | 0 | 2,000 |
| 1375 | HAMMOND | 06/30/03 | MACRS-Y3 | 7 | 1,000 | 0 | 500 | 0 | 500 | 500 | 0 | 500 |
| 1376 | ANDERSON EQUIPMENT | 11/30/03 | MACRS-Y3 | 7 | 1,000 | 0 | 500 | 0 | 500 | 500 | 0 | 500 |
| 1378 | DENNIS SWD EQUIPMENT | 11/30/03 | MACRS-Y3 | 7 | 1,800 | 0 | 900 | 0 | 900 | 900 | 0 | 900 |
| 1379 | PARKER EQUIPMENT | 02/29/04 | MACRS-Y3 | 7 | 3,000 | 0 | 500 | 0 | 500 | 500 | 0 | 500 |
| 1380 | ADELHARDT 31-8 | 04/30/04 | MACRS-Y3 | 7 | 15,000 | 0 | 7,500 | 0 | 7,500 | 7,500 | 0 | 7,500 |
| 1381 | CONRAD 31-9 | 04/30/04 | MACRS-Y3 | 7 | 7,500 | 0 | 3,750 | 0 | 3,750 | 3,750 | 0 | 3,750 |
| 1382 | PARKER | 04/30/04 | MACRS-Y3 | 7 | 1,000 | 0 | 500 | 0 | 500 | 500 | 0 | 500 |
| 1384 | PARKER | 07/31/04 | MACRS-Y3 | 7 | 3,500 | 0 | 1,750 | 0 | 1,750 | 1,750 | 0 | 1,750 |
| 1385 | LITTLECHILD | 10/01/04 | MACRS-Y3 | 7 | 4,000 | 0 | 2,000 | 0 | 2,000 | 2,000 | 0 | 2,000 |
| 1386 | PARKER | 10/01/04 | MACRS-Y3 | 7 | 4,500 | 0 | 2,250 | 0 | 2,250 | 2,250 | 0 | 2,250 |
| 1393 | SNAYDEN #2 | 05/31/05 | MACRS-Y | 7 | 1,473 | 0 | 0 | 0 | 1,473 | 1,473 | 0 | 1,473 |
| 1394 | PARKER | 12/31/05 | MACRS-Y | 7 | 10,000 | 0 | 0 | 0 | 10,000 | 10,000 | 0 | 10,000 |
| 1395 | WAGNER 5 | 12/31/05 | MACRS-Y | 7 | 5,600 | 0 | 0 | 0 | 5,600 | 5,600 | 0 | 5,600 |
| 1396 | WAGNER 6 | 12/31/05 | MACRS-Y | 7 | 5,600 | 0 | 0 | 0 | 5,600 | 5,600 | 0 | 5,600 |
| 1397 | SPARE ENGINE | 09/15/06 | MACRS-Y | 7 | 9,258 | 0 | 0 | 0 | 9,258 | 9,258 | 0 | 9,258 |
| 1398 | BURKHALL SWD 1/2 7/8" TUBING | 11/30/06 | MACRS-Y | 7 | 16,808 | 0 | 0 | 0 | 16,808 | 16,808 | 0 | 16,808 |
| 1399 | REPAIR G-26 GEMINE ENGINE | 05/18/07 | MACRS-Y | 7 | 10,181 | 0 | 0 | 0 | 10,181 | 9,727 | 454 | 10,181 |
| 1400 | GILL- GAS PAC (INS PD PART) | 05/21/07 | MACRS-Y | 7 | 1,134 | 0 | 0 | 0 | 1,134 | 1,083 | 51 | 1,134 |
| 1402 | GAS COMPRESSOR ENGINE | 07/31/07 | MACRS-Y | 7 | 9,035 | 0 | 0 | 0 | 9,035 | 8,632 | 403 | 9,035 |
| 1404 | ANDERSON-WORKOVER | 08/10/07 | MACRS-Y | 7 | 15,371 | 0 | 0 | 0 | 15,371 | 14,685 | 686 | 15,371 |
| 1406 | ICHU #10 - WORKOVER | 08/17/07 | MACRS-Y | 7 | 6,859 | 0 | 0 | 0 | 6,859 | 6,553 | 306 | 6,859 |
| 1408 | HOPPER-FIBERGLASS GUNBARRELL | 10/29/07 | MACRS-Y | 7 | 3,850 | 0 | 0 | 0 | 3,850 | 3,678 | 172 | 3,850 |
| 1410 | NEWSOM - RODS AND TUBING WORK | 12/17/07 | MACRS-Y | 7 | 20,762 | 0 | 0 | 0 | 20,762 | 19,836 | 926 | 20,762 |
| 1412 | WELLSFORD-4556' BEALTITE | 12/31/07 | MACRS-Y | 7 | 23,860 | 0 | 0 | 0 | 23,860 | 22,795 | 1,065 | 23,860 |
| 1413 | MEYER-REPAIR GEARBOX | 01/17/08 | MACRS-Y3 | 7 | 8,061 | 0 | 4,031 | 0 | 4,030 | 3,850 | 180 | 4,030 |
| 1414 | RICKE #1 - EQUIPMENT | 02/26/08 | MACRS-Y3 | 7 | 29,288 | 0 | 14,644 | 0 | 14,644 | 13,991 | 653 | 14,644 |
| 1415 | ICHU 11-GEAR BOX | 04/01/08 | MACRS-Y3 | 7 | 12,717 | 0 | 6,359 | 0 | 6,358 | 5,507 | 567 | 6,074 |
| 1416 | WAGNER 5-OVERHAUL C-26 ENGINE | 04/11/08 | MACRS-Y3 | 7 | 7,796 | 0 | 3,898 | 0 | 3,898 | 3,377 | 347 | 3,724 |
| 1417 | HELMKE J5-RODS | 05/22/08 | MACRS-Y3 | 7 | 7,607 | 0 | 3,804 | 0 | 3,803 | 3,294 | 339 | 3,633 |
| 1419 | BA MEYER 86-GEAR BOX | 06/02/08 | MACRS-Y3 | 7 | 8,246 | 0 | 4,123 | 0 | 4,123 | 3,571 | 368 | 3,939 |
| 1420 | BAILEY-PUMP & TUBING | 06/30/08 | MACRS-Y3 | 7 | 6,004 | 0 | 3,002 | 0 | 3,002 | 2,600 | 268 | 2,868 |
| 1421 | SMITH B-TUBING | 06/27/08 | MACRS-Y3 | 7 | 6,231 | 0 | 3,116 | 0 | 3,115 | 2,698 | 278 | 2,976 |
| 1422 | ICHU 16-OVERHAUL ENGINE | 07/04/08 | MACRS-Y3 | 7 | 7,784 | 0 | 3,892 | 0 | 3,892 | 3,371 | 347 | 3,718 |
| 1423 | PEOPLES BK-REATR REATER TREAT | 06/30/08 | MACRS-Y3 | 7 | 6,928 | 0 | 3,464 | 0 | 3,464 | 3,000 | 309 | 3,309 |
| 1424 | 160 EMSCO PUMP JACK | 07/23/08 | MACRS-Y3 | 7 | 9,000 | 0 | 4,500 | 0 | 4,500 | 3,898 | 401 | 4,299 |
| 1425 | 1-4 CAMPBELL (FROM D HOWARD) | 06/17/10 | MACRS-Y3 | 7 | 11,623 | 0 | 0 | 0 | 11,623 | 10,067 | 1,037 | 11,104 |
| 1426 | DIETZ-11 HP MOTOR | 06/17/10 | MACRS-Y3 | 7 | 6,422 | 6,422 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1427 | SCHIFF-RODS & TUBING | 07/29/10 | MACRS-Y3 | 7 | 11,729 | 11,729 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1428 | DUAL LINE TUBING | 08/31/10 | MACRS-Y3 | 7 | 8,426 | 8,426 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1429 | PEOPLES-GEAR BOX | 09/03/10 | MACRS-Y3 | 7 | 11,613 | 11,613 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1430 | SCHUBERT-EQUIPMENT | 09/09/10 | MACRS-Y4 | 7 | 2,033 | 0 | 2,033 | 0 | 0 | 0 | 0 | 0 |

Borrower Initial

| ASSET NO. | DESCRIPTION | DATE ACQ | METHOD | LIFE | COST | SEC 179 EXPENSE | BONUS DEPREC | SALVAGE ITC ADJ | DEPRECIABLE BALANCE | PRIOR DEPREC | CURRENT DEPREC | ACCUM DEPREC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1431 | LITTLECHILD-PUMP | 10/22/10 | MACRS-Y4 | 7 | 2,130 | 0 | 2,130 | 0 | 0 | 0 | 0 | 0 |
| 1432 | ICHU 23-MOTOR | 11/26/10 | MACRS-Y4 | 7 | 17,398 | 0 | 17,398 | 0 | 0 | 0 | 0 | 0 |
| 1433 | SCHUBERT-TUBING | 12/09/10 | MACRS-Y4 | 7 | 1,962 | 0 | 1,962 | 0 | 0 | 0 | 0 | 0 |
| 1434 | MARTIN B-3-EQUIPMENT | 12/14/10 | MACRS-Y4 | 7 | 27,054 | 0 | 27,054 | 0 | 0 | 0 | 0 | 0 |
| 1435 | WAGNER 31- 200 AMP SERVICE | 02/23/11 | MACRS-Y4 | 7 | 23,435 | 0 | 23,435 | 0 | 0 | 0 | 0 | 0 |
| 1436 | SMITH B-1 - PUMB & TUBING | 02/24/11 | MACRS-Y4 | 7 | 4,574 | 0 | 4,574 | 0 | 0 | 0 | 0 | 0 |
| 1437 | GLAVES 01-2011 2 TANKS & MISC | 02/25/11 | MACRS-Y4 | 7 | 316 | 0 | 316 | 0 | 0 | 0 | 0 | 0 |
| 1438 | SCHUBERT-PUMPING UNIT | 03/09/11 | MACRS-Y4 | 7 | 1,844 | 0 | 1,844 | 0 | 0 | 0 | 0 | 0 |
| 1439 | SMYTHE WORKOVER | 03/31/11 | MACRS-Y4 | 7 | 8,550 | 0 | 8,550 | 0 | 0 | 0 | 0 | 0 |
| 1440 | SMITH B-1 - RODS ETC. | 03/31/11 | MACRS-Y4 | 7 | 6,628 | 0 | 6,628 | 0 | 0 | 0 | 0 | 0 |
| 1441 | LUDERS 6 BARREL PUMP | 04/12/11 | MACRS-Y4 | 7 | 2,008 | 0 | 2,008 | 0 | 0 | 0 | 0 | 0 |
| 1442 | MARTIN B TUBING | 04/27/11 | MACRS-Y4 | 7 | 7,930 | 0 | 7,930 | 0 | 0 | 0 | 0 | 0 |
| 1443 | HARDY #3 | 07/31/11 | MACRS-Y4 | 7 | 512 | 0 | 512 | 0 | 0 | 0 | 0 | 0 |
| 1444 | SALT WATER DISPOSAL  SICU 16 | 10/11/11 | MACRS-Y4 | 7 | 131,899 | 0 | 131,899 | 0 | 0 | 0 | 0 | 0 |
| 1445 | ICHU 16 | 01/30/12 | MACRS-Y3 | 7 | 9,833 | 0 | 4,917 | 0 | 4,916 | 2,766 | 614 | 3,380 |
| 1446 | PIKE #2 SEAULITE TUBING | 04/23/12 | MACRS-Q3 | 7 | 34,518 | 0 | 17,259 | 0 | 17,259 | 8,013 | 2,642 | 10,655 |
| 1447 | PIKE #1 GEAR BOX | 10/03/12 | MACRS-Q3 | 7 | 22,731 | 0 | 11,366 | 0 | 11,365 | 4,117 | 2,071 | 6,188 |
| 1448 | 2 KINKAID 114 PUMPING UNITS | 11/26/12 | MACRS-Q3 | 7 | 3,000 | 0 | 1,500 | 0 | 1,500 | 544 | 273 | 817 |
| 1449 | DAYLIGHT-4625' 3/4 RODS | 04/16/13 | MACRS-Y3 | 7 | 10,844 | 0 | 5,422 | 0 | 5,422 | 775 | 1,328 | 2,103 |
| 1450 | WITT-2 JOINTS OF TUBING | 04/19/13 | MACRS-Y3 | 7 | 5,942 | 0 | 2,971 | 0 | 2,971 | 424 | 728 | 1,152 |
| 1451 | RUZICA-15 JOINTS OF TUBING | 04/19/13 | MACRS-Y3 | 7 | 9,010 | 0 | 4,505 | 0 | 4,505 | 644 | 1,103 | 1,747 |
| 1452 | DAYLIGHT-HEATER TREATER | 04/22/13 | MACRS-Y3 | 7 | 14,500 | 0 | 7,250 | 0 | 7,250 | 1,036 | 1,775 | 2,811 |
| 1453 | HUCK-TUBING | 05/08/13 | MACRS-Y3 | 7 | 15,166 | 0 | 7,583 | 0 | 7,583 | 1,083 | 1,857 | 2,940 |
| 1454 | HELMKE-TANK | 05/31/13 | MACRS-Y3 | 7 | 3,200 | 0 | 1,600 | 0 | 1,600 | 229 | 392 | 621 |
| 1455 | ICHU 20-REPAIR GEAR BOX | 08/01/13 | MACRS-Y3 | 7 | 12,998 | 0 | 6,499 | 0 | 6,499 | 928 | 1,592 | 2,520 |
| 1456 | HUCK #1 SUCKER RODS | 06/09/13 | MACRS-Y3 | 7 | 11,696 | 0 | 5,848 | 0 | 5,848 | 835 | 1,432 | 2,267 |
| 1457 | PACKARD TUBING | 09/30/13 | MACRS-Y3 | 7 | 10,287 | 0 | 5,144 | 0 | 5,143 | 735 | 1,259 | 1,994 |
| 1458 | SABCO EQUIP FOR RESALE TO I/C | 12/09/13 | N/A | 0 | 68,000 | 0 | 0 | 0 | 68,000 | 0 | 0 | 0 |
| 1459 | ROESSLER -TUBING | 05/09/14 | MACRS-Y3 | 7 | 25,524 | 0 | 12,762 | 0 | 12,762 | 0 | 1,823 | 1,823 |
| 1460 | HENNING #2 PUMPING UNIT | 05/15/14 | MACRS-Y3 | 7 | 21,580 | 0 | 10,790 | 0 | 10,790 | 0 | 1,541 | 1,541 |
| 1461 | LUDERS 6 - EQUIPMENT | 05/19/14 | MACRS-Y3 | 7 | 6,133 | 0 | 3,067 | 0 | 3,066 | 0 | 438 | 438 |
| 1462 | HENNING - TUBING | 06/05/14 | MACRS-Y3 | 7 | 12,057 | 0 | 6,029 | 0 | 6,028 | 0 | 861 | 861 |
| 1463 | PNSI 1-7 CASING 13 3/8 | 12/30/14 | MACRS-Y3 | 7 | 3,899 | 0 | 1,950 | 0 | 1,949 | 0 | 278 | 278 |
| 1464 | PENI 1-7 CASING 8 5/8 | 12/30/14 | MACRS-Y3 | 7 | 17,492 | 0 | 8,746 | 0 | 8,746 | 0 | 1,249 | 1,249 |
| 1465 | ROESSLER-CASING | 04/14/14 | MACRS-Y3 | 7 | 48,804 | 0 | 24,402 | 0 | 24,402 | 0 | 3,486 | 3,486 |
| 1466 | MARTIN B - TUBING | 09/01/14 | MACRS-Y3 | 7 | 36,677 | 0 | 18,339 | 0 | 18,338 | 0 | 2,620 | 2,620 |
| 1468 | SMITH B-1 TUBING | 04/14/14 | MACRS-Y3 | 7 | 4,675 | 0 | 2,338 | 0 | 2,337 | 0 | 334 | 334 |
| 1469 | PACKARD #1 TUBING | 04/28/14 | MACRS-Y3 | 7 | 3,121 | 0 | 1,561 | 0 | 1,560 | 0 | 223 | 223 |
| 1470 | HENSON-TUBING | 04/30/14 | MACRS-Y3 | 7 | 5,180 | 0 | 2,590 | 0 | 2,590 | 0 | 370 | 370 |
| 1472 | DECATUR TUBING | 05/08/14 | MACRS-Y3 | 7 | 3,691 | 0 | 1,846 | 0 | 1,845 | 0 | 264 | 264 |
| 1474 | HENNING #1 -TUBING & PUMP | 05/12/14 | MACRS-Y3 | 7 | 4,830 | 0 | 2,415 | 0 | 2,415 | 0 | 345 | 345 |
| 1475 | HUCK - YELLOW BAND TUBING | 07/31/14 | MACRS-Y3 | 7 | 4,304 | 0 | 2,152 | 0 | 2,152 | 0 | 307 | 307 |
| 1476 | ROBBINS TRUST -PUMP | 07/31/14 | MACRS-Y3 | 7 | 2,879 | 0 | 1,440 | 0 | 1,439 | 0 | 206 | 206 |
| 1477 | DAYLIGHT - PUMP | 10/31/14 | MACRS-Y3 | 7 | 2,794 | 0 | 1,397 | 0 | 1,397 | 0 | 200 | 200 |
| 1478 | P M.EYER #6 PUMP & TUBING | 07/31/14 | MACRS-Y3 | 7 | 8,654 | 0 | 4,327 | 0 | 4,327 | 0 | 618 | 618 |
| 1479 | FOUSE - GEAR BOX REPAIR | 08/18/14 | MACRS-Y3 | 7 | 12,868 | 0 | 6,434 | 0 | 6,434 | 0 | 919 | 919 |
| 1480 | BETS 1-2 - CASING | 08/14/14 | MACRS-Y3 | 7 | 56,057 | 0 | 28,029 | 0 | 28,028 | 0 | 4,004 | 4,004 |
| 1481 | ICHU 10 -REBUILT ENGINE | 09/15/14 | MACRS-Y3 | 7 | 14,020 | 0 | 7,010 | 0 | 7,010 | 0 | 1,001 | 1,001 |
| 1482 | WELLER - PUMP | 09/30/14 | MACRS-Y3 | 7 | 4,023 | 0 | 2,012 | 0 | 2,011 | 0 | 287 | 287 |
| 1483 | DAS MEYERS #3 PUMP | 09/30/14 | MACRS-Y3 | 7 | 7,979 | 0 | 3,990 | 0 | 3,989 | 0 | 570 | 570 |
| 1484 | BETTS - PUMP | 12/16/14 | MACRS-Y3 | 7 | 3,138 | 0 | 1,569 | 0 | 1,569 | 0 | 224 | 224 |
| 1485 | BETTS - RODS | 12/24/14 | MACRS-Y3 | 7 | 9,766 | 0 | 4,883 | 0 | 4,883 | 0 | 698 | 698 |
| 1486 | PNSI 1-7 - CASING | 01/09/15 | MACRS-Y | 7 | 44,725 | 0 | 0 | 0 | 44,725 | 0 | 6,389 | 6,389 |
| 1487 | HENNING#2 - PUMP | 01/31/15 | MACRS-Y | 7 | 2,515 | 0 | 0 | 0 | 2,515 | 0 | 359 | 359 |
| 1488 | GILL - GEAR BOX | 12/08/14 | MACRS-Y3 | 7 | 13,199 | 0 | 6,100 | 0 | 6,099 | 0 | 871 | 871 |
| 1489 | P MEYER - PUMP | 12/31/14 | MACRS-Y3 | 7 | 6,069 | 0 | 3,035 | 0 | 3,034 | 0 | 433 | 433 |
| 1490 | SMITH B PUMP | 01/31/15 | MACRS-Y | 7 | 2,822 | 0 | 0 | 0 | 2,822 | 0 | 403 | 403 |

Borrower Initial



| ASSET NO. | DESCRIPTION | DATE ACQ | METHOD | LIFE | COST | SEC 179 EXPENSE | BONUS DEPREC ITC ADJ | SALVAGE | DEPRECIABLE BALANCE | PRIOR DEPREC | CURRENT DEPREC | ACCUM DEPREC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1491 | SMITH B TUBING | 03/31/15 | MACRS-Y | 7 | 5,633 | 0 | 0 | 0 | 5,633 | 0 | 805 | 805 |
| 1492 | FWSI 1-7 PVC PIPE | 02/26/15 | MACRS-Y | 7 | 3,382 | 0 | 0 | 0 | 3,382 | 0 | 483 | 483 |

* (C) 4: OIL PRODUCTION * 259 asset(s)

|  |  |  |  |  | 2,814,943 | 43,190 | 574,171 | 3,129 | 2,194,453 | 1,827,153 | 58,832 | 1,885,985 |

(C) 6: BUILDINGS

| ASSET NO. | DESCRIPTION | DATE ACQ | METHOD | LIFE | COST | SEC 179 EXPENSE | BONUS DEPREC ITC ADJ | SALVAGE | DEPRECIABLE BALANCE | PRIOR DEPREC | CURRENT DEPREC | ACCUM DEPREC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 602.01 | OFFICE ADDITION | 12/01/79 | SL | 10 | 11,074 | 0 | 0 | 0 | 11,074 | 11,074 | 0 | 11,074 |
| 610.01 | BUILDING | 07/01/82 | ACRS | 15 | 161,692 | 0 | 0 | 0 | 161,692 | 161,692 | 0 | 161,692 |
| 620.02 | STOREROOM ADDITION | 04/01/84 | ACRS | 18 | 11,353 | 0 | 0 | 0 | 11,353 | 11,353 | 0 | 11,353 |
| 636.02 | TOWER | 07/01/93 | MACRS-M | 31-6 | 10,000 | 0 | 0 | 0 | 10,000 | 6,569 | 317 | 6,886 |
| 638.01 | STRON BLDG | 07/01/93 | MACRS-M | 31-6 | 44,000 | 0 | 0 | 0 | 44,000 | 28,929 | 1,397 | 30,326 |
| 642.02 | BUTLER BLDG | 07/01/93 | MACRS-M | 31-6 | 10,000 | 0 | 0 | 0 | 10,000 | 6,569 | 317 | 6,886 |
| 644.02 | ROOF - OLD SHOP | 05/01/94 | MACRS-M | 39 | 3,707 | 0 | 0 | 0 | 3,707 | 1,845 | 95 | 1,940 |
| 646.02 | CARPET-CAIRO CABIN | 08/01/94 | MACRS-M | 39 | 917 | 0 | 0 | 0 | 917 | 466 | 24 | 490 |
| 648.01 | CARPET | 01/01/96 | MACRS-Y | 7 | 362 | 0 | 0 | 0 | 362 | 362 | 0 | 362 |
| 650.01 | STORAGE BUILDING | 07/01/97 | MACRS-M | 39 | 9,000 | 0 | 0 | 0 | 9,000 | 3,859 | 231 | 4,090 |
| 652.01 | PRODUCTION OFFICE | 07/01/97 | MACRS-M | 39 | 101,520 | 0 | 0 | 0 | 101,520 | 43,498 | 2,603 | 46,101 |
| 653 | PROD OFFICE LAND | 07/01/97 | N/A | 0 | 10,000 | 0 | 0 | 0 | 10,000 | 0 | 0 | 0 |
| 654.01 | SOUTH MAIN BLDG | 10/01/97 | MACRS-M | 39 | 7,500 | 0 | 0 | 0 | 7,500 | 3,160 | 192 | 3,352 |
| 655 | SOUTH MAIN LAND | 10/01/97 | N/A | 0 | 500 | 0 | 0 | 0 | 500 | 0 | 0 | 0 |
| 656.01 | BLINDS-PROD OFFICE | 12/01/97 | MACRS-Y | 7 | 2,027 | 0 | 0 | 0 | 2,027 | 2,027 | 0 | 2,027 |
| 658.01 | CARPET-PROD OFFICE | 12/01/97 | MACRS-Y | 7 | 3,585 | 0 | 0 | 0 | 3,585 | 3,585 | 0 | 3,585 |
| 660.02 | FANS/LIGHTS-PROD OFF | 01/01/98 | MACRS-M | 39 | 2,000 | 0 | 0 | 0 | 2,000 | 827 | 51 | 878 |
| 662.02 | FANS - PROD OFFICE | 02/01/98 | MACRS-M | 39 | 3,347 | 0 | 0 | 0 | 3,347 | 1,386 | 86 | 1,472 |
| 664.01 | KINGMAN BLDG & LOTS | 03/01/98 | MACRS-M | 39 | 10,000 | 0 | 0 | 0 | 10,000 | 4,107 | 256 | 4,363 |
| 665 | KINGMAN LOTS | 03/01/98 | N/A | 0 | 16,000 | 0 | 0 | 0 | 16,000 | 0 | 0 | 0 |
| 666.01 | BUTLER BUILDING | 12/01/98 | MACRS-M | 39 | 41,500 | 0 | 0 | 0 | 41,500 | 16,270 | 1,064 | 17,334 |
| 667 | BUTLER BLDG LAND | 12/01/98 | N/A | 0 | 5,000 | 0 | 0 | 0 | 5,000 | 0 | 0 | 0 |
| 668.01 | ENVIRONMENTAL BUILDING | 11/01/01 | MACRS-M | 39 | 85,401 | 0 | 0 | 0 | 85,401 | 27,101 | 2,190 | 29,291 |
| 669 | PROD OFFICE IMP-WATER LINE ET | 08/15/05 | MACRS-M | 39 | 18,148 | 0 | 0 | 0 | 18,148 | 4,011 | 465 | 4,476 |
| 670.01 | DOOR AND WINDOWS | 01/13/06 | MACRS-Y | 7 | 6,904 | 0 | 0 | 0 | 6,904 | 6,904 | 0 | 6,904 |
| 671 | STEEL SHOP DOOR | 10/31/05 | MACRS-Y | 7 | 12,860 | 0 | 0 | 0 | 12,860 | 12,860 | 0 | 12,860 |
| 673 | REWIRE BUTLER BUILDING | 02/14/06 | MACRS-M | 39 | 6,803 | 0 | 0 | 0 | 6,803 | 1,414 | 174 | 1,588 |
| 674 | STEEL DOOR FOR NEW SHOP | 08/16/06 | MACRS-Y | 7 | 12,517 | 0 | 0 | 0 | 12,517 | 12,517 | 0 | 12,517 |
| 675 | PAVE PRODUCTION OFFICE LOT | 09/11/06 | MACRS-Y | 15 | 4,900 | 0 | 0 | 0 | 4,900 | 2,729 | 289 | 3,018 |
| 677 | PRODUCTION OFFICE WIRING | 06/14/06 | MACRS-Y | 7 | 3,074 | 0 | 0 | 0 | 3,074 | 3,074 | 0 | 3,074 |
| 678 | NEW ROOF (HAIL DAMAGE) | 04/02/09 | MACRS-M | 39 | 17,361 | 0 | 0 | 0 | 17,361 | 2,207 | 445 | 2,652 |
| 680 | OFFICES (BOX) | 02/04/10 | MACRS-M | 39 | 10,520 | 0 | 0 | 0 | 10,520 | 1,114 | 270 | 1,384 |
| 682 | OFFICE AT SHOP | 04/16/10 | MACRS-M | 39 | 6,690 | 0 | 0 | 0 | 6,690 | 680 | 172 | 852 |
| 684 | OFFICE PARKING LOT | 10/11/10 | MACRS-Y4 | 15 | 10,920 | 0 | 10,920 | 0 | 0 | 0 | 0 | 0 |
| 686 | SHELTER FOR PRODUCTION HOUSE | 02/15/11 | MACRS-Y4 | 7 | 1,517 | 0 | 1,517 | 0 | 0 | 0 | 0 | 0 |
| 687 | WATER HEATER | 05/16/11 | MACRS-Y4 | 7 | 1,886 | 0 | 1,886 | 0 | 0 | 0 | 0 | 0 |
| 688 | AIR CONDITIONER | 06/30/11 | MACRS-M | 39 | 2,760 | 0 | 0 | 0 | 2,760 | 198 | 71 | 269 |
| 689 | STUCCO FIRST STREET BUILDING | 12/15/11 | MACRS-M | 39 | 16,835 | 0 | 0 | 0 | 16,835 | 990 | 432 | 1,422 |
| 690 | AIR/HEATING UNIT | 03/05/12 | MACRS-M | 39 | 5,000 | 0 | 0 | 0 | 5,000 | 261 | 128 | 389 |
| 691 | 8 PERSON STORM SHELTER | 06/13/13 | MACRS-M | 39 | 9,042 | 0 | 0 | 0 | 9,042 | 184 | 232 | 416 |

* (C) 6: BUILDINGS * 40 asset(s).

|  |  |  |  |  | 698,222 | 0 | 14,323 | 0 | 683,899 | 383,022 | 11,501 | 395,323 |

(C) 7: OFFICE EQUIPMENT

| ASSET NO. | DESCRIPTION | DATE ACQ | METHOD | LIFE | COST | SEC 179 EXPENSE | BONUS DEPREC ITC ADJ | SALVAGE | DEPRECIABLE BALANCE | PRIOR DEPREC | CURRENT DEPREC | ACCUM DEPREC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 714.01 | TABLES/2 CRED-PROD | 09/01/97 | MACRS-Y | 7 | 274 | 0 | 0 | 0 | 274 | 274 | 0 | 274 |
| 716.02 | 4 DESKS-PROD OFFICE | 09/01/97 | MACRS-Y | 7 | 737 | 0 | 0 | 0 | 737 | 737 | 0 | 737 |
| 722.01 | MISC FURN-PROD OFF | 10/01/97 | MACRS-Y | 7 | 448 | 0 | 0 | 0 | 448 | 448 | 0 | 448 |
| 724.02 | GR S/S REF-PROD OFF | 10/01/97 | MACRS-Y | 7 | 900 | 0 | 0 | 0 | 900 | 900 | 0 | 900 |
| 726.02 | WASHER/DRYER-PROD OF | 10/01/97 | MACRS-Y | 7 | 500 | 0 | 0 | 0 | 500 | 500 | 0 | 500 |

Borrower Initial

COPY

PRATT WELL SERVICE, INC.
SCHEDULE OF DEPRECIATION - Tax Data

Year Ended 03/31/2015

IDN 48-0664410
COMPANY # 336

PPD BY PATTON CRAMER & LAPRAD

RUN 12/21/15
10:10:46 AM

| ASSET NO. | DESCRIPTION | DATE ACQ | METHOD | LIFE | COST | SEC 179 EXPENSE | BONUS DEPREC | SALVAGE ITC ADJ | DEPRECIABLE BALANCE | PRIOR DEPREC | CURRENT DEPREC | ACCUM DEPREC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 728.02 | DINING ROOM TABLE-PO | 10/01/97 | MACRS-Y | 7 | 450 | 0 | 0 | 0 | 450 | 450 | 0 | 450 |
| 730.02 | BUFFET W/MIRROR-PO | 10/01/97 | MACRS-Y | 7 | 250 | 0 | 0 | 0 | 250 | 250 | 0 | 250 |
| 742.02 | 2 CHAIRS | 02/01/97 | MACRS-Y | 7 | 1,023 | 0 | 0 | 0 | 1,023 | 1,023 | 0 | 1,023 |
| 762.01 | PHONE SYSTEM | 12/30/03 | MACRS-Y3 | 7 | 11,642 | 0 | 5,821 | 0 | 5,821 | 5,821 | 0 | 5,821 |
| 769 | AIR PURIFIER | 04/01/04 | MACRS-Y3 | 7 | 575 | 0 | 288 | 0 | 287 | 287 | 0 | 287 |
| 771 | HP PRINTER | 05/13/05 | MACRS-Y | 5 | 584 | 0 | 0 | 0 | 584 | 584 | 0 | 584 |
| 773 | SAFETY COMPUTER (GERALD) | 04/06/05 | MACRS-Y | 5 | 1,459 | 0 | 0 | 0 | 1,459 | 1,459 | 0 | 1,459 |
| 775 | PROD OFFICE FILE CABINET | 08/17/05 | MACRS-Y | 7 | 310 | 0 | 0 | 0 | 310 | 310 | 0 | 310 |
| 777 | CELL PHONES & PAGER | 08/15/05 | MACRS-Y | 5 | 199 | 0 | 0 | 0 | 199 | 199 | 0 | 199 |
| 779 | PRINTER (CAROL) | 09/28/05 | MACRS-Y | 5 | 447 | 0 | 0 | 0 | 447 | 447 | 0 | 447 |
| 781 | 2 BLACKBERRY PHONES | 09/30/05 | MACRS-Y | 5 | 905 | 0 | 0 | 0 | 905 | 905 | 0 | 905 |
| 783 | LAPTOP COMPUTER SYSTEM | 11/22/05 | MACRS-Y | 5 | 2,288 | 0 | 0 | 0 | 2,288 | 2,288 | 0 | 2,288 |
| 785 | CANON MOBILE COLOR PRINTER | 11/22/05 | MACRS-Y | 5 | 297 | 0 | 0 | 0 | 297 | 297 | 0 | 297 |
| 787 | SCANNERS | 01/09/06 | MACRS-Y | 5 | 909 | 0 | 0 | 0 | 909 | 909 | 0 | 909 |
| 789 | HARD DRIVES FOR SERVER | 01/17/06 | MACRS-Y | 5 | 467 | 0 | 0 | 0 | 467 | 467 | 0 | 467 |
| 1700 | COFFEEMAKER | 04/14/06 | MACRS-Y | 7 | 899 | 0 | 0 | 0 | 899 | 899 | 0 | 899 |
| 1702 | PRODUCTION OFFICE FURNITURE | 04/20/06 | MACRS-Y | 7 | 10,838 | 0 | 0 | 0 | 10,838 | 10,838 | 0 | 10,838 |
| 1704 | EASEL, TYPEWRITER, SHREDDER | 04/24/06 | MACRS-Y | 7 | 1,336 | 0 | 0 | 0 | 1,336 | 1,336 | 0 | 1,336 |
| 1706 | BLINDS-PROD OFFICE | 04/27/06 | MACRS-Y | 7 | 577 | 0 | 0 | 0 | 577 | 577 | 0 | 577 |
| 1708 | XM 250 COPIER | 05/08/06 | MACRS-Y | 7 | 4,228 | 0 | 0 | 0 | 4,228 | 4,228 | 0 | 4,228 |
| 1710 | MOBILE SCANNER-PRODUCTION | 05/13/06 | MACRS-Y | 5 | 643 | 0 | 0 | 0 | 643 | 643 | 0 | 643 |
| 1712 | RACKMOUNT FOR COMPUTER | 05/13/05 | MACRS-Y | 7 | 1,277 | 0 | 0 | 0 | 1,277 | 1,277 | 0 | 1,277 |
| 1714 | PRODUCTION SERVER | 05/15/06 | MACRS-Y | 5 | 1,934 | 0 | 0 | 0 | 1,934 | 1,934 | 0 | 1,934 |
| 1716 | T1 LINE FOR YARD | 05/16/06 | MACRS-Y | 7 | 2,360 | 0 | 0 | 0 | 2,360 | 2,360 | 0 | 2,360 |
| 1718 | BOOKCASE | 05/18/06 | MACRS-Y | 7 | 305 | 0 | 0 | 0 | 305 | 305 | 0 | 305 |
| 1720 | PRODUCTION PHONE SYSTEM | 05/18/06 | MACRS-Y | 7 | 10,053 | 0 | 0 | 0 | 10,053 | 10,053 | 0 | 10,053 |
| 1722 | CARPET-BARB, BECKY, GERALD | 05/30/06 | MACRS-Y | 5 | 3,395 | 0 | 0 | 0 | 3,395 | 3,395 | 0 | 3,395 |
| 1724 | BOOKCASE | 05/30/06 | MACRS-Y | 7 | 635 | 0 | 0 | 0 | 635 | 635 | 0 | 635 |
| 1726 | BOOKCASE | 06/05/06 | MACRS-Y | 7 | 609 | 0 | 0 | 0 | 609 | 609 | 0 | 609 |
| 1728 | PRODUCTION FAX MACHINE | 06/12/06 | MACRS-Y | 5 | 270 | 0 | 0 | 0 | 270 | 270 | 0 | 270 |
| 1730 | DESK | 06/14/06 | MACRS-Y | 7 | 1,872 | 0 | 0 | 0 | 1,872 | 1,872 | 0 | 1,872 |
| 1732 | GLASS FOR DESK | 05/21/06 | MACRS-Y | 7 | 204 | 0 | 0 | 0 | 204 | 204 | 0 | 204 |
| 1734 | TI SETUP FOR PRODUCTION | 07/14/06 | MACRS-Y | 7 | 1,878 | 0 | 0 | 0 | 1,878 | 1,878 | 0 | 1,878 |
| 1736 | PICTURES-PROD OFFICE | 07/14/06 | MACRS-Y | 7 | 750 | 0 | 0 | 0 | 750 | 750 | 0 | 750 |
| 1740 | PICTURES | 07/27/06 | MACRS-Y | 7 | 340 | 0 | 0 | 0 | 340 | 340 | 0 | 340 |
| 1741 | MEMO PAD CALCULATOR | 07/31/06 | MACRS-Y | 7 | 730 | 0 | 0 | 0 | 730 | 730 | 0 | 730 |
| 1742 | PRINT GLASS | 08/12/06 | MACRS-Y | 7 | 203 | 0 | 0 | 0 | 203 | 203 | 0 | 203 |
| 1744 | COPIER | 09/05/06 | MACRS-Y | 7 | 268 | 0 | 0 | 0 | 268 | 268 | 0 | 268 |
| 1748 | PRODUCTION OFFICE EQUIPMENT | 10/30/06 | MACRS-Y | 7 | 619 | 0 | 0 | 0 | 619 | 619 | 0 | 619 |
| 1750 | FILE CABINET | 11/17/06 | MACRS-Y | 7 | 231 | 0 | 0 | 0 | 231 | 231 | 0 | 231 |
| 1752 | PRODUCTION COMPUTER | 12/11/06 | MACRS-Y | 5 | 1,136 | 0 | 0 | 0 | 1,136 | 1,136 | 0 | 1,136 |
| 1754 | KYOCERA KM1820 COPIER (CAROL) | 04/17/07 | MACRS-Y | 5 | 1,194 | 0 | 0 | 0 | 1,194 | 1,141 | 53 | 1,194 |
| 1755 | INSTALL PHONES & VOICEMAIL | 05/09/07 | MACRS-Y | 7 | 3,496 | 0 | 0 | 0 | 3,496 | 3,331 | 165 | 3,496 |
| 1756 | KR 200 CHAIR-ENVIRONMENTAL | 11/12/07 | MACRS-Y | 7 | 374 | 0 | 0 | 0 | 374 | 357 | 17 | 374 |
| 1757 | HP 2250 COMPUTER-CAROL | 12/17/07 | MACRS-Y | 5 | 680 | 0 | 0 | 0 | 680 | 680 | 0 | 680 |
| 1758 | DYSON DC07 VACUUM SWEEPER-ENV | 01/10/08 | MACRS-Y | 7 | 428 | 0 | 214 | 0 | 214 | 204 | 10 | 214 |
| 1759 | 150VA UPS & WIRELESS KEYBOAR | 03/12/08 | MACRS-Y3 | 5 | 378 | 0 | 189 | 0 | 189 | 189 | 0 | 189 |
| 1760 | KYOCERA KM-2050 COPIER | 05/13/08 | MACRS-Y | 5 | 1,033 | 0 | 517 | 0 | 516 | 516 | 0 | 516 |
| 1761 | CHAIR-PRODUCTION OFFICE | 06/20/08 | MACRS-Y3 | 7 | 436 | 0 | 233 | 0 | 203 | 184 | 19 | 203 |
| 1762 | COMPUTER FOR HR | 09/26/08 | MACRS-Y3 | 5 | 1,156 | 0 | 578 | 0 | 578 | 578 | 0 | 578 |
| 1763 | COMPUTER-JAN | 12/15/08 | MACRS-Y | 5 | 730 | 0 | 365 | 0 | 365 | 365 | 0 | 365 |
| 1764 | KYOCERA COLOR COPIER | 01/28/10 | MACRS-Y | 5 | 6,423 | 0 | 0 | 0 | 6,423 | 6,053 | 370 | 6,423 |
| 1766 | CELL PHONES | 10/25/10 | MACRS-Y4 | 5 | 782 | 0 | 782 | 0 | 0 | 0 | 0 | 0 |
| 1769 | HP SCANNER | 11/18/10 | MACRS-Y4 | 5 | 1,007 | 0 | 1,007 | 0 | 0 | 0 | 0 | 0 |
| 1770 | SERVER SOFTWARE | 12/23/10 | MACRS-Y4 | 3 | 8,366 | 0 | 8,366 | 0 | 0 | 0 | 0 | 0 |
| 1772 | GARMIN GPS 60CSX | 01/11/11 | MACRS-Y4 | 5 | 216 | 0 | 216 | 0 | 0 | 0 | 0 | 0 |
| 1774 | CYBERPOWER BACKUP | 02/10/11 | MACRS-Y4 | 5 | 1,180 | 0 | 1,180 | 0 | 0 | 0 | 0 | 0 |

Borrower Initial

COPY

PRATT WELL SERVICE, INC.
SCHEDULE OF DEPRECIATION - Tax Data

IDB 48-0664410
COMPANY # 336

RUN 12/21/15
10:10:46 AM

Year Ended 03/31/2015

PPD BY PATTON CRAMER & LAPRAD

| ASSET NO. | DESCRIPTION | DATE ACQ | METHOD | LIFE | COST | SEC 179 EXPENSE | BONUS DEPREC | SALVAGE ITC ADJ | DEPRECIABLE BALANCE | PRIOR DEPREC | CURRENT DEPREC | ACCUM DEPREC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1776 | CONF TABLE,CHAIRS,DESKS,FILES | 03/02/11 | MACRS-Y | 7 | 6,096 | 6,096 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1778 | OFFICE FURNITURE | 03/16/11 | MACRS-Y4 | 7 | 1,499 | 0 | 1,499 | 0 | 0 | 0 | 0 | 0 |
| 1779 | DELL LAPTOP-JUANITA | 04/11/11 | MACRS-Y4 | 5 | 1,662 | 0 | 1,662 | 0 | 0 | 0 | 0 | 0 |
| 1780 | XYROCERRA COPIER (USED) | 04/12/11 | MACRS-Y | 5 | 3,945 | 0 | 0 | 0 | 3,945 | 1,385 | 224 | 1,609 |
| 1781 | FILE CABINETS | 05/23/11 | MACRS-Y4 | 7 | 389 | 0 | 389 | 0 | 0 | 0 | 0 | 0 |
| 1782 | IPAD & IPHONE-JUANITA | 06/02/11 | MACRS-Y4 | 5 | 677 | 0 | 677 | 0 | 0 | 0 | 0 | 0 |
| 1783 | COMPUTER | 07/17/11 | MACRS-Y4 | 5 | 3,090 | 0 | 3,090 | 0 | 0 | 0 | 0 | 0 |
| 1784 | DELL LAPTOP-TOM CROWE | 07/29/11 | MACRS-Y4 | 5 | 1,070 | 0 | 1,070 | 0 | 0 | 0 | 0 | 0 |
| 1785 | DELL DESKTOP AND MONITOR | 08/23/11 | MACRS-Y4 | 5 | 1,177 | 0 | 1,177 | 0 | 0 | 0 | 0 | 0 |
| 1786 | IPAD - KG | 08/31/11 | MACRS-Y4 | 5 | 963 | 0 | 963 | 0 | 0 | 0 | 0 | 0 |
| 1787 | DELL COMPUTER - TS | 09/15/11 | MACRS-Y4 | 5 | 1,206 | 0 | 1,206 | 0 | 0 | 0 | 0 | 0 |
| 1788 | SAMSUNG CONVOY 2 CELL PHONE | 10/02/11 | MACRS-Y4 | 5 | 311 | 0 | 311 | 0 | 0 | 0 | 0 | 0 |
| 1789 | QUICKBOOKS SOFTWARE | 12/07/11 | MACRS-Y4 | 3 | 3,852 | 0 | 3,852 | 0 | 0 | 0 | 0 | 0 |
| 1790 | 2 SAMSUNG CONVOY CELL PHONES | 12/13/11 | MACRS-Y4 | 5 | 439 | 0 | 439 | 0 | 0 | 0 | 0 | 0 |
| 1791 | 19"MONITOR AND PHONE | 12/20/11 | MACRS-Y4 | 5 | 1,130 | 0 | 1,130 | 0 | 0 | 0 | 0 | 0 |
| 1792 | SWEEPER | 01/18/12 | MACRS-Y3 | 7 | 176 | 0 | 88 | 0 | 88 | 49 | 11 | 60 |
| 1793 | DEL VOSTRO 3560 COMPUTER | 07/03/12 | MACRS-Q3 | 5 | 1,180 | 0 | 590 | 0 | 590 | 325 | 106 | 431 |
| 1794 | COMPUTER SOFTWARE | 08/01/12 | MACRS-Q3 | 3 | 711 | 0 | 356 | 0 | 356 | 195 | 64 | 259 |
| 1795 | ANTHRO OFFICE EQUIPMENT | 08/02/12 | MACRS-Q3 | 7 | 2,458 | 0 | 1,229 | 0 | 1,229 | 508 | 206 | 714 |
| 1796 | 4 GB DESKTOP COMPUTER | 09/20/12 | MACRS-Q3 | 5 | 1,117 | 0 | 559 | 0 | 558 | 307 | 100 | 407 |
| 1797 | OFFICE FURNITURE | 11/07/12 | MACRS-Q3 | 7 | 6,502 | 0 | 3,251 | 0 | 3,251 | 1,177 | 593 | 1,770 |
| 1798 | OFFICE EQUIPMENT | 12/15/12 | MACRS-Q3 | 7 | 623 | 0 | 312 | 0 | 311 | 112 | 57 | 169 |
| 1799 | SONY NEX-5XR | 12/16/12 | MACRS-Q3 | 5 | 781 | 0 | 391 | 0 | 390 | 191 | 80 | 271 |
| 1801 | CHAIRS FOR CONFERENCE ROOM | 01/23/13 | MACRS-Q3 | 7 | 3,258 | 0 | 1,629 | 0 | 1,629 | 507 | 321 | 828 |
| 1803 | CELL-PHONES | 04/15/13 | MACRS-Y3 | 5 | 705 | 705 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1805 | SCANNER/COPIER | 04/30/13 | MACRS-Y | 5 | 1,153 | 1,153 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1807 | WIFI SYSTEM & COMPUTER | 07/23/13 | MACRS-Y | 5 | 1,515 | 1,515 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1809 | OPTIPLEX COMUTER | 09/18/13 | MACRS-Y | 5 | 1,464 | 1,464 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1811 | BROTHER LASER PRINTER | 10/02/13 | MACRS-Y | 5 | 378 | 378 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1813 | SHREDDER | 10/05/13 | MACRS-Y | 5 | 98 | 98 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1815 | YARD CAMERAS | 01/31/14 | MACRS-Y | 5 | 913 | 913 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1817 | DELL COLOR PRINTER | 02/20/14 | MACRS-Y | 5 | 863 | 863 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1819 | TABLET FOR MIKE NEWTON | 03/15/14 | MACRS-Y | 5 | 525 | 525 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1821 | CUSTOM SOFTWARE | 03/27/14 | MACRS-Y | 5 | 4,377 | 4,377 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1823 | OUTDOOR WIRELESS CAMERA | 03/31/14 | MACRS-Y | 5 | 959 | 959 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1827 | DELL 14E5000 LAPTOP | 05/19/14 | MACRS-Y3 | 5 | 1,553 | 0 | 777 | 0 | 776 | 0 | 155 | 155 |
| 1829 | CELL PHONE | 06/15/14 | MACRS-Y3 | 5 | 302 | 0 | 151 | 0 | 150 | 0 | 30 | 30 |
| 1831 | YARD COPIER AND PRINTER | 06/18/14 | MACRS-Y3 | 5 | 3,669 | 0 | 1,835 | 0 | 1,834 | 0 | 367 | 367 |
| 1833 | COMPUTER-BARB | 06/19/14 | MACRS-Y3 | 5 | 2,024 | 0 | 1,012 | 0 | 1,012 | 0 | 202 | 202 |
| 1835 | MONITOR | 07/02/14 | MACRS-Y3 | 5 | 776 | 0 | 388 | 0 | 388 | 0 | 78 | 78 |
| 1836 | OPTIPLEX 7020 COMPUTER | 09/05/14 | MACRS-Y3 | 5 | 4,876 | 0 | 2,438 | 0 | 2,438 | 0 | 488 | 488 |
| 1837 | OFFICE PHONE | 09/14/14 | MACRS-Y3 | 5 | 510 | 0 | 255 | 0 | 255 | 0 | 51 | 51 |
| 1838 | TELECONFERENCE SYSTEM-PROD OF | 10/08/14 | MACRS-Y3 | 5 | 4,197 | 0 | 2,099 | 0 | 2,098 | 0 | 420 | 420 |
| 1839 | PHONES-VERIZON | 10/16/14 | MACRS-Y3 | 5 | 638 | 0 | 319 | 0 | 319 | 0 | 64 | 64 |
| 1840 | DELL WORKBENCH 48 PORT SWITCH | 11/11/14 | MACRS-Y3 | 5 | 1,082 | 0 | 541 | 0 | 541 | 0 | 108 | 108 |
| 1841 | PHONES | 03/05/14 | MACRS-Y3 | 5 | 278 | 0 | 139 | 0 | 139 | 0 | 28 | 28 |

\* (C) 7: OFFICE EQUIPMENT \*   106 asset(s)

|  |  |  |  |  | 175,269 | 19,046 | 55,560 | 0 | 100,663 | 84,489 | 4,377 | 88,866 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

(C) 8: ENVIRONMENTAL EQUIPMENT

| 800.02 | 20' CARGO TRAILER | 02/01/99 | MACRS-Y | 7 | 6,195 | 0 | 0 | 0 | 6,195 | 6,195 | 0 | 6,195 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 804.02 | 99 FORD F350  #106 | 03/01/99 | MACRS-Y | 5 | 31,614 | 0 | 0 | 0 | 31,614 | 31,614 | 0 | 31,614 |
| 806.02 | ATV PROBE E1 | 03/01/99 | MACRS-Y | 7 | 57,551 | 0 | 0 | 0 | 57,551 | 57,551 | 0 | 57,551 |
| 807 | DRAG MULCHER | 04/01/00 | MACRS-Y | 7 | 250 | 0 | 0 | 0 | 250 | 250 | 0 | 250 |
| 808.01 | GOOSENECK HITCH | 04/01/00 | MACRS-Y | 7 | 375 | 0 | 0 | 0 | 375 | 375 | 0 | 375 |
| 809 | 32' GOOSENECK TRAILER | 04/01/00 | MACRS-Y | 7 | 6,703 | 0 | 0 | 0 | 6,703 | 6,703 | 0 | 6,703 |

Borrower Initial

Page 18 of 21



PRATT WELL SERVICE, INC.                ID# 48-0664410
SCHEDULE OF DEPRECIATION - Tax Data    COMPANY # 336                       RUN 12/21/15
                                                          10:10:47 AM
Year Ended 03/31/2015                 PPD BY PATTON CRAMER & LAPRAD

| ASSET NO. | DESCRIPTION | DATE ACQ | METHOD | LIFE | COST | SEC 179 EXPENSE | BONUS DEPREC | ITC ADJ | SALVAGE | DEPRECIABLE BALANCE | PRIOR DEPREC | CURRENT DEPREC | ACCUM DEPREC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 810.01 | WATER WELL/TRUCK | 04/01/00 | MACRS-Y | 5 | 15,000 | 0 | 0 | 0 | | 15,000 | 15,000 | 0 | 15,000 |
| 811 | COMBINE | 04/01/00 | MACRS-Y | 7 | 2,050 | 0 | 0 | 0 | | 2,050 | 2,050 | 0 | 2,050 |
| 812.02 | 95 IH 4900 TRUCK E2 | 05/19/00 | MACRS-Y | 5 | 22,239 | 0 | 0 | 0 | | 22,239 | 22,239 | 0 | 22,239 |
| 813 | HAND DIGGER | 12/05/00 | MACRS-Y | 7 | 656 | 0 | 0 | 0 | | 656 | 656 | 0 | 656 |
| 814.02 | ANALOG MULTI METER | 12/31/00 | MACRS-Y | 7 | 321 | 0 | 0 | 0 | | 321 | 321 | 0 | 321 |
| 815 | 5 HP GAS AIR COMPRESSOR | 12/31/00 | MACRS-Y | 7 | 551 | 0 | 0 | 0 | | 551 | 551 | 0 | 551 |
| 816.01 | LAPTOP COMPUTER | 04/10/01 | MACRS-Y | 5 | 1,345 | 0 | 0 | 0 | | 1,345 | 1,345 | 0 | 1,345 |
| 817 | DRILL RIG | 05/22/01 | MACRS-Y | 7 | 5,000 | 0 | 0 | 0 | | 5,000 | 5,000 | 0 | 5,000 |
| 821 | GOOSENECK TRAILER | 07/31/01 | MACRS-Y | 7 | 6,211 | 0 | 0 | 0 | | 6,211 | 6,211 | 0 | 6,211 |
| 822.02 | TANK | 07/31/01 | MACRS-Y | 7 | 1,358 | 0 | 0 | 0 | | 1,358 | 1,358 | 0 | 1,358 |
| 823 | FORKLIFT | 01/14/02 | MACRS-Y | 7 | 8,864 | 0 | 0 | 0 | | 8,864 | 8,864 | 0 | 8,864 |
| 824.02 | GEO GROUTER | 05/15/02 | MACRS-Y | 7 | 10,484 | 0 | 0 | 0 | | 10,484 | 10,484 | 0 | 10,484 |
| 825 | DUMP TRAILER | 08/09/03 | MACRS-Y3 | 7 | 4,750 | 0 | 2,375 | 0 | | 2,375 | 2,375 | 0 | 2,375 |
| 827 | ENVIRONMENTAL RIG E4 | 09/23/03 | MACRS-Y | 7 | 182,887 | 0 | 0 | 0 | | 182,887 | 182,887 | 0 | 182,887 |
| 828.01 | GENERATOR | 09/30/03 | MACRS-Y3 | 7 | 3,800 | 0 | 1,900 | 0 | | 1,900 | 1,900 | 0 | 1,900 |
| 829 | BACKHOE | 11/15/03 | MACRS-Y3 | 7 | 26,431 | 0 | 13,216 | 0 | | 13,215 | 13,215 | 0 | 13,215 |
| 830.02 | TRAILER | 02/06/04 | MACRS-Y3 | 7 | 7,512 | 0 | 3,756 | 0 | | 3,756 | 3,756 | 0 | 3,756 |
| 1800 | RIG E4 REPAIRS | 05/16/05 | MACRS-Y | 7 | 14,068 | 0 | 0 | 0 | | 14,068 | 14,068 | 0 | 14,068 |
| 1802 | WET 8 - REPAIRS | 06/27/05 | MACRS-Y | 7 | 10,095 | 0 | 0 | 0 | | 10,095 | 10,095 | 0 | 10,095 |
| 1804 | KAWASAKI 610 4-WHEELER | 02/06/06 | MACRS-Y | 5 | 5,528 | 0 | 0 | 0 | | 5,528 | 5,528 | 0 | 5,528 |
| 1806 | DUGMILL | 12/19/05 | MACRS-Y | 7 | 34,773 | 0 | 0 | 0 | | 34,773 | 34,773 | 0 | 34,773 |
| 1808 | 92 IHC TANK TRUCK-WET 8 | 04/01/97 | MACRS-Y | 5 | 31,500 | 0 | 0 | 0 | | 31,500 | 31,500 | 0 | 31,500 |
| 1810 | SMEAL RIG E5 | 05/05/06 | MACRS-Y | 7 | 42,162 | 0 | 0 | 0 | | 42,162 | 42,162 | 0 | 42,162 |
| 1814 | MOTOR GRADER | 09/29/06 | MACRS-Y | 7 | 1,501 | 0 | 0 | 0 | | 1,501 | 1,501 | 0 | 1,501 |
| 1816 | CAR TRAILER ET-8 | 03/17/07 | MACRS-Y | 7 | 4,328 | 0 | 0 | 0 | | 4,328 | 4,328 | 0 | 4,328 |
| 1818 | DUGMILL | 10/26/07 | MACRS-Y | 7 | 30,971 | 0 | 0 | 0 | | 30,971 | 30,971 | 0 | 30,971 |
| 1820 | ENVIRONMENTAL RIG | 12/11/08 | MACRS-Y | 7 | 325,125 | 0 | 0 | 0 | | 325,125 | 281,600 | 29,017 | 310,617 |
| 1822 | COMPRESSOR | 04/29/09 | MACRS-Y3 | 7 | 1,803 | 0 | 902 | 0 | | 901 | 700 | 80 | 780 |
| 1824 | HT #11 GENERATOR | 08/31/09 | MACRS-Y3 | 7 | 16,537 | 0 | 8,269 | 0 | | 8,268 | 6,423 | 738 | 7,161 |
| 1825 | E-5 NEW ENGINE | 08/28/12 | MACRS-Q3 | 7 | 16,789 | 16,789 | 0 | 0 | | 0 | 0 | 0 | 0 |
| 1826 | RIG E4 OVERHAUL | 11/07/12 | MACRS-Q3 | 7 | 9,976 | 9,976 | 0 | 0 | | 0 | 0 | 0 | 0 |
| 1828 | REPAIRS FOR E6 | 07/08/14 | MACRS-Y3 | 7 | 29,598 | 0 | 14,799 | 0 | | 14,799 | 0 | 2,114 | 2,114 |

* (C) 8: ENVIRONMENTAL EQUIPMENT *    30 asset(s)

| | | | | | 976,901 | 26,765 | 45,217 | 0 | | 504,919 | 843,167 | 33,331 | 876,458 |

(C) 10: ENVIRONMENTAL VEHICLES

| 1387 | 05 F250 CC PU #113 | 09/27/04 | MACRS-YX3 | 5 | 37,553 | 0 | 18,777 | 0 | | 18,776 | 18,776 | 0 | 18,776 |
| 1387.01 | Tr #455.00: 1999 CHEV C1500 P | 09/27/04 | MACRS-Y1SX3 | 5 | 7,165 | 0 | 3,583 | 0 | | 3,582 | 3,582 | 0 | 3,582 |

1387    2 subasset(s).

| | | | | | 44,718 | 0 | 22,360 | 0 | | 22,358 | 22,358 | 0 | 22,358 |

| 1388 | 06 FORD F450 PICKUP #116 | 09/30/05 | MACRS-Y | 5 | 49,209 | 0 | 0 | 0 | | 49,209 | 49,209 | 0 | 49,209 |

* (C) 10: ENVIRONMENTAL VEHICLES *    3 asset(s)

| | | | | | 93,927 | 0 | 22,360 | 0 | | 71,567 | 71,567 | 0 | 71,567 |

GRAND TOTALS    853 asset(s)

| | | | | | 15,119,465 | 1089859 | 3117908 | 37,666 | | 10,874,032 | 8,620,509 | 494,342 | 9,093,561 |

The following additions used 50% special depreciation allowance.

| Asset No. | Desc. | | Allowance |
|---|---|---|---|
| 899.00 | 14 FORD F250 #22342 | | 18,259 |
| 905.00 | REPAIR TRUCK #130 | | 2,272 |
| 1459.00 | ROESSLER TUBING | | 12,762 |
| 1460.00 | HENNING #2 PUMPING UNIT | | 10,790 |
| 1461.00 | LUDERS 6 - EQUIPMENT | | 3,067 |

_K.C.G_
Borrower Initial

**Fill in this information to identify the case:**

Debtor name **Pratt Well Service, Inc.**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Baker Petrolite, LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**PO Box 4740**
**Houston, TX 77210-4740**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Deines Well - Trego Co.; Cactus-Swander No. 1 Well - Kingman Co.; Wagner Well No. 5 and luka-Cami-Heimke Unit Well - Pratt Co.**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: **$0.00**      Value of collateral: **$0.00**

| 2.2 | **Barber County Treasurer** | | | |
|---|---|---|---|---|

Creditor's Name

**118 E Washington Avenue #4**
**Medicine Lodge, KS 67104**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Real estate/oil and gas interests**

**Describe the lien**
**Property tax**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$7,614.97**      Value of collateral: **$7,614.97**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| 2.3 | **Decatur County Treasurer** | Describe debtor's property that is subject to a lien | $359.37 | $359.37 |

Creditor's Name

**120 E Hall Street**
**#3**
**Oberlin, KS 67749**

Creditor's mailing address

**Real estate/oil and gas interests**

Describe the lien

**Property tax**

Is the creditor an insider or related party?

[✔] No
[ ] Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[✔] No
[ ] Yes. Specify each creditor, including this creditor and its relative priority.

Is anyone else liable on this claim?

[✔] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

| 2.4 | **Edwards County Treasurer** | Describe debtor's property that is subject to a lien | $7,995.30 | $7,995.30 |

Creditor's Name

**312 Massachusetts Avenue**
**Kinsley, KS 67547**

Creditor's mailing address

**Real estate/oil and gas interests**

Describe the lien

**Property tax**

Is the creditor an insider or related party?

[✔] No
[ ] Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[✔] No
[ ] Yes. Specify each creditor, including this creditor and its relative priority.

Is anyone else liable on this claim?

[✔] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

| 2.5 | **Ellis County Treasurer** | Describe debtor's property that is subject to a lien | $2,585.98 | $2,585.98 |

Creditor's Name

**718 Main St**
**Hays, KS 67601**

Creditor's mailing address

**Real estate/oil and gas interests**

Describe the lien

**Property tax**

Is the creditor an insider or related party?

[✔] No
[ ] Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Is anyone else liable on this claim?

[✔] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **First National Bank in Pratt** | Describe debtor's property that is subject to a lien | $961,993.77 | **Included with Intrust Bank NA balance** |

Creditor's Name

**223 S Main
PO Box  N
Pratt, KS 67124**
Creditor's mailing address

**Accounts, equipment, and general intangibles,  vehicles, oil and gas leases**

Describe the lien
**Security Interest and mortgage**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
0582,5340,3925**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Intrust Bank NA** | Describe debtor's property that is subject to a lien | $3,034,720.40 | **$7,361,366.00** |

Creditor's Name

**PO Box 1
Wichita, KS 67201-9819**
Creditor's mailing address

**Tax Parcel 1030501009001 Kingman Co.**

**Subject to county property tax liens**

Describe the lien
**Security interest and mortgages**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
06/17/2013**
**Last 4 digits of account number
5720**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Kingman County Treasurer** | Describe debtor's property that is subject to a lien | $1,422.94 | $1,422.94 |

Creditor's Name

**130 N Spruce Street
Kingman, KS 67068**
Creditor's mailing address

**Real estate/oil and gas interests**

Describe the lien
**Property tax**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

**Date debt was incurred**

**Last 4 digits of account number**

| ☑ No |
| ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Kiowa County Treasurer** | Describe debtor's property that is subject to a lien | $4,962.65 | $4,962.65 |

Creditor's Name

**211 E Florida Avenue**
**Greensburg, KS 67054**

Creditor's mailing address

**Real estate/oil and gas interests**

**Describe the lien**
**Property tax**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Meade County Treasurer** | Describe debtor's property that is subject to a lien | $224.57 | $224.57 |

Creditor's Name

**200 North Fowler Street**
**County Courthouse**
**Meade, KS 67864**

Creditor's mailing address

**Real estate/oil and gas interests**

**Describe the lien**
**Property tax**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | **Pawnee County Treasurer** | Describe debtor's property that is subject to a lien | $494.09 | $494.09 |

Creditor's Name

**715 Broadway Street**
**#5**
**Larned, KS 67550**

Creditor's mailing address

**Real estate/oil and gas interests**

**Describe the lien**
**Property tax**

---

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.12 | **Pratt County Treasurer** | Describe debtor's property that is subject to a lien | $32,540.26 | $32,540.26 |
| --- | --- | --- | --- | --- |

Creditor's Name

**300 Ninnescah Street**
**Pratt, KS 67124**

Creditor's mailing address

**Real estate/oil and gas interests**

**Describe the lien**
**Property tax**

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.13 | **Reno County Treasurer** | Describe debtor's property that is subject to a lien | $313.78 | $313.78 |
| --- | --- | --- | --- | --- |

Creditor's Name

**206 W 1st Avenue**
**Hutchinson, KS 67501**

Creditor's mailing address

**Real estate/oil and gas interests**

**Describe the lien**
**Property tax**

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.14 | **Stafford County Treasurer** | Describe debtor's property that is subject to a lien | $15,754.48 | $15,754.48 |
| --- | --- | --- | --- | --- |

Creditor's Name

**209 N Broadway Street**
**Saint John, KS 67576**

**Real estate/oil and gas interests**

---

Case 16-11224    Doc# 1    Filed 06/30/16    Page 38 of 110

**Describe the lien**

**Property tax**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.15 | **Trego County Treasurer** | **Describe debtor's property that is subject to a lien** | $1,091.43 | $1,091.43 |
|---|---|---|---|---|
| | Creditor's Name | **Real estate/oil and gas interests** | | |

**216 North Main Street**
**Wakeeney, KS 67672**
Creditor's mailing address

**Describe the lien**

**Property tax**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. **$4,072,073.99**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Baker Hughes Inc**<br>**2929 Allen Parkway**<br>**Suite 2100**<br>**Houston, TX 77019-2118** | Line **2.1** | |
| **Ed Nazar**<br>**Hinkle Law Firm**<br>**301 North Main St**<br>**Suite 2000**<br>**Wichita, KS 67202** | Line **2.7** | **2512** |

---

| | | |
|---|---|---|
| **William B Sorensen Jr**<br>**Law Offices of Morris Laing**<br>**300 North Mead**<br>**Suite 200**<br>**Wichita, KS 67202-2745** | Line __2.6__ | **0582** |
| **William R Sudela**<br>**Crady Jewett & McCulley LLP**<br>**2727 Allen Parkway**<br>**Suite 1700**<br>**Houston, TX 77019-2125** | Line __2.1__ | |

**Fill in this information to identify the case:**

Debtor name    **Pratt Well Service, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Adam Rife**<br>**430 E Copeland**<br>**Kingman, KS 67068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim:<br>**Possible wages/vacation/health ins/401(k)** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**Arthur Slaughter**<br>**117 N Taylor**<br>**Pratt, KS 67124** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim:<br>**Possible wages/vacation/health ins/401(k)** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Barb Ibarra**
**326 N Main**
**Pratt, KS 67124**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Brad Fanning**
**611 Thomas St**
**Pratt, KS 67124**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Brad Tatro**
**115 S Pine St**
**Pratt, KS 67124**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Brandon Smith**
**10168 SW 20th Ave**
**Pratt, KS 67124**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-----|---|---|---|---|

**Calvin Dudrey**
**203 S Main**
**Pratt, KS 67124**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-----|---|---|---|---|

**Carlos Garcia**
**1113 Stout**
**Pratt, KS 67124**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-----|---|---|---|---|

**Donnie Fisher**
**620 N Lawrence**
**Pratt, KS 67124**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|---|---|---|---|

**Fred Mease**
**1108 West Third**
**Pratt, KS 67124**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Case 16-11224    Doc# 1    Filed 06/30/16    Page 43 of 110

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|-----|-----|-----|-----|

**Gerald Newby**
**611 North New St**
**Pratt, KS 67124**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|-----|-----|-----|-----|

**Gerardo Perez**
**409 Curtis St**
**Pratt, KS 67124**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|-----|-----|-----|-----|

**Gustavo Acosta**
**319 W 5th Ave**
**Macksville, KS 67557**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$166.45** | **$166.45** |
|------|-----|-----|-----|-----|

**Illinois Department of Labor**
**900 South Spring Street**
**Springfield, IL 62704-4000**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Illinois unemployment tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $283.51 | $283.51 |
|------|-----------------------------------------------|-----------------------------------------------|----------|----------|
| | **Illinois Department of Revenue**<br>**PO Box 19447**<br>**Springfield, IL 62794** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Illinois withholding tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $157,674.95 | $157,674.95 |
|------|-----------------------------------------------|-----------------------------------------------|-------------|-------------|
| | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Federal 941** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,633.43 | $1,633.43 |
|------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|
| | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Federal Unemployment tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|-----------------------------------------------|-----------------------------------------------|---------|---------|
| | **James Brambach**<br>**615 N Oak**<br>**Pratt, KS 67124** | *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Possible wages/vacation/health ins/401(k)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jason Petz**
**807 Lawrence St**
**Pratt, KS 67124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jesus Acosta**
**1017 Larimer**
**Pratt, KS 67124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jesus Herrera**
**211 West 7th**
**Saint John, KS 67576**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jim Slaughter**
**409 N Jackson**
**Pratt, KS 67124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Jimmy Slaughter**
**620 Country Club RD D2**
**Pratt, KS 67124**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Jose Triana**
**PO Box 336**
**Macksville, KS 67557**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Juan Ramos**
**124 S Pine St**
**Pratt, KS 67124**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Juan Tovar**
**PO Box 38**
**Saint John, KS 67576**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $537.27 | $537.27 |
|---|---|---|---|---|

**Kansas Department of Labor**
**Attn Legal Services**
**401 SW Topeka Blvd**
**Topeka, KS 66603-3182**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Kansas Unemployment tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | | $21,057.81 | $21,057.81 |
|---|---|---|---|---|

**Kansas Department of Revenue**
**Civil Tax Enforcement**
**PO Box 12005**
**Topeka, KS 66612-2005**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Kansas state withholding**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | | $55,189.02 | $55,189.02 |
|---|---|---|---|---|

**Kansas Department of Revenue**
**Civil Tax Enforcement**
**PO Box 12005**
**Topeka, KS 66612-2005**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Kansas Sales tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Ken Niblett**
**209 Main**
**Preston, KS 67583**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|-----|-----|-----|-----|

**Kenneth Gates**
**PO Box 8572**
**Pratt, KS 67124**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|-----|-----|-----|-----|

**Kevin Gates**
**PO Box 447**
**Pratt, KS 67124**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|-----|-----|-----|-----|

**Leon McDaniel**
**5408 NE 50 Ave**
**Kingman, KS 67068**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|-----|-----|-----|-----|

**Lori Blea**
**PO Box 274**
**Pratt, KS 67124**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Martin Ibarra**
**326 N Main**
**Pratt, KS 67124**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Maverick Petz**
**203 N Pearl**
**Pratt, KS 67124**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mike Ibarra**
**PO Box 104**
**Pratt, KS 67124**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mike James**
**422 N Oak**
**Pratt, KS 67124**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|
| | **Mike McCoy**<br>**17808 NW 40th St**<br>**Cunningham, KS 67035** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Possible wages/vacation/health ins/401(k)** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | | |

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|
| | **Mike Newton**<br>**11816 W 1st St N**<br>**Wichita, KS 67212** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Possible wages/vacation/health ins/401(k)** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | | |

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|
| | **Mike Schmidt**<br>**1010 School St**<br>**Pratt, KS 67124** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Possible wages/vacation/health ins/401(k)** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | | |

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|
| | **Moises Galan**<br>**PO Box 26**<br>**Macksville, KS 67557** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Possible wages/vacation/health ins/401(k)** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nati Ibarra**
**332 NE 10th St**
**Pratt, KS 67124**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Omar Herrera**
**24102 S Random Road**
**Pretty Prairie, KS 67570**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sidney Mason**
**525 E Broadway**
**Stafford, KS 67578**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tacho Ibarra**
**406 Holly**
**Pratt, KS 67124**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**Tammy Smith**
**503 Rochester St**
**Pratt, KS 67124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**Tim Crow**
**215 S Iuka St**
**Pratt, KS 67124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Possible wages/vacation/health ins/401(k)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
| --- | --- | --- |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13.12** |
| --- | --- | --- | --- |

**54 Pickup Inc**
**2600 East 1st**
**Pratt, KS 67124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,076.85** |
| --- | --- | --- | --- |

**Aaron's Repair & Supply Inc**
**170 SW 40th Avenue**
**Great Bend, KS 67530**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,317.17** |
| --- | --- | --- | --- |

**Abe's Oilfield Service LLC**
**PO Box 43**
**Spivey, KS 67142**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| | |
|---|---|
| Debtor | **Pratt Well Service, Inc.** |
| | Name |

Case number *(if known)* _____

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,707.41 |
|---|---|---|---|

**Ace Fire Extinguisher Co Inc**
600 W 5th
Hutchinson, KS 67501

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Adam Rife**
430 E Copeland
Kingman, KS 67068

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Workers' Compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,660.00 |
|---|---|---|---|

**AESC**
121 E Magnolia
Suite 103
Friendswood, TX 77546

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,993.60 |
|---|---|---|---|

**Aflac**
ATTN Remittance Processing Ser
1932 Wynnton Rd
Columbus, GA 31999-0001

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,374.56 |
|---|---|---|---|

**Airgas Inc**
PO Box 676015
Dallas, TX 75267-6015

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,160.00 |
|---|---|---|---|

**American Tank Service LLC**
PO Box 656
Hays, KS 67601

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,309.91 |
|---|---|---|---|

**Ameripump**
13759 E Apache
Tulsa, OK 74116

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pratt Well Service, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,361.90** |
|---|---|---|---|
| | **Bear Petroleum LLC**<br>PO Box 438<br>Haysville, KS 67060 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,743.97** |
|---|---|---|---|
| | **Blue Cross/Blue Shield of KS**<br>1133 SW Topeka Blvd<br>Topeka, KS 66629 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,935.28** |
|---|---|---|---|
| | **Bradford Supply Company**<br>PO Box 246<br>Robinson, IL 62454 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,008.90** |
|---|---|---|---|
| | **Central Power Systems & Serv**<br>PO Box 877625<br>Kansas City, MO 64187-7625 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$290.00** |
|---|---|---|---|
| | **Central Publishing Company**<br>PO Box 806<br>Iola, KS 66749 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,056.33** |
|---|---|---|---|
| | **Central Pump & Supply LLC**<br>1314 Barclay Avenue<br>Wakeeney, KS 67672 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$688.88** |
|---|---|---|---|
| | **Certified Laboratories**<br>PO Box 971269<br>Dallas, TX 75397-1269 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,509.92** |
|---|---|---|---|

**Cintas Corporation #451**
PO Box 88005
Chicago, IL 60680-1005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,380.74** |
|---|---|---|---|

**Cintas First Aid & Safety**
2605 S Custer
Wichita, KS 67217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,191.38** |
|---|---|---|---|

**Clarkson Power Flow Inc**
2525 Bellview
PO Box 411897
Kansas City, MO 64141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$693.80** |
|---|---|---|---|

**Continental Batteries**
4919 Woodall St.
Dallas, TX 75247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39.15** |
|---|---|---|---|

**Cooper Tire of Pratt Inc**
1202 East First
Pratt, KS 67124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,884.09** |
|---|---|---|---|

**CPI Qualified Plan Consultants**
PO Box 1167
Great Bend, KS 67530-1167

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,188.79** |
|---|---|---|---|

**Crawford Supply Co Inc**
Box 363
Plainville, KS 67663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $647.90 |
|---|---|---|---|

**DISA Inc**
**Dept 890314**
**PO Box 120314**
**Dallas, TX 75312-0314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,289.49 |
|---|---|---|---|

**DNOW LP**
**PO Box 200822**
**Dallas, TX 75320-0822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,390.65 |
|---|---|---|---|

**Double F Pump & Supply**
**203 S Washington Ave.**
**PO Box 1566**
**Great Bend, KS 67530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**DR Lauck Oil Co Inc**
**344 S Laura**
**Wichita, KS 67211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,120.00 |
|---|---|---|---|

**DuPree Testing Services Inc**
**1003 Corey Road**
**Hutchinson, KS 67501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.99 |
|---|---|---|---|

**Ecowater Systems**
**PO Box 175**
**Medicine Lodge, KS 67104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,500.00 |
|---|---|---|---|

**Enterprise Communications**
**CO RRT Division**
**9110 W Ryan Street**
**Wichita, KS 67205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,472.50 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|
| | **Equitable Payment Center**<br>Box 371459<br>Pittsburgh, PA 15250-7459 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,357.93 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|
| | **FG Holl LLC**<br>9431 E Central Suite 100<br>Wichita, KS 67206-2543 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,120.74 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|
| | **Fuller Petroleum Service**<br>PO Box 206<br>Adel, IA 50003-0206 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,450.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|
| | **G&G Supply**<br>PO Box 847<br>Pratt, KS 67124 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,474.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|
| | **GEFCO Inc**<br>PO Box 535624<br>Atlanta, GA 30353-5624 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,152.89 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|
| | **GeoCore Inc**<br>PO Box 386<br>Salina, KS 67402-0386 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,485.90 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|
| | **Good Ole Boy's Hot Oil Treat**<br>201 E Avenue B-Cullison<br>Pratt, KS 67124 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Pratt Well Service, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,628.94 |
|---|---|---|---|

**3.39** **Nonpriority creditor's name and mailing address**
**Green Oilfield Services LLC**
**2381 Hwy K0**
**Jennings, KS 67643**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,628.94**

---

**3.40** **Nonpriority creditor's name and mailing address**
**Greensburg Oilfield Services**
**715 E Kansas Ave**
**Greensburg, KS 67054**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$886.87**

---

**3.41** **Nonpriority creditor's name and mailing address**
**H&K Equipment**
**PO Box 31**
**Great Bend, KS 67530**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,699.48**

---

**3.42** **Nonpriority creditor's name and mailing address**
**Herman L Loeb LLC**
**PO Box 838**
**Lawrenceville, IL 62439**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3.38**

---

**3.43** **Nonpriority creditor's name and mailing address**
**hibu Inc - West**
**PO Box 660052**
**Dallas, TX 75266-0052**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$991.91**

---

**3.44** **Nonpriority creditor's name and mailing address**
**Hinkle Law Firm LLC**
**2000 Epic Center**
**301 N Main**
**Wichita, KS 67202-4820**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,008.50**

---

**3.45** **Nonpriority creditor's name and mailing address**
**Hoidale Co Inc**
**PO Box 12104**
**Wichita, KS 67277**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,181.58**

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,405.47 |
|---|---|---|---|

**Huber Sand**
**PO Box 1359**
**Garden City, KS 67846-1359**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,703.87 |
|---|---|---|---|

**Hurrican Service Inc**
**250 N Water, Suite 200**
**Wichita, KS 67202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $114,029.00 |
|---|---|---|---|

**IMA Inc**
**PO Box 2992**
**Wichita, KS 67201-2992**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $89.61 |
|---|---|---|---|

**Information Network of Kansas**
**300 SW 8th Ave 3rd Floor**
**Topeka, KS 66603**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,723.72 |
|---|---|---|---|

**Iuka/Carmi Development, LLC**
**920 E 1st**
**Pratt, KS 67124**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,851.33 |
|---|---|---|---|

**Jacam Chemicals 2013 LLC**
**PO Box 96**
**Sterling, KS 67579**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,737.34 |
|---|---|---|---|

**Jacobs Sales & Service Co**
**901 Kennedy**
**Great Bend, KS 67530**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,705.17 |
|------|---|---|---|
| | **JAS Equipment Rental LLC**<br>**Box 225**<br>**Great Bend, KS 67530** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,803.11 |
|------|---|---|---|
| | **Jayhawk Oilfield Supply Inc**<br>**PO Box 3128**<br>**Wichita, KS 67201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,110.00 |
|------|---|---|---|
| | **Johnston, Johnston & Eisenhaue**<br>**PO Box 825**<br>**Arma, KS 66712-4000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,385.63 |
|------|---|---|---|
| | **Kansas Acid Inc**<br>**PO Box 550**<br>**Hutchinson, KS 67504-0550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.00 |
|------|---|---|---|
| | **Kansas Motor Carriers Assn**<br>**PO Box 1673**<br>**2900 SW Topeka Blvd**<br>**Topeka, KS 66601-1673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,033.50 |
|------|---|---|---|
| | **Kanza Coop Assoc./Iuka Coop Ex**<br>**Box 175**<br>**Iuka, KS 67066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,895.90 |
|------|---|---|---|
| | **Kasselman Industrial, Inc.**<br>**34 NE 90 Avenue**<br>**Great Bend, KS 67530** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|
| | **KGS Bulletin Advertising**<br>**212 N Market Suite 100**<br>**Wichita, KS 67202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,492.66 |
|---|---|---|---|
| | **Kimball Midwest**<br>**Dept L-2780**<br>**Columbus, OH 43260-2780** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520.09 |
|---|---|---|---|
| | **Lanterman Motors Inc**<br>**1105 E First**<br>**Wichita, KS 67214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,289.00 |
|---|---|---|---|
| | **Log-Tech of Kansas Inc**<br>**PO Box 885**<br>**Great Bend, KS 67530** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,047.60 |
|---|---|---|---|
| | **Lone Wolf**<br>**PO Box 328**<br>**Russell, KS 67665-0328** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $848.03 |
|---|---|---|---|
| | **Mid Continent Safety**<br>**PO Box 201791**<br>**Dallas, TX 75320-1791** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,079.40 |
|---|---|---|---|
| | **Mid-West Oilfield Service LLC**<br>**PO Box 150**<br>**Medicine Lodge, KS 67104-0150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,880.21 |
|---|---|---|---|

**Midcon Oil Tools**
PO Box 398
Great Bend, KS 67530

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,354.39 |
|---|---|---|---|

**MidCon Supply Inc**
PO Box 4470
Tulsa, OK 74159

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mike James**
422 N Oak
Pratt, KS 67124

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Workers' Compensation__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $870.70 |
|---|---|---|---|

**Moeder Oil Co**
PO Box 653
Great Bend, KS 67530

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,971.46 |
|---|---|---|---|

**MRC Global (US) Inc**
PO Box 204392
Dallas, TX 75320-4392

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,430.68 |
|---|---|---|---|

**Mud-Co/Service Mud Inc**
100 S Main Suite 310
Wichita, KS 67202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $427.90 |
|---|---|---|---|

**Multi Chem**
PO Box 301341
Dallas, TX 75303-1341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $772.60 |
|---|---|---|---|
| | **NALCO Champion**<br>**PO Box 730005**<br>**Dallas, TX 75373-0005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $641.14 |
|---|---|---|---|
| | **Northwest T&T Electric Inc**<br>**PO Box 10**<br>**Hill City, KS 67642** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,040.90 |
|---|---|---|---|
| | **Oil Producers Inc of Kansas**<br>**1710 Waterfront Parkway**<br>**Wichita, KS 67206-6603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.83 |
|---|---|---|---|
| | **Orkin Exterminating Co., Inc.**<br>**2308 E Mt Vernon**<br>**Wichita, KS 67211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $623.22 |
|---|---|---|---|
| | **Pioneer Tank & Steel Inc**<br>**PO Box 866**<br>**Pratt, KS 67124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.31 |
|---|---|---|---|
| | **Pipe Elite Testing**<br>**1305 Maple Street**<br>**Ellis, KS 67637** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,189.88 |
|---|---|---|---|
| | **Pipeline Testing Consortium,**<br>**PO Box 842566**<br>**Kansas City, MO 64184-2566** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $785.39 |
|---|---|---|---|

**Prairie Fire Coffee**
10821 E 26th Street North
Wichita, KS 67226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,932.00 |
|---|---|---|---|

**Pratt County Fair Association**
PO Box A
Pratt, KS 67124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,628.26 |
|---|---|---|---|

**Pratt Pump and Supply Inc**
PO Box 8672
Pratt, KS 67124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $289.00 |
|---|---|---|---|

**Pratt Regional Medical Center**
220 Commodore
Pratt, KS 67124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,203.80 |
|---|---|---|---|

**Preferred Pump**
22201 Scott Avenue
Fort Worth, TX 76103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $602.34 |
|---|---|---|---|

**Public Works & Utilities**
City Hall 8th Floor
Suite 802
422 North Main Street
Wichita, KS 67202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,729.86 |
|---|---|---|---|

**Purchase Power**
PO Box 371874
Pittsburgh, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,598.67** |
|---|---|---|---|

**Roberts Pump & Supply co.**
**PO Box 2560**
**Grand Island, NE 68802-2560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,322.73** |
|---|---|---|---|

**Sasco Machine Shop Inc**
**PO Box 95246**
**Oklahoma City, OK 73143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,176.11** |
|---|---|---|---|

**Sewer Equipment Co of America**
**1590 Dutch Road**
**Dixon, IL 61021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$55.00** |
|---|---|---|---|

**SkyBitz Inc**
**Dept CH 16861**
**Palatine, IL 60055-6861**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,231.81** |
|---|---|---|---|

**South Central Wireless Inc**
**PO Box B**
**Medicine Lodge, KS 67104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33,226.53** |
|---|---|---|---|

**Southwest Truck Parts Inc**
**1630 E 1st Street**
**Pratt, KS 67124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,118.48** |
|---|---|---|---|

**Steve's Electric & Roustabout**
**1695 Y Road**
**Plainville, KS 67663-3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,921.28 |
|---|---|---|---|

**Steve's Well Service, Inc.**
**418 NE 10 Avenue**
**Great Bend, KS 67530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,130.35 |
|---|---|---|---|

**Stevens Construction**
**912 South New Street**
**Pratt, KS 67124-2349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $990.00 |
|---|---|---|---|

**Strategic Value Media**
**8700 Indian Creek Parkway**
**Suite 300**
**Overland Park, KS 66210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $445.81 |
|---|---|---|---|

**Taylor Printing**
**PO Box 922**
**Pratt, KS 67124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $651.90 |
|---|---|---|---|

**The Independent Oil & Gas Dire**
**226 N Emporia**
**Wichita, KS 67202-2508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $316.19 |
|---|---|---|---|

**Tifco Industries**
**PO Box 40277**
**Houston, TX 77240-0277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $769.87 |
|---|---|---|---|

**Travelers Insurance**
**PO Box 660317**
**Dallas, TX 75266-0317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Troy Chapman**
1006 W 1st
Pratt, KS 67124

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Worker's Compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,580.75** |
|---|---|---|---|

**Underground Cavern Stabilizati**
PO Box 225
Great Bend, KS 67530-0225

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,936.72** |
|---|---|---|---|

**UniFirst**
1707 N Mosley
Wichita, KS 67214

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,596.46** |
|---|---|---|---|

**Universal Lubricants Inc**
PO Box 244
Bedford Park, IL 60499-0244

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$900.00** |
|---|---|---|---|

**Veriforce Proven Compliance**
19221 I-45 South, Suite 200
Conroe, TX 77385

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,940.29** |
|---|---|---|---|

**Vermeer Great Plains Inc**
19812 E Kellogg
Goddard, KS 67052

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$883.89** |
|---|---|---|---|

**Vulcan Machine & Repair, LLC**
247C East Highway 56
Great Bend, KS 67530

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,226.91 |
|---|---|---|---|

**Wabash Valley Service Company**
909 N Court Street
Grayville, IL 62844

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,040.00 |
|---|---|---|---|

**Well Servicing Publication**
14531 FM 529 Suite 250
Houston, TX 77095

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,116.14 |
|---|---|---|---|

**Weller Tractor Salvage**
200 SW 40 Avenue
Great Bend, KS 67530

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,748.44 |
|---|---|---|---|

**Western Hydro Corporation**
3449 Enterprise Avenue
Hayward, CA 94544

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,055.61 |
|---|---|---|---|

**White Exploration Inc**
1635 N Waterfront Parkway
Suite 100
Wichita, KS 67206

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**York Risk Services Group**
PO Box 182364
Columbus, OH 43218

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bruce Alan Brumley**<br>2348 SW Topeka Blvd Ste 201<br>Topeka, KS 66611 | Line  **3.102**<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | **Pratt Well Service, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Vince Burnett**<br>**McDonald Tinker Skaer Quinn**<br>**& Herrington**<br>**PO Box 207**<br>**Wichita, KS 67201-0207** | Line  **3.102**<br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  236,542.44 |
| **5b. Total claims from Part 2** | 5b.  + $ | 635,177.64 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  $ | 871,720.08 |

**Fill in this information to identify the case:**

Debtor name    **Pratt Well Service, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest    **Insurance** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Blue Cross/Blue Shield of KS** <br> **1133 SW Topeka Blvd** <br> **Topeka, KS 66629** |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest    **See Attached** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Dealers Leasing Inc** <br> **Lease Finance Partners Inc** <br> **4825 E Douglas** <br> **PO Box 20140** <br> **Wichita, KS 67208-1140** |
| **2.3.**   State what the contract or lease is for and the nature of the debtor's interest    **Insurance** <br><br> State the term remaining <br><br> List the contract number of any government contract | **IMA, Inc** <br> **PO Box 2992** <br> **Wichita, KS 67201** |
| **2.4.**   State what the contract or lease is for and the nature of the debtor's interest    **Oil and Gas Leases** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Various** |

PRATT WELL SERVICE STATUS REPORT
FLEET#2158
CREATED 4-19-16

| LEASE# | ASSET | VIN# | TERM | DELIVERY DATE | MATURITY DATE | MONTHLY PAYMENTS | RESIDUAL | RECEIVABLES DUE | CURRENT PAYOFF |
|---|---|---|---|---|---|---|---|---|---|
| 235961 | 2011 FORD F150 | 1FTEX1CM3BFA79654 | 17 | 05/01/15 | 10/01/16 | 551.85 | 105.00 | 634.62 | 3,202.92 |
| 30055 | 2012 DODG 5500 TRK | 3C7WDNBLXCG254000 | 48 | 10/01/12 | 10/01/16 | 1,151.10 | 5,000.00 | 1,371.88 | 11,675.10 |
| 30210 | 2012 DODG RAM | 3C6TD5JT6CG319773 | 48 | 12/01/12 | 12/01/16 | 955.38 | 5,000.00 | 1,146.47 | 12,272.01 |
| 30285 | 2013 FORD F250 | 1FT7W2A66DEA15574 | 48 | 01/01/13 | 01/01/17 | 815.16 | 5,000.00 | 978.21 | 11,937.59 |
| 30497 | 2013 FORD F250 | 1FT7W2A64DEB28651 | 48 | 06/01/13 | 06/01/17 | 798.01 | 5,000.00 | 957.61 | 15,299.16 |
| 30933 | 2014 CHEV 1500 | 3GCUKSEC8EG321572 | 36 | 03/01/14 | 03/01/17 | 1,301.21 | 5,000.00 | 1,561.45 | 18,355.28 |
| 30935 | 2014 GMC 2500 TK | 1GT122CG3EF163273 | 36 | 03/01/14 | 03/01/17 | 1,148.72 | 5,000.00 | 1,321.04 | 16,737.28 |
| 31085 | 2014 FORD F250 | 1FT7W2A63EEB22342 | 48 | 06/01/14 | 06/01/18 | 822.66 | 5,000.00 | 987.18 | 23,646.62 |
| 31132 | 2014 FORD EXPEDITION | 1FMJK2A54EEF10748 | 36 | 06/01/14 | 06/01/17 | 1,747.65 | 5,000.00 | 2,097.17 | 27,508.93 |
| 31186 | 2001 PETE 357 | 1NPAKY0X02D575798 | 60 | 08/01/14 | 08/01/19 | 1,709.53 | 10,000.00 | 2,051.46 | 67,248.87 |
| 31238 | 2014 FORD F250 | 1FT7W2A61EEA20750 | 48 | 10/01/14 | 10/01/18 | 810.62 | 5,000.00 | 972.74 | 25,903.82 |
| 303741 | 2013 INTL SEMI | 1HTGSSJT8DJ260145 | 12 | 01/01/16 | 01/01/17 | 2,205.67 | 255,494.17 | 2,536.51 | 258,030.68 |
| 310741 | 2014 RIG SK575 | 1S951DB8XEL976622 | 12 | 01/01/16 | 01/01/17 | 4,494.35 | 521,103.80 | 5,168.51 | 526,272.31 |
| 30166 | OILFIELD SERVICING EQUIP | | 48 | 01/01/13 | 01/01/17 | 1,483.01 | 5,700.00 | 1,779.61 | 18,289.57 |
| 30375 | 200 BBL OPEN TOP TANK | | 60 | 03/01/13 | 03/01/18 | 865.60 | 4,000.00 | 1,199.88 | 21,941.54 |
| 31013 | POWER SWIVEL UNIT | | 60 | 04/01/14 | 04/01/19 | 2,434.87 | 11,250.00 | 7,791.57 | 89,834.00 |
| | | | | | | 23,295.39 | 852,652.97 | 32,555.91 | 1,148,155.68 |

*Payoff amounts do not include sales or property tax that may be due at lease end.*

Fill in this information to identify the case:

Debtor name **Pratt Well Service, Inc.**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Kenneth C Gates** | **445 NE State Rd 61**<br>**Pratt, KS 67124** | **First National Bank in Pratt** | ■ D ___**2.6**___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Kenneth C Gates Irrevocable** | **445 NE State Rd 61**<br>**Pratt, KS 67124**<br>**Kenneth C Gates Irrevocable 2007 Trust** | **Intrust Bank NA** | ■ D ___**2.7**___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Kenneth C Gates Irrevocable** | **445 NE State Rd 61**<br>**Pratt, KS 67124**<br>**Kenneth C Gates Irrevocable Dynasty Trust** | **Intrust Bank NA** | ■ D ___**2.7**___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Kenneth C Gates Trust** | **445 NE State Rd 61**<br>**Pratt, KS 67124** | **Intrust Bank NA** | ■ D ___**2.7**___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **Terra Drilling LLC** | **920 E 1st**<br>**Pratt, KS 67124** | **Intrust Bank NA** | ■ D ___**2.7**___<br>☐ E/F _____<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Terra Drilling LLC | 920 E 1st<br>Pratt, KS 67124 | First National Bank in Pratt | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Wolverine Hydrovac Excavation | 920 E 1st<br>Pratt, KS 67124<br>Wolverine Hydrovac Excavation LLC | Intrust Bank NA | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Wolverine Hydrovac Excavation | 920 E 1st<br>Pratt, KS 67124<br>Wolverine Hydrovac Excavation LLC | First National Bank in Pratt | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name  **Pratt Well Service, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF KANSAS

Case number (if known)

☐ Check if this is an
  amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..............................................................................    $    **$1,231,857.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................    $    **$6,243,816.73**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................    $    **$7,475,673.73**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **$4,072,073.99**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    **$236,542.44**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$    **$635,177.64**

4.  Total liabilities ......................................................................................................
    Lines 2 + 3a + 3b    $    **$4,943,794.07**

**Fill in this information to identify the case:**

Debtor name   **Pratt Well Service, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**June 30, 2016**__      *X* **/s/ Kenneth C. Gates**_____
                                     Signature of individual signing on behalf of debtor

                                      **Kenneth C. Gates**_____
                                      Printed name

                                      **President**_____
                                      Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Pratt Well Service, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF KANSAS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** From **1/01/2016** to **5/31/2016** | ☑ Operating a business<br>☐ Other _____ | **$1,632,793.00** |
   | **For prior year:** From **1/01/2015** to **12/31/2015** | ☑ Operating a business<br>☐ Other _____ | **$8,154,954.53** |
   | **For year before that:** From **1/01/2014** to **12/31/2014** | ☑ Operating a business<br>☐ Other _____ | **$12,354,533.85** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.  **If any, included above.**

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   | --- | --- | --- | --- |

Case 16-11224    Doc# 1    Filed 06/30/16    Page 77 of 110

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Various** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Intrust Bank NA**<br>**PO Box 1**<br>**Wichita, KS 67201-9819** | **7/1/15 -**<br>**2/1/16** | **$302,631.88** | loan/interest payments |
| 4.2.  **First National Bank in Pratt**<br>**223 S. Main**<br>**P.O. Box  N**<br>**Pratt, KS 67124** | **7/2/15 -**<br>**6/10/16** | **$23,146.13** | loan/interest payments/fees |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the Property | Date | Value of property |
|---|---|---|---|
| 5.1.  **de lage landen**<br>**1111 Old Eagle School Rd**<br>**Wayne, PA 19087** | **2013 Vermeer Trencher** | **6/22/16** | **$79,995.00** |
| 5.2.  **Mills Machine Co**<br>**201 N Oklahoma**<br>**PO Box 1514**<br>**Shawnee, OK 74802** | **Drill Bit** | **6/13/16** | **$660.00** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Troy Chapman vs. Pratt Well Service and HDI-Gerling American Ins Co | Workers' Compensation | Division of Workers' Compensation, State of Kansas | Pending |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

<table>
<tr><td>Part 4:</td><td>Certain Gifts and Charitable Contributions</td></tr>
</table>

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Ambassador Company | | 7/1/14 | $174.10 |
| | Recipients relationship to debtor | | | |
| 9.2. | Family Business Services | | 7/1/14 | $61.75 |
| | Recipients relationship to debtor | | | |
| 9.3. | Kiwanis Club | Flag Donation | 7/2/14 | $30.00 |
| | Recipients relationship to debtor | | | |
| 9.4. | Pratt County Fair Association | | 8/1/14 | $869.40 |
| | Recipients relationship to debtor | | | |
| 9.5. | Danny Gimpel | Shoot For A Cause | 9/4/14 | $250.00 |
| | Recipients relationship to debtor | | | |
| 9.6. | Roy & Elsie Blythe Foundation | Third installment for the Pratt Well Service, Inc. Track | 9/23/14 | $10,000.00 |
| | Recipients relationship to debtor | | | |

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.7. | **C. L. Meigs** | **Southwind Auction 5 bbls Oil Donations** | **9/25/14** | **$451.25** |
| | Recipients relationship to debtor | | | |
| 9.8. | **Ambassador Company** | | **9/29/14** | **$1,218.71** |
| | Recipients relationship to debtor | | | |
| 9.9. | **Pratt Lions Club** | **Tickets** | **10/10/14** | **$50.00** |
| | Recipients relationship to debtor | | | |
| 9.10. | **Ducks Unlimited** | | **10/13/14** | **$500.00** |
| | Recipients relationship to debtor | | | |
| 9.11. | **Roy & Elsie Blythe Foundation** | **KU Camp** | **10/21/14** | **$250.00** |
| | Recipients relationship to debtor | | | |
| 9.12. | **South Wind Hospice, Inc.** | **Table for 8 at Auction** | **10/24/14** | **$250.00** |
| | Recipients relationship to debtor | | | |
| 9.13. | **South Wind Hospice, Inc** | **Auction Donation** | **11/10/14** | **$1,735.00** |
| | Recipients relationship to debtor | | | |
| 9.14. | **B-29 Museum, Inc** | **8 Chairs** | **11/13/14** | **$1,200.00** |
| | Recipients relationship to debtor | | | |
| 9.15. | **Pratt National Guard** | **Donation** | **11/26/14** | **$200.00** |
| | Recipients relationship to debtor | | | |

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.16. | **Pratt High Booster Club** | | **1/27/15** | **$100.00** |
| | **Recipients relationship to debtor** | | | |
| 9.17. | **Kansas Oil & Gas Museum** | **Banquet** | **2/16/15** | **$1,050.00** |
| | **Recipients relationship to debtor** | | | |
| 9.18. | **American Express** | **KState** | **4/16/15** | **$4,383.04** |
| | **Recipients relationship to debtor** | | | |
| 9.19. | **Mastercard** | **Funeral Flowers** | **4/28/15** | **$63.98** |
| | **Recipients relationship to debtor** | | | |
| 9.20. | **American Express** | **KState Athletics** | **5/18/15** | **$13,616.96** |
| | **Recipients relationship to debtor** | | | |
| 9.21. | **Julie Blew** | | **7/30/15** | **$400.00** |
| | **Recipients relationship to debtor** | | | |
| 9.22. | **SECC, LLC** | | **10/27/15** | **$5,000.00** |
| | **Recipients relationship to debtor** | | | |
| 9.23. | **Various** | **Christmas gifts to customers** | **12/16/15** | **$82.99** |
| | **Recipients relationship to debtor** | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

---

**Part 6:**    Certain Payments or Transfers

---

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |
| 11.1.  **Klenda Austerman LLC**<br>**1600 Epic Center**<br>**301 North Main Street**<br>**Wichita, KS 67202-4816** | | **4/29/16** | **$25,000.00**<br>**(retainer)** |
| **Email or website address**<br>**www.klendalaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |
| 13.1.  **Intrust Bank NA**<br>**PO Box 1**<br>**Wichita, KS 67201-9819** | **Oil and gas interests - Daylight, Smith B, Little child, Pike/Updegraff, Packed, Decatur Unit.** | **11/25/15** | **Unknown** |
| **Relationship to debtor** | | | |

---

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|
| 13.2<br>. **First National Bank in Pratt**<br>223 S. Main<br>P.O. Box  N<br>Pratt, KS 67124 | **All personal property. Possibly real<br>estate. Unclear if new collateral or simply<br>a restatement.** | **1/4/16** | **Unknown** |
| Relationship to debtor | | | |

---

**Part 7:**   Previous Locations

**14. Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

   **Tax ID Numbers / SSNs**
   Does the debtor have a privacy policy about that information?
   ☑ No
   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

      ☑ No Go to Part 10.
      ☐ Yes. Fill in below:

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Edward Jones** **201 Progress Pkwy** **Maryland Heights, MO 63043** | **XXXX-7713** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☑ Other **Mutual Fund** | **2/23/16** | **$42,792.86** |
| 18.2. | **Peoples Bank in Pratt** **222 South Main** **Pratt, KS 67124** | **XXXX-878** | ☐ Checking ☑ Savings ☐ Money Market ☐ Brokerage ☐ Other | **6/29/16** | **$25,144.79 "Suspense" funds owed to other interest owners in oil and gas properties** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| | Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|---|
| 21.1 | **Jas Equipment Rental LLC** **PO Box 225** **Great Bend, KS 67530** | **Main Field Office, DCI Yard** **10387 NE SR 61** **Pratt, KS 67124** | **Frac Tanks/Blowout preventors** | **Unknown** |
| 21.2 | **Wolverine Hydrovac Excavations** **920 E 1st** **Pratt, KS 67124** | **Main Yard** **10387 NE SR 61** **Pratt, KS 67124** | **Hydrovac Truck** | **Unknown** |

| 21.3 | **Terra Drilling LLC**<br>**920 E 1st**<br>**Pratt, KS 67124** | **281 Yard** | **Drilling Rig and Equipment** | **Unknown** |
| 21.4 | **Various** | **With debtor** | **Suspended funds owed to other interest owners. See 18.2** | **$24,144.79** |

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |
| **Main Yard**<br>**10387 NE SR 61**<br>**Pratt, KS 67124** | **KDHE** | | **5 years ago (Resolved)** |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Iuka/Carmi Development, LLC**<br>**PO Box 847**<br>**Pratt, KS 67124** | **Oil and gas production** | EIN:<br><br>From-To  **1/1/95 to present** |
| 25.2. **Greenwood Resources LLC**<br>**PO Box 847**<br>**Pratt, KS 67124** | **Oil and gas production** | EIN:<br><br>From-To  **1/1/97 to present** |
| 25.3. **Eagle Vision Video Well Inspection, LLC**<br>**PO Box 847**<br>**Pratt, KS 67124** | **Video well inspection** | EIN:<br><br>From-To  **2/21/05 to present** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Tammy Smith**<br>**920 E 1st**<br>**Pratt, KS 67124** | **Last 2 years and prior** |
| 26a.2. **Shelley K Patton**<br>**Patton, Cramer & Laprad Chtd**<br>**PO Drawer H**<br>**Pratt, KS 67124** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ See 26a

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ See 26a

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. **Intrust Bank NA**<br>**PO Box 1**<br>**Wichita, KS 67201-9819** | |
| 26d.2. **First National Bank in Pratt**<br>**223 S. Main**<br>**P.O. Box  N**<br>**Pratt, KS 67124** | |

| Name and address |
| --- |
| 26d.3.  **Dealers Leasing Inc**<br>**Lease Finance Partners Inc**<br>**4825 E Douglas**<br>**PO Box 20140**<br>**Wichita, KS 67208-1140** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Kenny C Gates | PO Box 8572<br>Pratt, KS 67124 | President/Director | 57.9%<br>1158 Shares |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Kevin C Gates | PO Box 447<br>Pratt, KS 67124 | Vice President/Director | .5%<br>10 Shares |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Carla M. Walker | 2307 Redbud Ln<br>Wichita, KS 67204 | Director | 10.4%<br>208 Shares |
| Name | Address | Position and nature of any interest | % of interest, if any |
| | | | * The company has 624 shares - 31.2% - Treasury Stock |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Kenny C. Gates**<br>**PO Box 8572**<br>**Pratt, KS 67124-8572** | **$120,326.95** | **7/1/15 - 6/30/16** | **Gross earnings** |
| Relationship to debtor<br>**Shareholder/officer/director** | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2 **Kevin C. Gates**<br>**PO Box 8572**<br>**Pratt, KS 67124-8572** | **$89,394.40** | **7/1/15 - 6/30/16** | **Gross earnings** |
| Relationship to debtor<br>**Shareholder/officer/director** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ **No, other than 401(k).**
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **June 30, 2016**

**s/ Kenneth C. Gates**                                          **Kenneth C. Gates**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## District of Kansas

In re  **Pratt Well Service, Inc.** _____  Case No. _____

_____  Chapter  **11**  _____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **$350.00/hr** |
| Prior to the filing of this statement I have received | $ | **$25,000.00 retainer** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor  ☐ Other (specify):

4.  ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 30, 2016** _____
_Date_

**s/ J. Michael Morris**
**J. Michael Morris 09292**
_Signature of Attorney_
**Klenda Austerman LLC**
**1600 Epic Center**
**301 N. Main St.**
**Wichita, KS 67202**
**316-267-0331  Fax: 316-267-0333**
**jmmorris@KlendaLaw.com**
_Name of law firm_

---

54 Pickup Inc
2600 East 1st
Pratt KS 67124


Aaron's Repair & Supply Inc
170 SW 40th Avenue
Great Bend KS 67530


Abe's Oilfield Service LLC
PO Box 43
Spivey KS 67142


Ace Fire Extinguisher Co Inc
600 W 5th
Hutchinson KS 67501


Adam Rife
430 E Copeland
Kingman KS 67068


AESC
121 E Magnolia
Suite 103
Friendswood TX 77546


Aflac
ATTN Remittance Processing Ser
1932 Wynnton Rd
Columbus GA 31999-0001


Airgas Inc
PO Box 676015
Dallas TX 75267-6015


American Tank Service LLC
PO Box 656
Hays KS 67601


Ameripump
13759 E Apache
Tulsa OK 74116


Arthur Slaughter
117 N Taylor
Pratt KS 67124

Baker Hughes Inc
2929 Allen Parkway
Suite 2100
Houston TX 77019-2118


Baker Petrolite, LLC
PO Box 4740
Houston TX 77210-4740


Barb Ibarra
326 N Main
Pratt KS 67124


Barber County Treasurer
118 E Washington Avenue
#4
Medicine Lodge KS 67104


Bear Petroleum LLC
PO Box 438
Haysville KS 67060


Blue Cross/Blue Shield of KS
1133 SW Topeka Blvd
Topeka KS 66629


Brad Fanning
611 Thomas St
Pratt KS 67124


Brad Tatro
115 S Pine St
Pratt KS 67124


Bradford Supply Company
PO Box 246
Robinson IL 62454


Brandon Smith
10168 SW 20th Ave
Pratt KS 67124


Bruce Alan Brumley
2348 SW Topeka Blvd Ste 201
Topeka KS 66611

Calvin Dudrey
203 S Main
Pratt KS 67124


Carlos Garcia
1113 Stout
Pratt KS 67124


Central Power Systems & Serv
PO Box 877625
Kansas City MO 64187-7625


Central Publishing Company
PO Box 806
Iola KS 66749


Central Pump & Supply LLC
1314 Barclay Avenue
Wakeeney KS 67672


Certified Laboratories
PO Box 971269
Dallas TX 75397-1269


Cintas Corporation #451
PO Box 88005
Chicago IL 60680-1005


Cintas First Aid & Safety
2605 S Custer
Wichita KS 67217


Clarkson Power Flow Inc
2525 Bellview
PO Box 411897
Kansas City MO 64141


Continental Batteries
4919 Woodall St.
Dallas TX 75247


Cooper Tire of Pratt Inc
1202 East First
Pratt KS 67124

CPI Qualified Plan Consultants
PO Box 1167
Great Bend KS 67530-1167


Crawford Supply Co Inc
Box 363
Plainville KS 67663


Dealers Leasing Inc
Lease Finance Partners Inc
4825 E Douglas
PO Box 20140
Wichita KS 67208-1140


Decatur County Treasurer
120 E Hall Street
#3
Oberlin KS 67749


DISA Inc
Dept 890314
PO Box 120314
Dallas TX 75312-0314


DNOW LP
PO Box 200822
Dallas TX 75320-0822


Donnie Fisher
620 N Lawrence
Pratt KS 67124


Double F Pump & Supply
203 S Washington Ave.
PO Box 1566
Great Bend KS 67530


DR Lauck Oil Co Inc
344 S Laura
Wichita KS 67211


DuPree Testing Services Inc
1003 Corey Road
Hutchinson KS 67501

Ecowater Systems
PO Box 175
Medicine Lodge KS 67104


Ed Nazar
Hinkle Law Firm
301 North Main St
Suite 2000
Wichita KS 67202


Edwards County Treasurer
312 Massachusetts Avenue
Kinsley KS 67547


Ellis County Treasurer
718 Main St
Hays KS 67601


Enterprise Communications
CO RRT Division
9110 W Ryan Street
Wichita KS 67205


Equitable Payment Center
Box 371459
Pittsburgh PA 15250-7459


FG Holl LLC
9431 E Central Suite 100
Wichita KS 67206-2543


First National Bank in Pratt
223 S. Main
P.O. Box N
Pratt KS 67124


Fred Mease
1108 West Third
Pratt KS 67124


Fuller Petroleum Service
PO Box 206
Adel IA 50003-0206

G&G Supply
PO Box 847
Pratt KS 67124


GEFCO Inc
PO Box 535624
Atlanta GA 30353-5624


GeoCore Inc
PO Box 386
Salina KS 67402-0386


Gerald Newby
611 North New St
Pratt KS 67124


Gerardo Perez
409 Curtis St
Pratt KS 67124


Good Ole Boy's Hot Oil Treat
201 E Avenue B-Cullison
Pratt KS 67124


Green Oilfield Services LLC
2381 Hwy K0
Jennings KS 67643


Greensburg Oilfield Services
715 E Kansas Ave
Greensburg KS 67054


Gustavo Acosta
319 W 5th Ave
Macksville KS 67557


H&K Equipment
PO Box 31
Great Bend KS 67530


Herman L Loeb LLC
PO Box 838
Lawrenceville IL 62439

```
hibu Inc - West
PO Box 660052
Dallas TX 75266-0052


Hinkle Law Firm LLC
2000 Epic Center
301 N Main
Wichita KS 67202-4820


Hoidale Co Inc
PO Box 12104
Wichita KS 67277


Huber Sand
PO Box 1359
Garden City KS 67846-1359


Hurrican Service Inc
250 N Water, Suite 200
Wichita KS 67202


Illinois Department of Labor
900 South Spring Street
Springfield IL 62704-4000


Illinois Department of Revenue
PO Box 19447
Springfield IL 62794


IMA Inc
PO Box 2992
Wichita KS 67201-2992


IMA, Inc
PO Box 2992
Wichita KS 67201


Information Network of Kansas
300 SW 8th Ave 3rd Floor
Topeka KS 66603


Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346
```

Intrust Bank NA
PO Box 1
Wichita KS 67201-9819


Iuka/Carmi Development, LLC
920 E 1st
Pratt KS 67124


Jacam Chemicals 2013 LLC
PO Box 96
Sterling KS 67579


Jacobs Sales & Service Co
901 Kennedy
Great Bend KS 67530


James Brambach
615 N Oak
Pratt KS 67124


JAS Equipment Rental LLC
Box 225
Great Bend KS 67530


Jason Petz
807 Lawrence St
Pratt KS 67124


Jayhawk Oilfield Supply Inc
PO Box 3128
Wichita KS 67201


Jesus Acosta
1017 Larimer
Pratt KS 67124


Jesus Herrera
211 West 7th
Saint John KS 67576


Jim Slaughter
409 N Jackson
Pratt KS 67124

Jimmy Slaughter
620 Country Club RD D2
Pratt KS 67124


Johnston, Johnston & Eisenhaue
PO Box 825
Arma KS 66712-4000


Jose Triana
PO Box 336
Macksville KS 67557


Juan Ramos
124 S Pine St
Pratt KS 67124


Juan Tovar
PO Box 38
Saint John KS 67576


Kansas Acid Inc
PO Box 550
Hutchinson KS 67504-0550


Kansas Department of Labor
Attn Legal Services
401 SW Topeka Blvd
Topeka KS 66603-3182


Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66612-2005


Kansas Motor Carriers Assn
PO Box 1673
2900 SW Topeka Blvd
Topeka KS 66601-1673


Kanza Coop Assoc./Iuka Coop Ex
Box 175
Iuka KS 67066

Kasselman Industrial, Inc.
34 NE 90 Avenue
Great Bend KS 67530


Ken Niblett
209 Main
Preston KS 67583


Kenneth C Gates
445 NE State Rd 61
Pratt KS 67124


Kenneth C Gates Irrevocable
445 NE State Rd 61
Pratt KS 67124


Kenneth C Gates Trust
445 NE State Rd 61
Pratt KS 67124


Kenneth Gates
PO Box 8572
Pratt KS 67124


Kevin Gates
PO Box 447
Pratt KS 67124


KGS Bulletin Advertising
212 N Market Suite 100
Wichita KS 67202


Kimball Midwest
Dept L-2780
Columbus OH 43260-2780


Kingman County Treasurer
130 N Spruce Street
Kingman KS 67068


Kiowa County Treasurer
211 E Florida Avenue
Greensburg KS 67054

Lanterman Motors Inc
1105 E First
Wichita KS 67214


Leon McDaniel
5408 NE 50 Ave
Kingman KS 67068


Log-Tech of Kansas Inc
PO Box 885
Great Bend KS 67530


Lone Wolf
PO Box 328
Russell KS 67665-0328


Lori Blea
PO Box 274
Pratt KS 67124


Martin Ibarra
326 N Main
Pratt KS 67124


Maverick Petz
203 N Pearl
Pratt KS 67124


Meade County Treasurer
200 North Fowler Street
County Courthouse
Meade KS 67864


Mid Continent Safety
PO Box 201791
Dallas TX 75320-1791


Mid-West Oilfield Service LLC
PO Box 150
Medicine Lodge KS 67104-0150


Midcon Oil Tools
PO Box 398
Great Bend KS 67530

MidCon Supply Inc
PO Box 4470
Tulsa OK 74159


Mike Ibarra
PO Box 104
Pratt KS 67124


Mike James
422 N Oak
Pratt KS 67124


Mike McCoy
17808 NW 40th St
Cunningham KS 67035


Mike Newton
11816 W 1st St N
Wichita KS 67212


Mike Schmidt
1010 School St
Pratt KS 67124


Moeder Oil Co
PO Box 653
Great Bend KS 67530


Moises Galan
PO Box 26
Macksville KS 67557


MRC Global (US) Inc
PO Box 204392
Dallas TX 75320-4392


Mud-Co/Service Mud Inc
100 S Main Suite 310
Wichita KS 67202


Multi Chem
PO Box 301341
Dallas TX 75303-1341

NALCO Champion
PO Box 730005
Dallas TX 75373-0005


Nati Ibarra
332 NE 10th St
Pratt KS 67124


Northwest T&T Electric Inc
PO Box 10
Hill City KS 67642


Oil Producers Inc of Kansas
1710 Waterfront Parkway
Wichita KS 67206-6603


Omar Herrera
24102 S Random Road
Pretty Prairie KS 67570


Orkin Exterminating Co., Inc.
2308 E Mt Vernon
Wichita KS 67211


Pawnee County Treasurer
715 Broadway Street
#5
Larned KS 67550


Pioneer Tank & Steel Inc
PO Box 866
Pratt KS 67124


Pipe Elite Testing
1305 Maple Street
Ellis KS 67637


Pipeline Testing Consortium,
PO Box 842566
Kansas City MO 64184-2566


Prairie Fire Coffee
10821 E 26th Street North
Wichita KS 67226

Pratt County Fair Association
PO Box A
Pratt KS 67124


Pratt County Treasurer
300 Ninnescah Street
Pratt KS 67124


Pratt Pump and Supply Inc
PO Box 8672
Pratt KS 67124


Pratt Regional Medical Center
220 Commodore
Pratt KS 67124


Preferred Pump
22201 Scott Avenue
Fort Worth TX 76103


Public Works & Utilities
City Hall 8th Floor
Suite 802
422 North Main Street
Wichita KS 67202


Purchase Power
PO Box 371874
Pittsburgh PA 15250-7874


Reno County Treasurer
206 W 1st Avenue
Hutchinson KS 67501


Roberts Pump & Supply co.
PO Box 2560
Grand Island NE 68802-2560


Sasco Machine Shop Inc
PO Box 95246
Oklahoma City OK 73143


Sewer Equipment Co of America
1590 Dutch Road
Dixon IL 61021

Sidney Mason
525 E Broadway
Stafford KS 67578


SkyBitz Inc
Dept CH 16861
Palatine IL 60055-6861


South Central Wireless Inc
PO Box B
Medicine Lodge KS 67104


Southwest Truck Parts Inc
1630 E 1st Street
Pratt KS 67124


Stafford County Treasurer
209 N Broadway Street
Saint John KS 67576


Steve's Electric & Roustabout
1695 Y Road
Plainville KS 67663-3000


Steve's Well Service, Inc.
418 NE 10 Avenue
Great Bend KS 67530


Stevens Construction
912 South New Street
Pratt KS 67124-2349


Strategic Value Media
8700 Indian Creek Parkway
Suite 300
Overland Park KS 66210


Tacho Ibarra
406 Holly
Pratt KS 67124


Tammy Smith
503 Rochester St
Pratt KS 67124

Taylor Printing
PO Box 922
Pratt KS 67124


Terra Drilling LLC
920 E 1st
Pratt KS 67124


The Independent Oil & Gas Dire
226 N Emporia
Wichita KS 67202-2508


Tifco Industries
PO Box 40277
Houston TX 77240-0277


Tim Crow
215 S Iuka St
Pratt KS 67124


Travelers Insurance
PO Box 660317
Dallas TX 75266-0317


Trego County Treasurer
216 North Main Street
Wakeeney KS 67672


Troy Chapman
1006 W 1st
Pratt KS 67124


Underground Cavern Stabilizati
PO Box 225
Great Bend KS 67530-0225


UniFirst
1707 N Mosley
Wichita KS 67214


Universal Lubricants Inc
PO Box 244
Bedford Park IL 60499-0244

Various


Veriforce Proven Compliance
19221 I-45 South, Suite 200
Conroe TX 77385


Vermeer Great Plains Inc
19812 E Kellogg
Goddard KS 67052


Vince Burnett
McDonald Tinker Skaer Quinn
& Herrington
PO Box 207
Wichita KS 67201-0207


Vulcan Machine & Repair, LLC
247C East Highway 56
Great Bend KS 67530


Wabash Valley Service Company
909 N Court Street
Grayville IL 62844


Well Servicing Publication
14531 FM 529 Suite 250
Houston TX 77095


Weller Tractor Salvage
200 SW 40 Avenue
Great Bend KS 67530


Western Hydro Corporation
3449 Enterprise Avenue
Hayward CA 94544


White Exploration Inc
1635 N Waterfront Parkway
Suite 100
Wichita KS 67206

William B Sorensen Jr
Law Offices of Morris Laing
300 North Mead
Suite 200
Wichita KS 67202-2745


William R Sudela
Crady Jewett & McCulley LLP
2727 Allen Parkway
Suite 1700
Houston TX 77019-2125


Wolverine Hydrovac Excavation
920 E 1st
Pratt KS 67124


York Risk Services Group
PO Box 182364
Columbus OH 43218

**United States Bankruptcy Court**
**District of Kansas**

In re   **Pratt Well Service, Inc.**                         Case No.

                                       Debtor(s)        Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 30, 2016**                    **/s/ Kenneth C. Gates**

                                            **Kenneth C. Gates**/President
                                            Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re  **Pratt Well Service, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Carla M Walker**<br>**2307 Redbud Ln**<br>**Wichita, KS 67204** | | **208 shares - 10.4%** | **common stock** |
| **Kenny C Gates**<br>**PO Box 8572**<br>**Pratt, KS 67124** | | **1158 shares - 57.9%** | **common stock** |
| **Kevin C Gates**<br>**PO Box 447**<br>**Pratt, KS 67124** | | **10 shares - .5%** | **common stock** |
| **Pratt Well Service, Inc**<br>**920 E 1st**<br>**Pratt, KS 67124** | | **624 shares - 31.2%** | **treasury stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 30, 2016**

Signature  **/s/ Kenneth C. Gates**

**Kenneth C. Gates**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Kansas

In re   **Pratt Well Service, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Pratt Well Service, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 30, 2016

Date

/s/ J. Michael Morris

**J. Michael Morris 09292**
Signature of Attorney or Litigant
Counsel for   **Pratt Well Service, Inc.**
**Klenda Austerman LLC**
**1600 Epic Center**
**301 N. Main St.**
**Wichita, KS 67202**
**316-267-0331 Fax:316-267-0333**
**jmmorris@KlendaLaw.com**